**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 184**

| In the Matter of | Case Number: |
|---|---|
| Swanson v. Bank of America, N.A. and FIA Card Services, N.A. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Bank of America, N.A. and FIA Card Services, N.A.

**JUDGE ST. EVE**
**MAGISTRATE JUDGE COX**

| NAME (Type or print) |
|---|
| Katherine E. Licup |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Katherine E. Licup |

| FIRM |
|---|
| Foley & Lardner LLP |

| STREET ADDRESS |
|---|
| 321 N. Clark St., Suite 2800 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6288355 (IL) | (312) 832-4500 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

**FILED**
**JANUARY 9, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I, Katherine E. Licup, an attorney, certify that on January 9, 2008, I caused a true and correct copy of my Appearance to be filed using the Court's ECF system and to be served via messenger to the individual listed below:

Lawrence Walner
Lawrence Walner & Associates, Ltd.
150 N. Wacker Drive, Suite 2150
Chicago, IL  60606

               s/ Katherine E. Licup
               Attorney for Defendants

Robert M. Dawson, Esq.
Brandon C. Fernald, Esq.
FULBRIGHT & JAWORSKI, L.L.P.
555 South Flower Street, 41st Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:  (213) 892-9494

William J. McKenna, Esq. (3124763)
Katherine E. Licup, Esq. (6288355)
FOLEY & LARDNER LLP (17190)
321 North Clark
Suite 2800
Chicago, IL 60610
Telephone:  (312) 832-4500
Facsimile:  (312) 832-4700

CHIC_1692508.3