IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| LAURA M. SWANSON, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA, N.A. and FIA CARD SERVICES, N.A.<br><br>　　　　　　Defendants. | Case No. 08-C-184<br><br>The Honorable Amy J. St. Eve<br><br>Magistrate Judge Cox<br><br>**NOTICE OF FILING AND SERVICE OF NOTICE OF REMOVAL ON CIRCUIT COURT OF COOK COUNTY, ILLINOIS, CHANCERY DIVISION AND ON ADVERSE PARTY** |

　　　　PLEASE TAKE NOTICE that on January 9, 2008, defendants Bank of America, N.A. and FIA Card Service, N.A. filed its Notice of Filing of Removal with the Circuit Court of Cook County, Illinois, Chancery Division and served the same on plaintiff Laura M. Swanson's counsel. A copy of the Notice of Filing of Notice of Removal (without attachments) is attached as <u>Exhibit A</u>.

- 2 -

Dated:   January 9, 2008                    BANK OF AMERICA, N.A., FIA CARD
                                            SERVICES, N.A.


                                            s/ Katherine E. Licup_____
                                            Katherine E. Licup
Robert M. Dawson, Esq.                      Attorney for Defendants
Brandon C. Fernald, Esq.
FULBRIGHT & JAWORSKI, L.L.P.
555 South Flower Street, 41st Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:  (213) 892-9494

William J. McKenna, Esq. (3124763)
Katherine E. Licup, Esq. (6288355)
FOLEY & LARDNER LLP (17190)
321 North Clark
Suite 2800
Chicago, IL 60610
Telephone:  (312) 832-4500
Facsimile:  (312) 832-4700

- 2 -

**Exhibit A**


IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| LAURA M. SWANSON, an individual, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. and FIA CARD SERVICES, N.A.<br><br>        Defendants. | Case No. 07 CH 32248<br><br>Dist. M1  Cal. 07 |

## NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332(d), 1453(b), & 1331

PLEASE TAKE NOTICE on January 9, 2007, defendants Bank of America, N.A. and FIA Card Services, N.A. filed a Notice of Removal in the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto as Exhibit A. Pursuant to 28 U.S.C. § 1446, and based upon the filing of the Notice of Removal and this Notice of Filing of Notice of Removal, this action may proceed no further in this Court unless and until the case is remanded by the United States District Court.

Dated:    January 9, 2008

BANK OF AMERICA, N.A., FIA CARD SERVICES, N.A.

_____
Katherine E. Licup
Attorney for Defendants

Robert M. Dawson, Esq.
Brandon C. Fernald, Esq.
FULBRIGHT & JAWORSKI, L.L.P.
555 South Flower Street, 41st Floor
Los Angeles, California  90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

William J. McKenna, Esq. (3124763)
Katherine E. Licup, Esq. (6288355)
FOLEY & LARDNER LLP (17190)
321 North Clark
Suite 2800
Chicago, IL 60610
Telephone: (312) 832-4500
Facsimile: (312) 832-4700

## CERTIFICATE OF SERVICE

I, Katherine E. Licup, an attorney, certify that on January 9, 2008, I caused a true and correct copy of Defendant Bank of America, N.A.'s and Defendant FIA Card Services, N.A.'s Notice of Filing of Notice of Removal to be served via messenger to the individuals listed below:

Lawrence Walner
Lawrence Walner & Associates, Ltd.
150 N. Wacker Drive, Suite 2150
Chicago, IL 60606

Clerk of the Circuit Court of Cook County
County Department, Chancery Division
Richard J. Daley Center
50 W. Washington, Rm. 802
Chicago, IL 60602

_____
Attorney for Defendants

Robert M. Dawson, Esq.
Brandon C. Fernald, Esq.
FULBRIGHT & JAWORSKI, L.L.P.
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

William J. McKenna, Esq. (3124763)
Katherine E. Licup, Esq. (6288355)
FOLEY & LARDNER LLP (17190)
321 North Clark
Suite 2800
Chicago, IL 60610
Telephone: (312) 832-4500
Facsimile: (312) 832-4700

CHIC_1692508.2