- 1 -

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAURA M. SWANSON, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A. and FIA CARD SERVICES, N.A.<br><br>　　　　　　Defendants. | Case No. 08-C-184<br><br>Hon. Amy J. St. Eve<br><br>Magistrate Judge Cox |

**DEFENDANTS' UNOPPOSED MOTION TO ENLARGE DEFENDANTS' TIME
TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

Defendants Bank of America, N.A. and FIA Card Services, N.A. (collectively, "Defendants") hereby move to enlarge the time for Defendants to file an answer or other responsive pleading to the Complaint filed by Laura M. Swanson, on behalf of herself and all others similarly situated ("Plaintiff"), by 14 days to January 30, 2008. In support, Defendants state as follows:

1.　Plaintiff filed Case No. 07-CH-32248 ("Complaint") in the Circuit Court of Cook County, Chancery Division, on November 6, 2007.

2.　Plaintiff served the Complaint on Defendants on December 10, 2007.

3.　On January 9, 2008, Defendants timely removed the case to this Court under 28 U.S.C. §§ 1332(d), 1453(b) and 1331.

- 1 -

- 2 -

4.      Fed. R. Civ. P. 81(c) requires that in removed actions in which a defendant has not answered, the defendant shall answer or present other defenses or objections available under the rules within 20 days after the receipt through service or otherwise of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is based, or within 20 days after the service of summons upon such initial pleading, then filed, or within five (5) days after the filing of the period for removal, whichever period is longest.  Therefore, Defendants' answer or other responsive pleading is due on Wednesday, January 16, 2008.

5.      On January 10, 2008, Defendants' counsel Brandon C. Fernald contacted Plaintiff's counsel Michael S. Hilicki to request a two-week extension in which to answer the Complaint or otherwise plead because Mr. Fernald is on trial.  Plaintiff's counsel is not opposed to enlarging the time for Defendants to answer or otherwise plead to January 30, 2008.

6.      Because this case is in its infancy, this enlargement of time will not prejudice either party.

7.      This Court has the power to enlarge deadlines pursuant to Fed. R. Civ. P. 6(b).

8.      Additionally, this Court issued an order on January 10, 2008, requiring that the Parties file an initial status report on January 23, 2008 and attend an initial status hearing on January 30, 2008.  Assuming this Motion is granted, Defendants respectfully request a continuance of these deadlines until after January 30, 2008, so that issues raised in Defendants' answer or other responsive pleading may be addressed in the initial status report and at the initial status hearing.

9.      Plaintiff's counsel Mr. Hilicki reviewed this Motion prior to its filing and has expressed that he is not opposed to the relief sought herein.

- 2 -

- 3 -

WHEREFORE, Defendants pray for an order:

1. Enlarging Defendants' time to respond to Plaintiff's Complaint by two weeks until January 30, 2008; and

2. Assuming the above is granted, continuing the dates when the initial status report is due (currently January 23, 2008) and the date when the parties are scheduled to attend an initial status hearing (currently January 30, 2008) until after January 30, 2008; and

3. Granting any other relief that this Court determines is just and reasonable.

Dated: January 14, 2008                    Respectfully submitted,


                                           BANK OF AMERICA, N.A., FIA CARD
                                           SERVICES, N.A.



                                           s/ Katherine E. Licup
                                           Attorney for Defendants



William J. McKenna, Esq. (3124763)
Katherine E. Licup, Esq. (6288355)
FOLEY & LARDNER LLP (17190)
321 North Clark, Suite 2800
Chicago, IL 60610
Telephone: (312) 832-4500
Facsimile: (312) 832-4700

Robert M. Dawson, Esq.
Brandon C. Fernald, Esq.
FULBRIGHT & JAWORSKI, L.L.P.
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

- 4 -

## CERTIFICATE OF SERVICE

      I, Katherine E. Licup, an attorney, hereby certify that on January 14, 2008, I filed **Defendants' Unopposed Motion to Enlarge Defendants' Time to File Answer or Other Responsive Pleading** via the Court's ECF system, which will send notice to all attorneys of record in this matter.

                                                      /s/ Katherine E. Licup

William J. McKenna, Esq. (3124763)
Katherine E. Licup, Esq. (6288355)
FOLEY & LARDNER LLP (17190)
321 North Clark, Suite 2800
Chicago, IL 60610
Telephone: (312) 832-4500
Facsimile: (312) 832-4700

Robert M. Dawson, Esq.
Brandon C. Fernald, Esq.
FULBRIGHT & JAWORSKI, L.L.P.
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494