IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAURA M. SWANSON, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. and FIA CARD SERVICES, N.A.<br><br>Defendants. | Case No. 08-C-184<br><br>Hon. Amy J. St. Eve<br><br>Magistrate Judge Cox |

## NOTICE OF MOTION

Please take notice that on Wednesday, January 16, at 8:30 a.m., or as soon thereafter as counsel may be heard, Defendants Bank of America, N.A. and FIA Card Services, N.A. (collectively, "Defendants") shall appear before the Honorable Amy St. Eve, or any judge sitting in her stead, in Courtroom 1241 of the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present **Defendants' Unopposed Motion to Enlarge Defendants' Time to File Answer or Responsive Pleading**, a copy of which is attached and served upon you.

- 2 -

Dated: January 14, 2008                    Respectfully submitted,

                                                     BANK OF AMERICA, N.A., FIA CARD SERVICES, N.A.

                                                     s/ Katherine E. Licup
                                                     Attorney for Defendants

William J. McKenna, Esq. (3124763)
Katherine E. Licup, Esq. (6288355)
FOLEY & LARDNER LLP (17190)
321 North Clark, Suite 2800
Chicago, IL 60610
Telephone: (312) 832-4500
Facsimile: (312) 832-4700

Robert M. Dawson, Esq.
Brandon C. Fernald, Esq.
FULBRIGHT & JAWORSKI, L.L.P.
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

- 2 -