## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
## Eastern Division

Laura M. Swanson

                              Plaintiff,

v.                                                     Case No.: 1:08−cv−00184
                                                    Honorable Amy J. St. Eve

Bank of America, N.A., et al.

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, January 15, 2008:

    MINUTE entry before Judge Amy J. St. Eve :MOTION by Defendants Bank of America, N.A., FIA Card Services, N.A. for extension of time to file answer or other responsive pleading [9] is granted. Defendants to answer or otherwise plead by 1/30/2008. Joint Status Report due by 1/31/2008. Status hearing set for 1/30/2008 is stricken and reset to 2/6/2008 at 08:45 AM.Mailed notice(tmh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.