IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| LAURA M. SWANSON, an individual, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A. and FIA CARD SERVICES, N.A.<br><br>        Defendants. | Case No. 1:08-cv-00184<br><br>Judge Amy St. Eve |

## MOTION TO DISMISS OF
## BANK OF AMERICA, N.A. AND FIA CARD SERVICES, N.A.

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure Defendants Bank of America, N.A. and FIA Card Services, N.A. (collectively, "Defendants"), by and through their counsel, Fulbright & Jaworski L.L.P. and Foley & Lardner LLP, hereby move this Court to dismiss Plaintiff Laura M. Swanson's ("Plaintiff") Complaint with prejudice. In support of its Motion, Defendants state as follows:

1. Through her Complaint, Plaintiff seeks to attack the manner and amount of interest rates and fees charged by Defendants, both of which are national banks, to their respective credit card holders;

2. Plaintiff's attempt to regulate interest rates and fees charged by Defendants via state law causes of action is expressly and impliedly preempted under federal

- 2 -

law, including the National Bank Act, 12 U.S.C. § 21, *et seq.*, and the regulations of the Office of the Comptroller of Currency, particularly 12 C.F.R. §§ 7.4001 and 7.4008.

WHEREFORE, Defendants respectfully pray that this Court enter a final judgment and an order:

A.    Dismissing Plaintiff's Complaint with prejudice on the grounds that the claims alleged therein are expressly and impliedly preempted by federal law.

B.    Alternatively, the Court should stay this proceeding until such time as the Ninth Circuit rules on the pending appeals from two district court decisions which dismissed two class action lawsuits that addressed the same practices at issue herein. *See Augustine v. FIA Card Services, N.A.,* Case No. 2:06-CV-2013 (E.D. Cal. April 20, 2007); *Evans v. Chase Manhattan Bank USA, N.A.*, Case No. C-05-3968, 2006 WL 213740 (N.D. Cal. Jan. 27, 2006).

Dated:    January 30, 2008

BANK OF AMERICA, N.A. and FIA CARD SERVICES, N.A.

Robert M. Dawson, Esq.
Brandon C. Fernald, Esq.
FULBRIGHT & JAWORSKI, L.L.P.
555 South Flower Street, 41st Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:  (213) 892-9494

    /s Brandon C. Fernald    
*One of the attorneys for Defendants*

William J. McKenna, Esq.
Katherine E. Licup, Esq.
FOLEY & LARDNER LLP
321 North Clark
Suite 2800
Chicago, IL 60610
Telephone:  (312) 832-4541
Facsimile:  (312) 832-4700