# EXHIBIT E

EXHIBIT A

# Comptroller of the Currency
TREASURY DEPARTMENT OF THE UNITED STATES
Washington, D.C.

Whereas, satisfactory evidence has been presented to the Comptroller of the Currency

that "PERAL AMERICA, NATIONAL ASSOCIATION"

located in NEWARK    State of DELAWARE

has complied with all provisions of the Statutes of the United States required to be complied with before an association shall be authorized to commence the business of banking as a National Banking Association;

Now, therefore, I hereby certify that the above-named association is authorized to commence the business of banking as a National Banking Association.

Charter No.    22381

In testimony whereof, witness my signature and seal of office this 29TH day of JANUARY A.D. 1991.

/s/ KAREN J. WILSON
Deputy Comptroller of the Currency

24