# EXHIBIT F



Comptroller of the Currency
Administrator of National Banks

Large Bank Licensing
Mail Stop 7-13
250 E Street, SW
Washington, DC 20219

July 13, 2006

Ms. Christine Costamagna
Bank of America
Corporate Secretary's Office
CA5-705-08-01
555 California Street, 8th Floor
San Francisco, CA 94104

Re:   Revised Articles of Association and Title Change for MBNA America Bank, National
      Association
      OCC Control Numbers:  2006-ML-04-0002

Dear Ms. Costamagna:

This letter acknowledges receipt of your letter dated June 8, 2006, transmitting revised Articles
of Association for MBNA America Bank, National Association (Charter #22381) to reflect the
bank's new name, FIA Card Services, National Association.

Our records have been modified to reflect that the name of the bank changed effective June 10,
2006, as indicated in your letter.  The revised Articles of Association will be made part of the
bank's permanent records.

If you have questions regarding this letter, please contact me at (202) 874-5060 or by email at:
largebanks@occ.treas.gov.  Please reference the OCC control numbers in any correspondence.

Sincerely,

Robert A. Sihler
Senior Licensing Analyst


cc:   Tim Greenway (electronic)
      Official File
      Large Bank Licensing Chron