# EXHIBIT G



Comptroller of the Currency
Administrator of National Banks

Large Bank Licensing
Mail Stop 7-13
250 E Street, SW
Washington, DC 20219

October 20, 2006

Mr. William Templeton
Assistant General Counsel
Bank of America Corporation
NC-10002-29-01
101 South Tryon Street
Charlotte, NC 28255

Re:   Application to merge Bank of America NA (USA), with and into FIA Card Services, N.A.
      Application Number: 2006-ML-02-0007

Dear Mr. Templeton:

This letter is the official certification of the Office of the Comptroller of the Currency to merger Bank of America National Association (USA), Phoenix, Arizona, with FIA Card Services, National Association, Wilmington, Delaware, under the title and charter of FIA Card Services, National Association, effective October 20, 2006.

If you have questions regarding this letter, please contact me at (202) 874-5060 or by email at: largebanks@occ.treas.gov. Please reference the application control number in any correspondence.

Sincerely,


John O. Aponte
Senior Licensing Analyst


cc:   Tim Greenway, EIC (Electronic)
      Official File
      Large Banks Chron

26