# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Laura M. Swanson

                                 Plaintiff,

v.                                                                    Case No.: 1:08−cv−00184
                                                                       Honorable Amy J. St. Eve

Bank of America, N.A., et al.

                                 Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, February 6, 2008:

      MINUTE entry before Judge Amy J. St. Eve :MOTION by Defendants Bank of America, N.A., FIA Card Services, N.A. to dismiss Complaint with prejudice pursuant to FRCP 12(b)(6) [15] is entered. Response due 3/5/2008. Reply due 3/19/2008. Status hearing held on 2/6/2008. Rule 26(a)(1) disclosures due 2/12/2008. Written discovery to be issued by 2/29/2008.Status hearing set for 4/17/2008 at 08:30 AM.Mailed notice(tmh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.