# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Laura M. Swanson

                            Plaintiff,

v.                                                          Case No.: 1:08−cv−00184

                                                                               Honorable Amy J. St. Eve

Bank of America, N.A., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 6, 2008:

      MINUTE entry before Judge Amy J. St. Eve :Motion to dismiss [15] is denied as moot in light of the filing of an amended complaint on 2/25/08. Defendants must answer or otherwise plead to the first amended complaint on or before March 17, 2008.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.