IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| LAURA M. SWANSON, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A. and FIA CARD SERVICES, N.A.<br><br>　　　　　　Defendants. | Case No. 1:08-cv-00184<br><br>Judge Amy St. Eve |

**BANK OF AMERICA, N.A.'S AND FIA CARD SERVICES, N.A.'S NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

TO:  PLAINTIFF AND HER COUNSEL OF RECORD:

　　　　PLEASE TAKE NOTICE that on Monday, March 24, 2008 at 8:30 a.m., the undersigned counsel will appear before the Honorable Judge Amy St. Eve, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1241 of the United States District Court for the Northern District of Illinois, Eastern Division at Chicago, Illinois and present the attached Defendants Bank of America, N.A.'s and FIA Card Services, N.A.'s Motion to Dismiss the First Amended Complaint, a copy of which is attached and served upon you.

70260054.1

- 1 -

- 2 -

| | |
|---|---|
| Dated:     March 17, 2008 | BANK OF AMERICA, N.A. and FIA CARD SERVICES, N.A. |

Robert M. Dawson, Esq.
Brandon C. Fernald, Esq.
FULBRIGHT & JAWORSKI, L.L.P.
555 South Flower Street, 41st Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:  (213) 892-9494

William J. McKenna, Esq.
Katherine E. Licup, Esq.
FOLEY & LARDNER LLP
321 North Clark
Suite 2800
Chicago, IL 60610
Telephone:  (312) 832-4541
Facsimile:  (312) 832-4700

    /s Brandon C. Fernald
*One of the attorneys for Defendants*

70260054.1