IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| LAURA M. SWANSON, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A. and FIA CARD SERVICES, N.A.<br><br>　　　　　　　Defendants. | Case No. 1:08-cv-00184<br><br>Judge Amy St. Eve |

**DECLARATION OF MARY LEE TREVINO IN SUPPORT OF
MOTION TO DISMISS FIRST AMENDED COMPLAINT**

I, Mary Lee Trevino, declare:

　　1.　　I am a Vice President at FIA Card Services, N.A. in its litigation support group. I have been employed with the bank since 1980.

　　2.　　I have reviewed the account records relating to Ms. Laura M. Swanson's credit card account at issue in this case (the "Swanson Account"). Based upon this review, I can attest to the facts set forth in this declaration as my personal knowledge.

　　3.　　Attached hereto as <u>Exhibit A</u> is a true and accurate copy of the introductory letter and Credit Card Agreement (CCA) applicable to the credit card account of Laura M. Swanson at issue in this case (the "Swanson Account").

　　4.　　Attached hereto as <u>Exhibit B</u> are true and accurate copies of the January 2007, February 2007 and March 2007 credit card account statements for the Swanson Account.

- 2 -

      5.    Attached hereto as <u>Exhibit C</u> is a true and accurate of the change in terms notice dated January 2007 applicable to the Swanson Account.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct, and that this declaration was executed on March 17, 2008, in Phoenix, Arizona.

                                              _____
                                              Mary Lee Trevino