# EXHIBIT B

# Bank of America

**Prepared for:** LAURA M SWANSON

4313 0382 9445 4156

January 2007 Statement
Credit Line: $7,500.00
Cash or Credit Available: $85.15

WorldPoints

### Customer Service
*For Information on Your Account Visit:*
www.bankofamerica.com
*Mail Payments to:*
BANK OF AMERICA
P.O. BOX 17309
BALTIMORE, MD 21297-1309
*Mail Billing Inquiries to:*
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-626-2556
TDD hearing-impaired 1-800-346-3178

### Account Information

**Summary of Transactions**

| | | |
|---|---|---|
| Previous Balance | | $7,533.81 |
| Payments and Credits | − | $200.00 |
| Cash Advances | + | $0.00 |
| Purchases and Adjustments | + | $0.00 |
| Periodic Rate Finance Charges | + | $81.04 |
| Transaction Fee Finance Charges | + | $0.00 |
| New Balance Total | | $7,414.85 |

**Billing Cycle and Payment Information**

| | |
|---|---|
| Days in Billing Cycle | 33 |
| Closing Date | 01/11/07 |
| Payment Due Date | 02/05/07 |
| Current Payment Due | $154.00 |
| Past Due Amount + | $0.00 |
| Total Minimum Payment Due | $154.00 |

### Transactions

| Payments and Credits | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| IL BANKING CENTER PAYMENT | 12/27 | | | | | 200.00 CR |

```
              WORLDPOINTS
          0   MONTHLY EARNINGS
          0   BONUS POINTS THIS MONTH
      5,214   POINTS AVAILABLE
```

### Finance Charge Schedule

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| **Cash Advances** | | | |
| A. Balance Transfers, Checks | 0.032849% DLY | 11.99% | $1,644.95 |
| B. ATM, Bank | 0.054767% DLY | 19.99% | $0.00 |
| C. Purchases | 0.032849% DLY | 11.99% | $5,831.38 |

Annual Percentage Rate for this Billing Period: 11.98%
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges.)

### Important Information About Your Account

AN IMPORTANT AMENDMENT TO YOUR ACCOUNT TERMS IS ENCLOSED.

RESERVE YOUR 2006 YEAR-END SUMMARY TODAY. CALL 1-866-491-1141 BY 2-1-07 AND
FOR ONLY $4.95, YOU WILL BE MAILED A DETAILED SPENDING SUMMARY BY 2-15-07.

DON'T LET UNEXPECTED EVENTS AFFECT YOUR HARD EARNED CREDIT.
TO PROTECT YOUR ACCOUNT, CALL 1-888-668-6938 TODAY.

PAY YOUR BILL QUICKLY WITH THE PAY BY PHONE SERVICE. CALL 1-866-297-9258.

10   0074148500015400000200000004313038294454156

BANK OF AMERICA
P.O. BOX 17309
BALTIMORE, MD 21297-1309

LAURA M SWANSON
160 S LOMBARD AVE
LOMBARD IL   60148-2750-601



Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

### Payment Information

ACCOUNT NUMBER:   4313 0382 9445 4156

NEW BALANCE TOTAL: $7,414.85
PAYMENT DUE DATE:   02/05/07

TOTAL MINIMUM PAYMENT DUE $154.00

Enter Payment Amount Enclosed:
$

Mail this payment coupon along with a
check or money order payable to: BANK OF AMERICA



Page 1 of 2

:524022250:   09368294454156

FIA0000053

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**  USE111   Rev. 09/06

### GRACE PERIOD

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Category A or B Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Category C or D portions of this statement's New Balance Total.

During a 0% promotional APR period: 1) no Periodic Rate Finance Charges accrue on balance categories with the 0% promotional APR; and 2) you must pay the Total Minimum Payment Due by its Payment Due Date (and avoid any other "promotion turn-off event" as defined in your Credit Card Agreement) to maintain the 0% promotional APR.

** If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "**" symbol, then with respect to those balance categories: 1) the 0% promotional APR for each of the balance categories will expire as of the end of the next billing cycle; and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% promotional APR period on those balances existing as of the Closing Date of this statement.

### CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE

Categories A and B – Average Balance Method (including new Cash Advances): We calculate separate Balances Subject to Finance Charge for Category A balances and Category B balances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle Cash Advance" balance, which is a Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Cash Advances and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle Cash Advance balance, we take the beginning balance attributable solely to Pre-Cycle Cash Advances (which will be zero on the transaction date of the first Pre-Cycle Cash Advance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle Cash Advances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Categories C and D – Average Daily Balance Method (including new transactions): We calculate separate Balances Subject to Finance Charge for Category C balances and Category D balances. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new transactions, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero. If the Previous Balance shown on this statement was paid in full in this statement's billing cycle, then on the day after that payment in full date, we exclude from the beginning balance new transactions, new Account Fees, and new Transaction Fees which posted on or before that payment in full date, and we do not add new transactions, new Account Fees, or new Transaction Fees which post after that payment in full date.

We include the costs for the Credit Protection plan or for credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such costs are billed.

### TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charge for each category, we multiply the Balance Subject to Finance Charge by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges for each category together. Each Daily Periodic Rate is calculated by dividing its corresponding Annual Percentage Rate by 365.

### HOW WE ALLOCATE YOUR PAYMENTS

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

### Payment Due Dates and Keeping Your Account in Good Standing

Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rates, to avoid the imposition of Default Rates (if applicable), to avoid late fees, and to avoid overlimit fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date each billing cycle and you must maintain your account balance below your Credit Limit each day.

### MISCELLANEOUS

For the complete terms and conditions of your account, consult your Account Agreement. FIA Card Services is a tradename of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

---

**CUSTOMER STATEMENT OF DISPUTED ITEM** – Please call toll free 1-866-266-0212 Monday-Thursday 8am-9pm (Eastern Time) and Friday 8am-7pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.     Choose only one dispute reason.

Your Name: _____     Account Number: _____
Transaction Date: _____ Posting Date: _____     Reference Number: _____
Amount $: _____ Disputed Amount $: _____     Merchant Name: _____

[ ] 1. The amount of the charge was increased from $_____ to $_____ or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

[ ] 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

[ ] 3. I have not received the merchandise that was to be shipped to me on ___/___/___ (MM/DD/YY). I have asked the merchant to credit my account.

[ ] 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

[ ] 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on ___/___/___ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

[ ] 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise on ___/___/___ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.

[ ] 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. I did not authorize the second transaction. Sale #1 $_____ Reference #_____ Sale #2 $_____ Reference #_____

[ ] 8. I notified the merchant on ___/___/___ (MM/DD/YY) to cancel the pre-authorized order (reservation). Please note cancellation # and if available, enclose a copy of your contract and a copy of your telephone bill showing date and time of cancellation. Reason for cancellation / cancellation #:

[ ] 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The services to be provided on ___/___/___ (MM/DD/YY) were not received or were unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

[ ] 10. I certify that I do not recognize the transaction. Merchants often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

[ ] 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____     Date: _____
Best contact telephone #: _____     Home#: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to: Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

---

### Payments

We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____
Address 2 _____
City _____
State _____ Zip _____
Area Code & Home Phone _____
Area Code & Work Phone _____

FIA0000054

# Bank of America



*Prepared for:* **LAURA M SWANSON**

4313 0382 9445 4156

February 2007 Statement
Credit Line: $7,500.00
Cash or Credit Available: $168.45

### Account Information

| Summary of Transactions | | |
|---|---|---|
| Previous Balance | | $7,414.85 |
| Payments and Credits | − | $154.00 |
| Cash Advances | + | $0.00 |
| Purchases and Adjustments | + | $0.00 |
| Periodic Rate Finance Charges | + | $70.70 |
| Transaction Fee Finance Charges | + | $0.00 |
| New Balance Total | | $7,331.55 |

| Billing Cycle and Payment Information | |
|---|---|
| Days in Billing Cycle | 29 |
| Closing Date | 02/09/07 |
| Payment Due Date | 03/07/07 |
| Current Payment Due | $143.00 |
| Past Due Amount + | $0.00 |
| Total Minimum Payment Due | **$143.00** |

**Customer Service**

*For Information on Your Account Visit:*
www.bankofamerica.com

*Mail Payments to:*
BANK OF AMERICA
P.O. BOX 17220
BALTIMORE, MD 21297-1220

*Mail Billing Inquiries to:*
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

Call toll-free 1-800-626-2556
TDD hearing-impaired 1-800-346-3178

### Transactions

| Payments and Credits | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| IL BANKING CENTER PAYMENT | 02/05 | | | | | 154.00 CR |

```
                        WORLDPOINTS
                    0   MONTHLY EARNINGS
                    0   BONUS POINTS THIS MONTH
                5,214   POINTS AVAILABLE
```

### Finance Charge Schedule

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. Balance Transfers, Checks | 0.032849% DLY | 11.99% | $1,531.43 |
| B. ATM, Bank | 0.054767% DLY | 19.99% | $0.00 |
| C. Purchases | 0.032849% DLY | 11.99% | $5,891.05 |

Annual Percentage Rate for this Billing Period: 11.98%
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges.)

### Important Information About Your Account

STARTING SOON, ALL PAYMENTS BY PHONE WILL BE MADE ELECTRONICALLY. YOU MAY AUTHORIZE AN ELECTRONIC PAYMENT BY PROVIDING THE PAYMENT AMOUNT AND DATE, YOUR BANK ACCOUNT NUMBER, AND SECURITY INFORMATION. A SERVICE FEE MAY APPLY. TO CANCEL, CALL US BY 3:30PM ET ON THE PAYMENT DATE. PLEASE RETAIN THESE TERMS.

DON'T LET UNEXPECTED EVENTS AFFECT YOUR HARD EARNED CREDIT.
TO PROTECT YOUR ACCOUNT, CALL 1-888-668-6938 TODAY.

PAY YOUR BILL QUICKLY WITH THE PAY BY PHONE SERVICE. CALL 1-866-297-9258.

---

10   00733155000143000001540000431303829445 4156

BANK OF AMERICA
P.O. BOX 17220
BALTIMORE, MD 21297-1220

LAURA M SWANSON
160 S LOMBARD AVE
LOMBARD IL 60148-2750-601



☐ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

**Payment Information**

ACCOUNT NUMBER: 4313 0382 9445 4156
NEW BALANCE TOTAL: $7,331.55
PAYMENT DUE DATE: 03/07/07

TOTAL MINIMUM PAYMENT DUE $143.00

Enter Payment Amount Enclosed: $

*Mail this payment coupon along with a check or money order payable to: BANK OF AMERICA*



Page 1 of 2

⑆524022250⑆  09368294454156⑈

FIA0000055

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**  USE111   Rev. 09/06

### GRACE PERIOD
"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Category A or B Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Category C or D portions of this statement's New Balance Total.

During a 0% promotional APR period: 1) no Periodic Rate Finance Charges accrue on balance categories with the 0% promotional APR; and 2) you must pay the Total Minimum Payment Due by its Payment Due Date (and avoid any other "promotion turn-off event" as defined in your Credit Card Agreement) to maintain the 0% promotional APR.

** If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "***" symbol, then with respect to those balance categories: 1) the 0% promotional APR for each of the balance categories will expire as of the end of the next billing cycle; and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% promotional APR period on those balances existing as of the Closing Date of this statement.

### CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE
Categories A and B – Average Balance Method (including new Cash Advances): We calculate separate Balances Subject to Finance Charge for Category A balances and Category B balances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle Cash Advance" balance, which is a Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Cash Advances and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle Cash Advance balance, we take the beginning balance attributable solely to Pre-Cycle Cash Advances (which will be zero on the transaction date of the first Pre-Cycle Cash Advance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle Cash Advances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Categories C and D – Average Daily Balance Method (including new transactions): We calculate separate Balances Subject to Finance Charge for Category C balances and Category D balances. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new transactions, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero. If the Previous Balance shown on this statement was paid in full in this statement's billing cycle, then on the day after that payment in full date, we exclude from the beginning balance new transactions, new Account Fees, and new Transaction Fees which posted on or before that payment in full date, and we do not add new transactions, new Account Fees, or new Transaction Fees which post after that payment in full date.

We include the costs for the Credit Protection plan or for credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such costs are billed.

### TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION
Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charge for each category, we multiply the Balance Subject to Finance Charge by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges for each category together. Each Daily Periodic Rate is calculated by dividing its corresponding Annual Percentage Rate by 365.

### HOW WE ALLOCATE YOUR PAYMENTS
We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

### Payment Due Dates and Keeping Your Account in Good Standing
Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rates, to avoid the imposition of Default Rates (if applicable), to avoid late fees, and to avoid overlimit fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date each billing cycle and you must maintain your account balance below your Credit Limit each day.

### MISCELLANEOUS
For the complete terms and conditions of your account, consult your Account Agreement. FIA Card Services is a tradename of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

---

**CUSTOMER STATEMENT OF DISPUTED ITEM** – Please call toll free 1-866-266-0212 Monday-Thursday 8am-9pm (Eastern Time) and Friday 8am-7pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.   Choose only one dispute reason.

Your Name: _____   Account Number: _____
Transaction Date: _____ Posting Date: _____   Reference Number: _____
Amount $: _____ Disputed Amount $: _____   Merchant Name: _____

☐ 1. The amount of the charge was increased from $_____ to $_____ or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on ___/___/___ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on ___/___/___ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise on ___/___/___ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. I did not authorize the second transaction. Sale #1 $_____ Reference #_____
Sale #2 $_____ Reference #_____

☐ 8. I notified the merchant on ___/___/___ (MM/DD/YY) to cancel the pre-authorized order (reservation). Please note cancellation # and if available, enclose a copy of your contract and a copy of your telephone bill showing date and time of cancellation. Reason for cancellation / cancellation #:

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The services to be provided on ___/___/___ (MM/DD/YY) were not received or were unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I do not recognize the transaction. Merchants often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____  Date: _____
Best contact telephone #: _____  Home#: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to:
Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

---

### Payments
We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____
Address 2 _____
City _____
State _____  Zip _____
Area Code & Home Phone _____
Area Code & Work Phone _____

FIA0000056

# Bank of America



*Prepared for:* **LAURA M SWANSON**

4313 0382 9445 4156

March 2007 Statement
Credit Line: $7,500.00
Cash or Credit Available: $102.76

### Customer Service
*For Information on Your Account Visit:*
www.bankofamerica.com
*Mail Payments to:*
BANK OF AMERICA
P.O. BOX 17220
BALTIMORE, MD 21297-1220
*Mail Billing Inquiries to:*
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-626-2556
TDD hearing-impaired 1-800-346-3178

### Account Information

| Summary of Transactions | | | Billing Cycle and Payment Information | |
|---|---|---|---|---|
| Previous Balance | | $7,331.55 | Days in Billing Cycle | 31 |
| Payments and Credits | − | $143.00 | Closing Date | 03/12/07 |
| Cash Advances | + | $0.00 | | |
| Purchases and Adjustments | + | $39.00 | Payment Due Date | 04/06/07 |
| Periodic Rate Finance Charges | + | $169.69 | Current Payment Due | $280.00 |
| Transaction Fee Finance Charges | + | $0.00 | Past Due Amount + | $0.00 |
| New Balance Total | | $7,397.24 | Total Minimum Payment Due | $280.00 |

### Transactions

| Payments and Credits | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| IL BANKING CENTER PAYMENT | 03/09 | | | | | 143.00 CR |
| **Purchases and Adjustments** | | | | | | |
| LATE FEE FOR PAYMENT DUE 03/07 | 03/07 | 03/07 | 7331 | | C | 39.00 |

```
                WORLDPOINTS
            0   MONTHLY EARNINGS
            0   BONUS POINTS THIS MONTH
        5,214   POINTS AVAILABLE
```

### Finance Charge Schedule

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| **Cash Advances** | | | |
| A. Balance Transfers, Checks | 0.073945% DLY * | 26.99% | $1,408.72 |
| B. ATM, Bank | 0.073945% DLY * | 26.99% | $0.00 |
| C. Purchases | 0.073945% DLY * | 26.99% | $5,993.82 |

Annual Percentage Rate for this Billing Period:    26.99%
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges.)
* Periodic Rate May Vary

### Important Information About Your Account

TAX TIME IS HERE! CALL 1-866-491-1142 FOR DELIVERY OF THE 2006 YEAR-END SUMMARY
WITHIN 2 BUSINESS DAYS FOR ONLY $14.95.

DON'T LET UNEXPECTED EVENTS AFFECT YOUR HARD EARNED CREDIT. TO HELP
PROTECT YOUR ACCOUNT, DURING A BENEFIT PERIOD, CALL 1-888-668-6938 TODAY.



10    0073972400028000000143000004313038294454156

BANK OF AMERICA
P.O. BOX 17220
BALTIMORE, MD 21297-1220

LAURA M SWANSON
160 S LOMBARD AVE
LOMBARD IL 60148-2750-601

☐ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

### Payment Information

ACCOUNT NUMBER:    4313 0382 9445 4156

NEW BALANCE TOTAL: $7,397.24
PAYMENT DUE DATE: 04/06/07

TOTAL MINIMUM PAYMENT DUE $280.00

Enter Payment Amount Enclosed:
$ _____

Mail this payment coupon along with a
check or money order payable to: BANK OF AMERICA



⑆524022250⑆    093682944541568⑈

FIA0000057

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**                                                    USE111    Rev. 09/06

## GRACE PERIOD

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Category A or B Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Category C or D portions of this statement's New Balance Total.

During a 0% promotional APR period: 1) no Periodic Rate Finance Charges accrue on balance categories with the 0% promotional APR; and 2) you must pay the Total Minimum Payment Due by its Payment Due Date (and avoid any other "promotion turn-off event" as defined in your Credit Card Agreement) to maintain the 0% promotional APR.

** If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "**" symbol, then with respect to those balance categories: 1) the 0% promotional APR for each of the balance categories will expire as of the end of the next billing cycle; and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% promotional APR period on those balances existing as of the Closing Date of this statement.

## CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE

Categories A and B – Average Balance Method (including new Cash Advances): We calculate separate Balances Subject to Finance Charge for Category A balances and Category B balances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle Cash Advance" balance, which is a Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Cash Advances and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle Cash Advance balance, we take the beginning balance attributable solely to Pre-Cycle Cash Advances (which will be zero on the transaction date of the first Pre-Cycle Cash Advance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle Cash Advances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Categories C and D – Average Daily Balance Method (including new transactions): We calculate separate Balances Subject to Finance Charge for Category C balances and Category D balances. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new transactions, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero. If the Previous Balance shown on this statement was paid in full in this statement's billing cycle, then on the day after that payment in full date, we exclude from the beginning balance new transactions, new Account Fees, and new Transaction Fees which posted on or before that payment in full date, and we do not add new transactions, new Account Fees, or new Transaction Fees which post after that payment in full date.

We include the costs for the Credit Protection plan or for credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such costs are billed.

## TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charge for each category, we multiply the Balance Subject to Finance Charge by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges for each category together. Each Daily Periodic Rate is calculated by dividing its corresponding Annual Percentage Rate by 365.

## HOW WE ALLOCATE YOUR PAYMENTS

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

## Payment Due Dates and Keeping Your Account in Good Standing

Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rates, to avoid the imposition of Default Rates (if applicable), to avoid late fees, and to avoid overlimit fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date each billing cycle and you must maintain your account balance below your Credit Limit each day.

## MISCELLANEOUS

For the complete terms and conditions of your account, consult your Account Agreement. FIA Card Services is a tradename of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

---

**CUSTOMER STATEMENT OF DISPUTED ITEM** – Please call toll free 1-866-266-0212 Monday-Thursday 8am-9pm (Eastern Time) and Friday 8am-7pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.    Choose only one dispute reason.

Your Name: _____    Account Number: _____
Transaction Date: _____ Posting Date: _____    Reference Number: _____
Amount $: _____ Disputed Amount $: _____    Merchant Name: _____

[ ] 1. The amount of the charge was increased from $_____ to $_____ or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

[ ] 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

[ ] 3. I have not received the merchandise that was to be shipped to me on ___/___/___ (MM/DD/YY). I have asked the merchant to credit my account.

[ ] 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

[ ] 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on ___/___/___ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

[ ] 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise on ___/___/___ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.

[ ] 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. I did not authorize the second transaction. Sale #1 $_____ Reference #_____
Sale #2 $_____ Reference #_____

[ ] 8. I notified the merchant on ___/___/___ (MM/DD/YY) to cancel the pre-authorized order (reservation). Please note cancellation # and if available, enclose a copy of your contract and a copy of your telephone bill showing date and time of cancellation. Reason for cancellation / cancellation #:

[ ] 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The services to be provided on ___/___/___ (MM/DD/YY) were not received or were unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

[ ] 10. I certify that I do not recognize the transaction. Merchants often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

[ ] 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____    Date: _____
Best contact telephone #: _____    Home#: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to: Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

---

## Payments

We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____

Address 2 _____

City _____

State _____    Zip _____

Area Code & Home Phone _____

Area Code & Work Phone _____