# EXHIBIT C

January 2007

Below is an Amendment to your Credit Card Agreement. You do not have to accept this Amendment. The steps you must take to reject the Amendment are described below. You must act promptly to reject this Amendment, so please read it now.

## IMPORTANT AMENDMENT TO YOUR CREDIT CARD AGREEMENT

The Amendment below changes the terms of your Credit Card Agreement. Please read this document carefully, and keep it with your Credit Card Agreement. Except for this Amendment, the terms of your Credit Card Agreement continue in full force and effect.

### ANNUAL PERCENTAGE RATES

**Summary of Change:** We are increasing your Annual Percentage Rates (APRs) and changing your APRs to variable rates, unless you reject these changes as described below. Your APRs will vary each month with changes in the prime rate. The prime rate will be selected at the end of each month. The variable rate formula calculated using the new prime rate will apply to all balances in the same billing cycle as this selection date. The balances include transactions made before the new prime rate is selected. These changes will not affect any promotional rates that may currently be applied to your account.

**Amendment:** Effective on the first day following your statement Closing Date in February 2007:

Your account will have variable APRs, which are higher than your current APRs. The variable **ANNUAL PERCENTAGE RATE** is currently 26.99% (corresponding Daily Periodic Rate of 0.073945%). The margin is 18.74 percentage points. All variable rates are calculated using the Variable Rate Formula below.



**Variable Rate Formula:** The variable APR formula is calculated by adding together an index and a margin. The index is the highest U.S. Prime Rate as published in the "Money Rates" section of The Wall Street Journal on the last publication day of each month. The index as of November 30, 2006, was 8.25 percentage points. The margin for each balance category is described above.

An increase or decrease in the index will cause a corresponding increase or decrease in your APRs on the first day of your billing cycle that begins in the same month in which the index is published. For example, if your billing cycle generally begins in the middle of the month, the index published on September 30th will apply to your account for the entire billing cycle from mid-September to mid-October. An increase in the index means that you will pay higher periodic rate finance charges and have a higher Total Minimum Payment Due.

If The Wall Street Journal does not publish the U.S. Prime Rate, or if it changes the definition of the U.S. Prime Rate, we may, in our sole discretion, substitute another index.

### Rejection Instructions for APR Increase:

If you do not wish to accept the above change, you must meet all of the following requirements:

1. Write to us at FIA Card Services, N.A., P.O. Box 15088, Wilmington, DE 19850. Clearly print or type your name and full credit card account number and state that you reject this change. You must give notice in writing; it is not sufficient to telephone us. Send this notice only to the address in this paragraph; do not send it with a payment.

2. Write to us immediately or your rejection will not be effective. We must receive your letter by your statement Closing Date in February 2007. This date is at least 25 days after the Closing Date shown near the top of the enclosed statement.

3. You must not use your account after your statement Closing Date in February 2007. If your account is used at any time after this date, the above change will apply to your account even if you sent us timely notice rejecting the change. Remember, use of your account includes credit card access checks and any charges that are billed to your account on a regular basis such as online services and subscriptions.

CIT-32424

(over please)

## EQUAL CREDIT OPPORTUNITY NOTICE

As part of the Annual Percentage Rate Amendment decision, we obtained consumer report information, such as your accounts with other creditors, from Equifax Credit Information Services. Equifax did not make the decision and is unable to provide the specific reasons why the interest rate was increased. You have the right to obtain a free copy of your consumer report from Equifax within 60 days by calling 1-800-685-1111 and choosing option 1 from the voice response unit, or by writing to Equifax Credit Information Services, P.O. Box 740241, Atlanta, GA 30374-0241. You also have the right to dispute the accuracy or the completeness of any information in your consumer report.

To learn about your specific credit reasons for the Annual Percentage Rate Amendment, you may contact FIA Card Services, N.A., at P.O. Box 15088, Wilmington, DE 19950 or call us at 1-800-430-1578 within 60 days of the date of this statement. FIA Card Services, N.A. will provide a written response within 30 days after receiving your request. Our hours are: 8:00am-10:00pm EST Monday-Friday, 8:00am-7:00pm EST Saturdays, closed Sundays.

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this bank is the Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, TX 77010-9050.

FIA Card Services, N.A., P.O. Box 15088, Wilmington, DE 19850. Please note that if you choose to correspond with us in writing, please provide your full account number and print your name.

FIA0000134