IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| LAURA M. SWANSON, an individual, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A. and FIA CARD SERVICES, N.A.<br><br>  Defendants. | Case No. 1:08-cv-00184<br><br>Judge Amy St. Eve |

**BANK OF AMERICA, N.A.'S AND FIA CARD SERVICES, N.A.'S
MOTION TO REPLACE DOCUMENTS ON PUBLIC DOCKET**

Defendants Bank of America, N.A. and FIA Card Services, N.A. (collectively, "Defendants"), by and through their counsel, Fulbright & Jaworski L.L.P. and Foley & Lardner LLP, hereby move this Court to replace two documents on the public e-filing docket that were inadvertently e-filed without redactions. In support of this Motion, Defendants show unto the Court as follows:

  1. Defendants e-filed a Motion to Dismiss the First Amended Complaint on March 17, 2008 (the "MTD");

  2. The MTD and supporting documents are located at Docket #s 22 through 25 on the public e-filing docket;

70262474.1

- 1 -

3. In support of the MTD, Defendants e-filed the Declaration of Mary Lee Trevino (the "Declaration"). The Declaration is Document 25 on the public e-filing docket and attaches three exhibits: A, B and C (Docket #s 25-2, 25-3, and 25-4);

4. Exhibit A to the Declaration consists of a Credit Card Agreement and introductory letter (the "CCA") (Docket # 25-2) pertaining to the credit card account at issue in this case. The first page of this document (FIA0000085) contains the credit card number for the account as well as the address of the account holder. This information should have been redacted;

5. Exhibit B to the Declaration consist of three credit card account statements dated January through March 2007 (Docket # 25-2). These statements contain the credit card number for the account as well as the account holder's address and details concerning the account holder's expenditures. This information should have been redacted;

6. Attached hereto as <u>Exhibit A</u> is a replacement CCA that contains the appropriate redactions;

7. Attached hereto as <u>Exhibit B</u> are replacement account statements that contain appropriate redactions; and

8. Counsel for Plaintiff Laura M. Swanson, Michael S. Hilicki, has been advised of this motion and does not oppose it.

WHEREFORE, Defendants respectfully pray that this Court enter an order directing that Exhibits A and B to the Declaration of Mary Lee Trevino located at Docket #s 25-2 and 25-3 on the public e-filing docket, be removed and replaced with redacted versions of these exhibits attached hereto as <u>Exhibit A</u> and <u>Exhibit B</u>, respectively.

70262474.1

- 3 -

| | |
|---|---|
| Dated: March 18, 2008 | BANK OF AMERICA, N.A. and FIA CARD SERVICES, N.A. |

Robert M. Dawson, Esq.
Brandon C. Fernald, Esq.
FULBRIGHT & JAWORSKI, L.L.P.
555 South Flower Street, 41st Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:  (213) 892-9494

    /s Brandon C. Fernald
*One of the attorneys for Defendants*

William J. McKenna, Esq.
Katherine E. Licup, Esq.
FOLEY & LARDNER LLP
321 North Clark
Suite 2800
Chicago, IL 60610
Telephone:  (312) 832-4541
Facsimile:  (312) 832-4700

70262474.1