**W**elcome! We have enclosed your new MBNA card(s).



www.mbnaworldpoints.com

LAURA M SWANSON

PROMOTIONAL

# 0.00% APR
(Annual Percentage Rate)
on Balance Transfers and Check Cash Advances through your Statement closing date in September 2006[†]. Call 1-800-276-9939 to activate your card today!

**Account #** ████ **4156 | Credit Line: $** ████ **| Number of Card(s): 1**
(Verify name and address, and sign card(s) immediately to validate. Notify us if corrections are required.)

Thank you for your request. We are pleased to provide you with your new MBNA® *WorldPoints* Visa® credit card(s).

From the moment you call to activate your card, you will have immediate access to your credit line for purchases and cash advances. Use it for all your purchases, and earn valuable *WorldPoints* everytime. You'll also enjoy exclusive benefits, including Zero Liability Fraud Protection against unauthorized use and extra cards for others you trust—all at no additional cost. Add to that award-winning 24-hour Customer satisfaction, online point redemption, and access to your account information at www.mbnaworldpoints.com, and you'll see why this card consistently receives top honors from industry experts.

Read on—you'll find up-to-date details about your new account benefits! Important phone numbers are also provided for quick reference. To make the most of your new card(s), please review these materials and keep them in a safe place for future reference.

We look forward to serving all your credit card needs!

P.S. — Reward yourself with cash, travel, hotel stays, brand-name merchandise, gift certificates from top retailers, and more! It's simple. You'll earn one point for every dollar in purchases charged to this credit card. Start earning points today! Visit www.mbnaworldpoints.com for details.



**CLICK.**
VIEW PURCHASES—
PAY YOUR BILL — GET INSTANT ACCESS
TO ALL YOUR ACCOUNT INFORMATION.

**www.mbnaworldpoints.com**

WHY WAIT FOR THE MAIL? **LOG ON.**

**ABSOLUTE FRAUD PROTECTION.**
ZERO LIABILITY AGAINST
UNAUTHORIZED USE OF YOUR CREDIT CARD.
CONTACT US IMMEDIATELY IF YOUR
CARD IS LOST OR STOLEN.

**FIA0000085**

PREFERRED CARD

# Practical.
# Powerful.
# Indispensable.

## Your Preferred Card Benefits



ACCESS IS POWER.

7:30 A.M.
**CLICK.**
VIEW YESTERDAY AFTERNOON'S PURCHASES.

5:42 P.M.
**CLICK.**
TRANSFER A BALANCE TO YOUR ACCOUNT.

10:01 P.M.
**CLICK.**
CREDIT CARD BILL PAID.

## www.mbnanetaccess.com

WHY WAIT FOR THE MAIL? **LOG ON.** DO IT ALL—AND MORE!

### Global Acceptance
Congratulations! You've chosen one of the world's most respected credit cards. Your credit card is welcome at millions of locations—overseas, at home, or online—including resorts, restaurants, jewelry shops, grocery stores, gas stations, and Internet retailers.

### Customer Satisfaction**
Call us anytime, day or night—or visit us online! Your Preferred Visa credit card assures you a level of priority service other credit cards don't offer. We are standing by to assist you with the following:
- Additional cards for family members or others you trust
- Quick decisions on credit line increase requests
- Quick replacement of lost or stolen cards
- Absolute protection against fraud and unauthorized use
- The highest possible level of online security
- Personal service—24 hours a day, 7 days a week
- Merchant dispute advocacy
- Online account access
- Electronic bill-payment scheduling
- Common Carrier Travel Accident Insurance
- Supplemental Auto Rental Collision Damage Deductible Coverage
- Pay-by-Phone service available at 1-800-685-9628

### Internet Access www.mbnaworldpoints.com
Get up-to-the-minute information about your account and your available points balance—Visit our Web site for 24-hour access to your account information in a safe, highly secure environment.

### Transaction Information
Easy-to-read monthly statements—Charges, payments, credits, and important messages are presented clearly to help you track all your monthly expenses.

### Security
Use your credit card with complete confidence. Our Zero Liability policy means you won't be responsible for unauthorized purchases. And lost or stolen cards will be replaced promptly.
Enhanced Fraud Protection—State-of-the-art anti-fraud systems protect your account against fraudulent charges and unauthorized use, including online purchases. And specialized programs alert us to unusual activity on your account, around-the-clock.
Online Purchase Protection—Your credit card account is protected with Verified by Visa, the service that helps prevent online shopping fraud by ensuring only you can use your Visa credit card to buy online. If you haven't already, visit www.mbnaworldpoints.com for details and to enroll today!

FIA0000086

## Cash Access

HAVE CASH AT YOUR FINGERTIPS, whenever and wherever you need it!

**Credit Card Access Checks**—Use them like personal checks to pay bills (except other MBNA accounts) or to pay off balances on higher-interest accounts.*

**ATMs**—Use your Personal Identification Number (PIN) to get cash at ATMs worldwide. Your new PIN will be arriving within the next few weeks with your benefits package.

**Financial Institutions**—Access cash advances at financial institutions all around the world!

**Emergency Cash Worldwide**—Emergency cash up to your available credit line can be wired to a convenient Western Union® office within the United States or to a participating bank anywhere in the world!

## Balance Transfers

It's easy to pay off other credit card accounts. Call us toll-free at 1-800-276-9939, or visit www.mbnacash.com.* We'll transfer the balances you specify to your Preferred Visa account, subject to credit availability.



**GET THE WHOLE PICTURE.**

WHEN YOU ADD AUTHORIZED USERS TO YOUR ACCOUNT, YOU CAN TRACK ALL EXPENSES ON ONE SIMPLE STATEMENT. IT LITERALLY PUTS EVERYONE ON THE SAME PAGE!

SIMPLIFY—CALL NOW TO SIGN UP!

**1-800-421-2110**

*Add Authorized Users to your account—at no additional cost! As the Primary Cardholder, you are responsible for all account activity incurred by Authorized Users.*

## *WorldPoints*[SM] Rewards

Earn one Point for every $1 in net retail purchases charged to your *WorldPoints* credit card.

Reward yourself with **Travel**—on any major U.S. airline with no blackout dates, or arrange U.S. hotels and car rentals. **Cash**—earn unlimited cash rewards. **Merchandise**—choose from an impressive selection of merchandise from manufacturers including Sony®, Callaway®, and KitchenAid®. **Gift certificates**—select from Pottery Barn, Gap, Staples, Macy's and more.

Enjoy the convenience of *WorldPointsAssist*[SM], a 24-hour concierge service that can get you hard-to-find tickets, dinner reservations at the hottest spots, and more!

Your *WorldPoints* are tracked automatically and appear on your monthly statement. For additional information, visit us at **www.mbnaworldpoints.com**.

✂ *For fast service, cut out this Quick Reference Guide and keep it handy.*

## CUSTOMER PRIORITY CENTER

Log on today!
www.mbnaworldpoints.com
Important Phone Numbers
Customer Satisfaction 1-800-421-2110
Balance Transfer 1-800-276-9939
Overseas(collect) 302-738-5719
TDD 1-800-346-3178



**PLAN AHEAD FOR LIFE'S UPS & DOWNS.**

**PROTECT YOUR CREDIT TODAY!**
MBNA'S OPTIONAL CREDIT PROTECTION PLAN CAN HELP PROTECT YOUR MBNA ACCOUNT AND YOUR MBNA CREDIT RATING DURING CERTAIN LIFE SITUATIONS!

*For more specifics about this Plan, and a listing of protected life situations...*

**Call 1-866-509-3894**
OR VISIT OUR WEBSITE AT:
**www.MBNAprotect.com**

### [†]IMPORTANT DISCLOSURES

The corresponding ANNUAL PERCENTAGE RATE ("APR") for Balance Transfers and Check Cash Advances is a promotional 0.00% APR in effect through your statement Closing Date in September 2006.

However, your promotional rate period may end sooner. If any Total Minimum Payment Due is not received by the Payment Due Date ("promotion turn-off event"), then as of the first day of the billing cycle in which such promotion turn-off event occurred, the promotional period will end.

When the promotional period ends, the corresponding APR for all new and outstanding Balance Transfer and Check Cash Advance balances will be 13.99%, or a higher Default Rate of up to 19.99% corresponding APR, as described in your Agreement.

The non-introductory APR for your account is not guaranteed and is subject to change.

Transaction fee for Balance Transfers: 3.00% of the U.S. dollar amount of each such Cash Advance (Fee: Min. $10.00).

Transaction fee for Check Cash Advances: 3.00% of the U.S. dollar amount of each such Cash Advance (Fee: Min. $10.00).

MBNA will allocate your payments to balances (including new transactions) with lower APRs before balances with higher APRs.

*This account may not be used to pay off or pay down another MBNA account. Attempts to use account checks in such a manner will result in a Returned Payment Fee as described in your Credit Card Agreement.

**Certain restrictions apply to these and other benefits described here and in your Guide to Coverage.

The MBNA Privacy Notice may be found in your Credit Card Agreement and is available at MBNA.com.

MBNA, MBNA America, *Platinum Plus*, MBNA Quantum, MBNA *WorldPoints*, MBNAnetaccess.com, MBNA.com, GoldOption and related marks are service marks of MBNA America Bank, N.A.

MBNA America Bank, N.A. is the exclusive issuer and administrator of this credit card program.

Visa is a federally registered service mark of Visa U.S.A. Inc., and is used pursuant to license.

©2005 MBNA America Bank, N.A.

3072900022336C1D34M20311054156

FIA0000088

## PREFERRED CARD

### LAURA M SWANSON

### CREDIT CARD AGREEMENT

### CONTENTS (Selected Sections)

- YOUR CONTRACT WITH US                    2
- PRIVACY NOTICE                           2
- TIPS TO PROTECT YOUR INFORMATION         6
- WORDS USED OFTEN IN THIS AGREEMENT       8
- ANNUAL PERCENTAGE RATES                  11
- ACCOUNT FEES                             18
- HOW TO USE YOUR ACCOUNT                  19
- PAYMENTS ON YOUR ACCOUNT                 21
- WE MAY AMEND THIS AGREEMENT              25
- UNAUTHORIZED USE OF YOUR CARD            29
- ARBITRATION AND LITIGATION               29
- YOUR BILLING RIGHTS                      31

FIA0000089

## CREDIT CARD AGREEMENT

### YOUR CONTRACT WITH US

Your Agreement with us consists of this Credit Card Agreement and any changes we make to it from time to time. The terms of this Agreement apply to you if any of you applied for and were granted an account, used the account, maintained the account, and/or otherwise accepted the account. You agree to the terms and conditions of this Agreement.

### PRIVACY NOTICE

### Important Information About Your Financial Privacy

MBNA is the world's largest independent credit card issuer. Our financial products and services are endorsed by thousands of organizations and financial institutions. We back our financial products and services with top quality service. Collecting and sharing information about you helps us do this. This notice explains MBNA's information collection and sharing practices and lets you choose whether MBNA may share certain information about you.

This notice describes the privacy practices of MBNA Corporation and all its affiliates, including:
- MBNA America Bank, N.A.
- MBNA America (Delaware), N.A.
- MBNA Technology, Inc.
- MBNA Marketing Systems, Inc.
- MBNA Insurance Agency, Inc.

(We'll refer to these collectively as "MBNA"), for financial products and services governed by the laws of the United States of America.

2

FIA0000090

**Our Security Procedures Protect Your Information**

We work hard to keep information secure. For example, our information security policies:

- Govern retention of sensitive information;
- Restrict access to information systems; and
- Specify password requirements.

Our practices and procedures meet federal standards. Further, we share only the information we believe is needed to offer a product or service efficiently. Finally, we restrict the use of such information and require that it be kept secure.

**Information We Collect to Conduct Our Business**

We collect information about you to conduct our business and deliver the top quality service you expect. Sources include:

- Information we receive from you.
- Information we receive from third parties, such as consumer reporting agencies, to verify statements you've made to us, or regarding your employment, credit, or other relationships;
- Information about your transactions with MBNA and with other companies.

**Information Shared Within MBNA**

We may share all the information we collect within MBNA. For example, we may share:

- Identification information (such as name and address);
- Transaction and experience information (such as purchases and payments);
- Credit eligibility information (such as credit reports); and
- Other information.

You may tell us not to share credit eligibility information about you within MBNA, as explained below in the section

3

captioned, "Information Sharing: It's Your Choice." Your choice will not affect the sharing of identification and transaction and experience information.

**Information Shared Outside of MBNA**

We may share all the information we collect with the following types of companies outside of MBNA:

- Financial service companies (like banks, insurance companies, securities broker-dealers, and organizations with which we have joint marketing agreements);
- Non-financial companies (like retailers, direct marketers, communications companies, travel companies, and organizations endorsing MBNA);
- Companies performing marketing or other services for us (like data processing or direct mail services); and
- Other companies (like nonprofit organizations).

We may also share all of the information we collect with companies outside of MBNA as permitted by law.

You may tell us not to share information about you with companies outside of MBNA, as explained below in the section captioned, "Information Sharing: It's Your Choice." Your choice will not affect sharing with:

- Companies performing marketing or other services for us;
- Other financial institutions under joint marketing agreements;
- Government entities in response to subpoenas or regulatory requirements;
- Consumer reporting agencies; and
- As otherwise permitted by law.

4

**Information Sharing: It's Your Choice**

> We respect your choices related to privacy. You may tell us not to share credit eligibility information within MBNA and not to share information with companies outside of MBNA as described above. **If you wish to opt out of such information sharing, please call our toll-free automated response line at 1-866-751-1255.** We will ask you to verify your identity and the specific accounts to which your opt out applies. Please have your account or reference numbers available when you call. For deposit accounts, please have your Social Security number or Taxpayer Identification number available when you call.

MBNA applies opt outs at the account level, not by individual Customer. When any person listed on an account opts out, we opt out the entire account. This includes co-applicants, joint account holders, and authorized users. MBNA follows these privacy practices if an account is closed or becomes inactive.

Your opt out remains effective until revoked in writing. Federal law requires us to provide this notice on an annual basis, whether or not you previously opted out. **Please remember that if you previously opted out an account you do not need to opt out that account again.**

**IMPORTANT INFORMATION FOR VERMONT CUSTOMERS**

> The information sharing practices described above are in accordance with Federal law. Vermont law places additional limits on sharing information

5

FIA0000093

about Vermont residents so long as they remain residents of Vermont. In accordance with Vermont law, MBNA will not share information we collect about Vermont residents to companies outside of MBNA except:

- As permitted by law;
- To companies that perform marketing or other services on our behalf;
- Name, contact and transaction and experience information (such as your account balance and payment history) to other financial institutions with which we have joint marketing agreements; or
- With the authorization or consent of the Vermont resident.

MBNA will not share credit eligibility information about Vermont residents within MBNA except with the authorization or consent of the Vermont resident.

### Updates and Additional Information
This notice replaces any previous notices from MBNA about the privacy, security, and protection of information. For additional information regarding our Internet privacy practices, and to view the current version of this privacy notice, go to http://www.mbna.com/privacy.html. You may have other privacy protections under state laws. We may amend this privacy notice at any time. We will inform you of changes as required by law.

### TIPS TO PROTECT YOUR INFORMATION
*MBNA works hard to keep your information secure. You can help by following these tips to protect your information:*

6

FIA0000094

*Store personal information in a safe place and tear up or shred old receipts and account statements before throwing them away.*

*Protect your PINs and other passwords. Do not share them with anyone unless it's for a service or transaction you request and you are confident the other party will protect the information as you would.*

*Carry only the minimum amount of identifying information you require.*

*Pay attention to billing cycles and statements. Inquire if you do not receive a bill.*

*Check account statements carefully to ensure all charges, checks, or withdrawals are authorized.*

*Guard your mail from theft. Do not leave bill payment envelopes in your mailbox with the flag up. Instead, deposit them in a post office collection box or at the local post office. Promptly remove incoming mail.*

*Order copies of your credit report from each of the three major credit bureaus once a year to ensure they are accurate.*

*If you believe you are a victim of identity theft take immediate action and keep records of your conversations and correspondence. While the steps you must take will vary with your individual circumstances, three basic actions are appropriate in almost every case:*

- *Contact the creditors for any accounts that have been tampered with or opened fraudulently.*

- *Contact the fraud departments of each of the three major credit bureaus:*

*Equifax: 1-800-525-6285 / P.O. Box 740241, Atlanta, GA 30374-0241*

*Experian: 1-888-397-3742 / P.O. Box 9532, Allen, Texas 75013*

7

*Trans Union: 1-800-680-7289 / P.O. Box 6790, Fullerton, CA 92834*

- *File a report with your local police or the police in the community where the identity theft took place and get a copy of the police report.*

   *Although many consumers appreciate the convenience and customer service of direct marketing:*

- *If you prefer not to receive pre-approved offers of credit, you can opt out of such offers by calling 1-888-5-OPT OUT.*

- *If you want to remove your name from many national direct mail lists, send your name and address to:*

   *DMA Mail Preference Service*
   *P.O. Box 643*
   *Carmel, NY 10512*

- *If you want to reduce the number of telephone solicitations from many national marketers, send your name, address and telephone number to:*

   *DMA Telephone Preference Service*
   *P.O. Box 1559*
   *Carmel, NY 10512*

   *From "ID Theft; When Bad Things Happen to Your Good Name," Federal Trade Commission, November 2003*

## WORDS USED OFTEN IN THIS AGREEMENT

"Access check" means an access check we provide to you to make a Check Cash Advance on your account.

"Agreement" or "Credit Card Agreement" means this document and any changes we make to this document from time to time.

8

FIA0000096

"APR" means the corresponding Annual Percentage Rate. The APR corresponds to the Daily Periodic Rate ("DPR") which is calculated by dividing the corresponding APR by 365.

"Card" means all the credit cards we issue to you and to any other person with authorization for use on this account pursuant to this Agreement.

"Cash Advance" means the use of your account for a loan obtained:
1. at an automated teller machine ("ATM Cash Advance");
2. by a transfer of funds initiated by us at your request ("Balance Transfer");
3. at any financial institution (e.g., to obtain cash, money orders, or travelers checks), at any non-financial institution (to obtain cash), or for any payment you make to us that is returned to us unpaid for any reason, including the related finance charges ("Bank Cash Advance");
4. by an access check you sign as drawer ("Check Cash Advance").

"Cash Advance" includes Transaction Fees and adjustments associated with any Cash Advance.

"Default Rate" means the APR which may be applied without further notice to your account in certain instances of your default, as described in the section titled, *Annual Percentage Rates*.

"Foreign Transaction" means any transaction made outside of the United States (including, for example, online purchases from foreign merchants), or in a foreign currency.

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances.

"New Balance Total" means the total billed amount as of the Closing Date of a billing cycle, as shown on your monthly statement. To determine the New Balance Total, we start with

9

the total balance at the beginning of the billing cycle, which is the "Previous Balance." Then we subtract payments and credits. Then we add Cash Advances, Purchases and finance charges.

"Pay in Full" or "Paid in Full" means payments and credits in a billing cycle totaling at least your previous billing cycle's New Balance Total. In general, Pay in Full must be made by the Payment Due Date in order to get a Grace Period.

"Promotional Rate" means a temporary APR that may be offered on a balance category for a designated time period, and may be subject to other conditions.

"Purchase" means the use of your card or account number to:
1. buy or lease goods or services;
2. buy "Cash Equivalents" (i.e., foreign currency, money orders or travelers checks from a non-financial institution, or wire transfers, person to person money transfers, out-of-network bill payments made through MBNA's online bill payment service, bets, lottery tickets, or casino gaming chips) from any seller other than a financial institution;
3. make a transaction that is not otherwise a Cash Advance.

"Purchase" includes Account Fees, as well as Transaction Fees and adjustments associated with any Purchase.

"We," "us," "our," "MBNA" and "MBNA America" mean MBNA America Bank, N.A.

"You" and "your" mean each and all of the persons who are granted, accept or use an account we hold. "You" and "your" also mean any other person who has guaranteed payment of this account, when used in the sections titled, *Your Contract With Us, We May Monitor and Record Telephone Calls,* and *Arbitration and Litigation,* and when used in each of the sections relating to payment of this account (e.g., *Your*

10

FIA0000098

*Promise to Pay*, and *How We Allocate Your Payments*).

We will use the definitions described under the section heading *Words Used Often in This Agreement* or as otherwise defined in this Agreement. If we use a capitalized term in this document but we do not define the term in this document, the term has the meaning as used in your monthly statement.

We use section headings (e.g., *Words Used Often in This Agreement*) to organize this Agreement. The headings are for reference purposes only.

## BALANCE CATEGORIES

When a Cash Advance or Purchase transaction occurs, we add the amount of the transaction and any associated finance charges, to one of the following balance categories:

Category A - Balance Transfers and Check Cash Advances

Category B - ATM Cash Advances and Bank Cash Advances

Category C - Purchases

Category D - Other Balances

From time to time, we may move certain balances from one category to another (for example, so we can accommodate promotional terms), and we will tell you when we do.

Each balance category has its own APR. All rates are subject to change. In addition to the *Annual Percentage Rate* section, please see how we may change the rates on your account in the section titled, *We May Amend This Agreement*.

## ANNUAL PERCENTAGE RATES

**Category A Balance Transfers and Check Cash Advances :**

FIA0000099

**Promotional Rate**

The current corresponding **ANNUAL PERCENTAGE RATE** for Category A balances is a promotional **0.00%**(0.00% DPR) in effect through your statement Closing Date in September 2006.

This promotional period will end sooner if there is a "promotion turn-off event." A promotion turn-off event means that any Total Minimum Payment Due is not received by its Payment Due Date. If a promotion turn-off event occurs, then this promotional period will end as of the first day of that billing cycle. This means that this promotional APR will not be in effect in that billing cycle.

**Rate after the promotional period**

When the promotional period ends, the corresponding **ANNUAL PERCENTAGE RATE** for all new and outstanding Category A balances will be **13.99%**(0.038328% DPR), or a higher APR if we increase the APR due to Default Pricing (see below *Default Pricing*).

**Default Pricing:** The Default Rate for Category A balances is up to **19.99%**corresponding **ANNUAL PERCENTAGE RATE**(0.054767% DPR). We may increase the APR on all new and outstanding Category A balances up to the Default Rate, without giving you additional notice, each time: (1) we do not receive the Total Minimum Payment Due by its Payment Due Date; or (2) your total outstanding balance exceeds your credit limit on any statement Closing Date. Each such increase will be effective as of the first day of that billing cycle, but after any applicable Category A promotional period has ended (see above *Promotional Rates*).

**Category B ATM Cash Advances and Bank Cash Advances:**

The current corresponding **ANNUAL PERCENTAGE RATE** for Category B balances is **19.99%**(0.054767% DPR). The APR will change if we increase the APR due to Default Pricing (see below *Default Pricing*).

**Default Pricing:** The Default Rate for Category B balances is up to **19.99%**corresponding **ANNUAL PERCENTAGE RATE**(0.054767% DPR). We may increase the

12

APR on all new and outstanding Category B balances up to the Default Rate, without giving you additional notice, each time: (1) we do not receive the Total Minimum Payment Due by its Payment Due Date; or (2) your total outstanding balance exceeds your credit limit on any statement Closing Date. Each such increase will be effective as of the first day of that billing cycle, but after any applicable Category B promotional period has ended.

### Category C Purchases:

The current corresponding **ANNUAL PERCENTAGE RATE** for Category C balances is **13.99%**(0.038328% DPR). The APR will change if we increase the APR due to Default Pricing (see below *Default Pricing*).

**Default Pricing:** The Default Rate for Category C balances is up to **19.99%**corresponding **ANNUAL PERCENTAGE RATE**(0.054767% DPR). We may increase the APR on all new and outstanding Category C balances up to the Default Rate, without giving you additional notice, each time: (1) we do not receive the Total Minimum Payment Due by its Payment Due Date; or (2) your total outstanding balance exceeds your credit limit on any statement Closing Date. Each such increase will be effective as of the first day of that billing cycle, but after any applicable Category C promotional period has ended.

### Category D Other Balances:

The current corresponding **ANNUAL PERCENTAGE RATE** for Category D balances is **13.99%**(0.038328% DPR). The APR will change if we increase the APR due to Default Pricing (see below *Default Pricing*).

**Default Pricing:** The Default Rate for Category D balances is up to **19.99%**corresponding **ANNUAL PERCENTAGE RATE**(0.054767% DPR). We may increase the APR on all new and outstanding Category D balances up to the Default Rate, without giving you additional notice, each time: (1) we do not receive the Total Minimum Payment Due by its Payment Due Date; or (2) your total outstanding balance exceeds your credit limit on any statement Closing Date. Each such increase will

13

FIA0000101

be effective as of the first day of that billing cycle, but after any applicable Category D promotional period has ended.

### CALCULATION OF PERIODIC RATE FINANCE CHARGES

We calculate Periodic Rate Finance Charges for each balance category by multiplying its Balance Subject to Finance Charge by the applicable DPR and that result by the number of days in the billing cycle.

### BILLING CYCLE

Your billing cycle ends each month on a Closing Date determined by us. Each billing cycle begins on the day after the Closing Date of the previous billing cycle. Each monthly statement reflects a single billing cycle.

### WHEN PERIODIC RATE FINANCE CHARGES BEGIN TO ACCRUE

Each new Category A and Category B Cash Advance begins to accrue Periodic Rate Finance Charges on its transaction date. Category A and Category B balances remaining from previous billing cycles accrue Periodic Rate Finance Charges from the first day of the billing cycle. The transaction date for Check Cash Advances and Balance Transfers made by check is the date the check is first deposited or cashed. The transaction date for a returned payment (a Bank Cash Advance) is the date that the corresponding payment posted to your account.

Unless subject to a Grace Period, each new Category C Purchase and each new Category D Other Balance begins to accrue Periodic Rate Finance Charges on its transaction date or the first day of the billing cycle, whichever date is later. Unless subject to a Grace Period, Category C balances and Category D balances remaining from previous billing cycles accrue Periodic Rate Finance Charges from the first day of the billing cycle.

14

FIA0000102

When applicable, Periodic Rate Finance Charges accrue daily and compound daily on new balances, and balances remaining from previous billing cycles, in each balance category. Periodic Rate Finance Charges will continue to accrue even though you have paid the full amount of any related balances in a balance category because we include any accrued but unpaid finance charges in the calculation of the Balance Subject to Finance Charge.

Your Payment Due Date will be at least 25 days from your statement Closing Date.

### GRACE PERIOD

You do not have a Grace Period for Category A or Category B Cash Advances. You will have a Grace Period on new Category C Purchases and new Category D Other Balances, in a billing cycle in which you Pay in Full, from the day after the Pay in Full date until the end of that billing cycle. You will have a Grace Period for an entire billing cycle on new Category C Purchases and new Category D Other Balances and on Category C and Category D balances remaining from previous billing cycles if you Pay in Full by the Payment Due Date in that billing cycle and if during the previous billing cycle you Paid in Full.

### CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE

### Categories A and B—Average Balance Method (including new Cash Advances):

We calculate separate Balances Subject to Finance Charge for Category A balances and Category B balances. We calculate the Balance Subject to Finance Charge for each of these balance categories by: (1) calculating a daily balance for each day in the current billing cycle; (2) calculating a daily balance for each day prior to the current billing cycle that had a "Pre-Cycle Cash Advance" balance—a Pre-Cycle Cash Advance is a Cash Advance with a transaction date prior to the current billing cycle but with a posting date within the current billing cycle; (3) adding all the daily balances together; and (4)

FIA0000103

dividing the sum of the daily balances by the number of days in the current billing cycle.

To calculate the daily balance for each day in the current billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Cash Advances and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to the current billing cycle that had a Pre-Cycle Cash Advance balance, we take the beginning balance attributable solely to Pre-Cycle Cash Advances (which will be zero on the transaction date of the first Pre-Cycle Cash Advance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle Cash Advances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

### Categories C and D—Average Daily Balance Method (including new transactions):

We calculate separate Balances Subject to Finance Charge for Category C balances and Category D balances. We calculate the Balance Subject to Finance Charge for each of these balance categories by: (1) calculating a daily balance for each day in the current billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the current billing cycle.

To calculate the daily balance for each day in the current billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add, unless subject to a Grace Period, new transactions, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero. If in the current billing cycle you Pay in Full, then on

16

FIA0000104

the day after that Pay in Full date, we exclude from the beginning balance new transactions, new Account Fees, and new Transaction Fees which posted on or before the Pay in Full date.

We include the costs for the MBNA Credit Protection plan or for credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such costs are billed.

## TRANSACTION FEE FINANCE CHARGES

If you obtain an ATM Cash Advance, we will assess a transaction fee **(FINANCE CHARGE)** equal to 3.00% of the U.S. dollar amount of each such Cash Advance (Fee: Min. $10.00).

If you obtain a Balance Transfer, we will assess a transaction fee **(FINANCE CHARGE)** equal to 3.00% of the U.S. dollar amount of each such Cash Advance (Fee: Min. $10.00).

If you obtain a Bank Cash Advance, we will assess a transaction fee **(FINANCE CHARGE)** equal to 3.00% of the U.S. dollar amount of each such Cash Advance (Fee: Min. $10.00). This fee is not assessed for a Bank Cash Advance resulting from any payment you make to us that is returned to us unpaid for any reason.

If you use your card to purchase Cash Equivalents, we will assess a transaction fee **(FINANCE CHARGE)** equal to 3.00% of the U.S. dollar amount of each such Cash Equivalent (Fee: Min. $10.00). This fee does not apply to out-of-network bill payments made through MBNA's online bill payment service.

If you obtain a Check Cash Advance, we will assess a transaction fee **(FINANCE CHARGE)** equal to 3.00% of the U.S. dollar amount of each such Cash Advance (Fee: Min. $10.00).

There is no Foreign Transaction Fee on Foreign Transactions.

17

FIA0000105

## ACCOUNT FEES

The following fees are assessed as Purchases in the billing cycle in which the fees accrue:

There is no Annual Fee.

An Overlimit Fee in each billing cycle when your total outstanding balance exceeds your credit limit. The Overlimit Fee will be assessed even if fees or finance charges assessed by us cause your total outstanding balance to exceed your credit limit. The Overlimit Fee will be assessed as of the first day in the billing cycle that your total outstanding balance was over your credit limit. No more than one Overlimit Fee will be charged in each billing cycle.

If your Previous Balance exceeds your credit limit at the beginning of a billing cycle, you will have an opportunity to avoid an Overlimit Fee in that billing cycle. To avoid an Overlimit Fee in that billing cycle, your total outstanding balance must be less than or equal to your credit limit on the 20th day of the billing cycle and must remain below the credit limit for the rest of that billing cycle. If your total outstanding balance exceeds your credit limit on the 20th day of that billing cycle you will be assessed an Overlimit Fee as of the 20th day. If your total outstanding balance is less than your credit limit on the 20th day of that billing cycle but exceeds your credit limit on any day after the 20th day, you will be assessed an Overlimit Fee as of the first day after the 20th day in which your total outstanding balance exceeds your credit limit.

The amount of the Overlimit Fee is based on the amount of your total outstanding balance on the date as of which the Overlimit Fee is assessed and is as follows:
- if the total outstanding balance is $500.00 or less, the Overlimit Fee will be $15.00;
- if the total outstanding balance is greater than $500.01 but $1,000.00 or less, the Overlimit Fee will be $29.00;
- if the total outstanding balance is greater than $1,000.01, the Overlimit Fee will be $39.00.

18

FIA0000106

A Late Fee, if the Total Minimum Payment Due shown on your monthly statement is not received by us on or before its Payment Due Date. The amount of your Late Fee is based on your total outstanding balance on the next business day (including Saturdays) after each Payment Due Date as follows:

- if the total outstanding balance is $100.00 or less, the Late Fee will be $15.00;
- if the total outstanding balance is greater than $100.01 but $250.00 or less, the Late Fee will be $29.00;
- if the total outstanding balance is greater than $250.01, the Late Fee will be $39.00.

A Returned Payment Fee of $39.00 if a payment on your account is returned for insufficient funds or for any other reason, even if it is paid upon subsequent presentment (if we elect to re-present the payment).

A Returned Check Cash Advance Fee of $39.00 if we return an access check unpaid for any reason, even if the access check is paid upon subsequent presentment.

A Copy Fee of $5.00 for each copy of a monthly statement or sales draft, except that the six most recent monthly statements and one sales drafts will be provided for free.

An Abandoned Property Fee equal to any costs incurred by us for complying with state abandoned property laws, unless prohibited by applicable law.

## SIGN YOUR CARD

You should sign your card before you use it.

## HOW TO USE YOUR ACCOUNT

You may obtain credit in the form of Purchases and Cash Advances by using cards, access checks, your account number, or other credit devices.

19

FIA0000107

## WE MAY MONITOR AND RECORD TELEPHONE CALLS

You consent to and authorize MBNA America, any of its affiliates, or its marketing associates to monitor and/or record any of your telephone conversations with our representatives or the representatives of any of those companies.

## CREDIT REPORTING AGENCIES

You authorize MBNA America to collect information about you, including credit reports from consumer reporting agencies.

---

If you believe we have furnished inaccurate or incomplete information about you or your account to a credit reporting agency, write to us at: MBNA, Credit Reporting Agencies, P.O. Box 17054, Wilmington, DE 19884-7054. Please include your name, address, home phone number, and account number, and explain what you believe is inaccurate or incomplete.

---

## PURPOSES FOR USING YOUR ACCOUNT

You may use your account for personal, family, or household purposes. You may not use your account for business or commercial purposes. You may not use a Check Cash Advance, or any other Cash Advance, to make a payment on this or any other credit account with us. You may not use or permit your account to be used to make any illegal transaction.

## PERSONS USING YOUR ACCOUNT

If you permit any person to use your card, access checks, account number, or other credit device with the authorization to obtain credit on your account, you may be liable for all transactions made by that person including transactions for which you may not have intended to be liable, even if the amount of those transactions causes your credit limit to be exceeded. Authorized users of this account may have the same access to information about the account and its users as the account holders.

FIA0000108

**YOUR PROMISE TO PAY**

You promise to pay us the amounts of all credit you obtain, which includes all Purchases and Cash Advances. You also promise to pay us all the amounts of finance charges, fees, and any other transactions we charge to your account.

**PAYMENTS ON YOUR ACCOUNT**

You must pay each month at least the Total Minimum Payment Due shown on your monthly statement by its Payment Due Date. Your Payment Due Date may vary from month to month. Payments must conform to the requirements set out on that monthly statement; these requirements may vary without prior notice. You may pay the entire amount you owe us at any time. Payments made in any billing cycle that are greater than the Total Minimum Payment Due will not affect your obligation to make the next Total Minimum Payment Due. If you overpay or if there is a credit balance on your account, we will not pay interest on such amounts. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. We reserve the right to reject any payment if your account has a credit balance as of the day we receive that payment. Payment of your Total Minimum Payment Due may not avoid the assessment of Overlimit Fees. Generally, credits to your account, such as those generated by merchants or by person-to-person money transfers, are not treated as payments and will not reduce your Total Minimum Payment Due.

We process most payment checks electronically. We use the information on your check to create an electronic funds transfer. Each time you send a check, you authorize a one-time electronic funds transfer. You also authorize us to process your check as a check or paper draft, as necessary. Funds may be withdrawn quickly from your account. You will not receive your cancelled check because we are required to destroy it. We will retain an electronic copy. For more information or to stop the conversion of your checks into electronic funds transfers, call us at *the phone number listed on (the front of) your monthly statement or on your*

21

FIA0000109

*card.* You may also write to us at: P.O. Box 15019, Wilmington, DE 19850-5019.

## TOTAL MINIMUM PAYMENT DUE

You may pay your total outstanding balance at any time. Each billing cycle, you must pay at least the Total Minimum Payment Due shown on your monthly statement by its Payment Due Date. The Total Minimum Payment Due is the sum of all past due amounts plus the Current Payment.

The Current Payment for each billing cycle includes three amounts: (1) 1.00% of your balance (your New Balance Total except for any new Periodic Rate Finance Charges, and Late Fee), and (2) new Periodic Rate Finance Charges, and (3) new Late Fee. The Current Payment is capped. Generally, the lowest it will be is $15.00 and the highest it could be is 5% of your New Balance Total. We round the payment amount down to the nearest dollar. If a payment is credited to your account but is returned unpaid in a later billing cycle, we will recalculate the Total Minimum Payment Due for the billing cycle in which the payment was originally credited.

## WHEN YOUR PAYMENT WILL BE CREDITED TO YOUR ACCOUNT

We credit payments as of the date received, if the payment is: (1) received by 2 p.m. (Eastern Time); (2) received at the address shown in the upper left-hand corner of the front of your monthly statement; (3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (4) sent in the return envelope with only the top portion of your statement accompanying it. Payments received after 2 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Credit for any other payments may be delayed up to five days.

## HOW WE ALLOCATE YOUR PAYMENTS

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including

22

FIA0000110

transactions made after your latest statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

## PROMISE TO PAY APPLIES TO ALL PERSONS

All persons who initially or subsequently request, accept, guarantee or use the account are individually and together responsible for any total outstanding balance. If you and one or more persons are responsible to pay any total outstanding balance, we may refuse to release any of you from liability until all of the cards, access checks, and other credit devices outstanding under the account have been returned to us and you repay us the total outstanding balance owed to us at any time under the terms of this Agreement.

## DEFAULT

You will be in default of this Agreement if: (1) you fail to make any required Total Minimum Payment Due by its Payment Due Date; (2) your total outstanding balance exceeds your credit limit; or (3) you fail to abide by any other term of this Agreement. Solely for the purposes of determining eligibility and premium payment obligations for the optional credit insurance purchased through MBNA, you will be deemed in default or delinquent if you fail to make a payment within 90 days of your Payment Due Date. Our failure to exercise any of our rights when you default does not mean that we are unable to exercise those rights upon later default.

## WHEN WE MAY REQUIRE IMMEDIATE PAYMENT

If you are in default, then in addition to our other remedies under this Agreement, we can require immediate payment of your total outstanding balance and, unless prohibited by applicable law and except as otherwise provided under the *Arbitration and Litigation* section of this Agreement, we can also require you to pay the costs we incur in any collection proceeding, as

23

well as reasonable attorneys' fees if we refer your account for collection to an attorney who is not our salaried employee.

## OTHER PAYMENT TERMS

We can accept late payments, partial payments, or payments with any restrictive writing without losing any of our rights under this Agreement. This means that no payment, including those marked with "paid in full" or with any other restrictive words, shall operate as an accord and satisfaction without the prior written approval of one of our senior officers. You may not use a postdated check to make a payment. If you do postdate a payment check, we may elect to honor it upon presentment or return it uncredited to the person that presented it, without in either case waiting for the date shown on the check. We are not liable to you for any loss or expense incurred by you arising out of the action we elect to take.

## PAYMENT HOLIDAYS AND REDUCED PAYMENT OFFERS

We may allow you, from time to time, to omit a monthly payment or make a reduced payment. We will notify you when these options are available. If you omit a payment or make a reduced payment, finance charges, applicable fees, and other regular transactions, if any, will accrue on your account balances in accordance with this Agreement. The reduced payment amount may be less than your finance charges. You must make the reduced payment on time to avoid a late fee. You must resume making your regular Total Minimum Payment Due each month following a payment holiday or reduced payment offer.

## YOUR CREDIT LIMIT

Your credit limit is disclosed to you when you receive your card and, generally, on each monthly statement. We may change your credit limit from time to time. The amount shown on your monthly statement as Cash or Credit Available does not take into account any Purchases, Cash Advances, finance charges, fees, any other transactions, or credits which

FIA0000112

post to your account after the Closing Date of that monthly statement. Such transactions could result in your credit limit being exceeded and result in the assessment of Overlimit Fees and loss of Promotional Rates.

## WHAT WE MAY DO IF YOU ATTEMPT TO EXCEED YOUR CREDIT LIMIT

The total outstanding balance on your account plus authorizations at any time must not be more than your credit limit. If you attempt a transaction which results in your total outstanding balance (plus authorizations) exceeding your credit limit, we may: (1) permit the transaction without raising your credit limit; (2) permit the transaction and treat the amount of the transaction that is more than the credit limit as immediately due; or (3) refuse to permit the transaction.

If we refuse to permit the transaction, we may advise the person who attempted the transaction that it has been refused. If we refuse to permit a Check Cash Advance or Balance Transfer, we may do so by advising the person presenting the Check Cash Advance or Balance Transfer that credit has been refused, that there are insufficient funds to pay the Check Cash Advance or Balance Transfer, or in any other manner.

If we have previously permitted you to exceed your credit limit, it does not mean that we will permit you to exceed your credit limit again. If we decide to permit you to exceed your credit limit which could trigger a promotion turn-off event, we may also charge an Overlimit Fee as provided in this Agreement.

## WE MAY AMEND THIS AGREEMENT

We may amend this Agreement at any time. We may amend it by adding, deleting, or changing provisions of this Agreement. We may increase or decrease any or all of your APRs. We may increase any or all of your APRs to rates which exceed the Default Rate. When we amend this Agreement we will comply with the applicable notice requirements of federal and Delaware law that are in effect at that time. The amended Agreement (including any higher rate

25

or other higher charges or fees) will apply to the total outstanding balance, including the balance existing before the amendment became effective. If an amendment gives you the opportunity to reject the change, and if you reject the change in the manner provided in such amendment, we may terminate your right to receive credit and may ask you to return all credit devices as a condition of your rejection. We may replace your card with another card at anytime.

### WE MAY SUSPEND OR CLOSE YOUR ACCOUNT

We may suspend or close your account or otherwise terminate your right to use your account. We may do this at any time and for any reason. Your obligations under this Agreement continue even after we have done this. You must destroy all cards, access checks or other credit devices on the account when we request.

### YOU MAY CLOSE YOUR ACCOUNT

You may close your account by notifying us in writing or by telephone, and destroying all cards, access checks or other credit devices on the account. Your obligations under this Agreement continue even after you have done this.

### TRANSACTIONS AFTER YOUR ACCOUNT IS CLOSED

When your account is closed, you must contact anyone authorized to charge transactions to your account, such as internet service providers, health clubs or insurance companies. These transactions may continue to be charged to your account until you change the billing. Also, if we believe you have authorized a transaction or are attempting to use your account after you have requested to close the account, we may allow the transaction to be charged to your account.

### REFUSAL TO HONOR YOUR ACCOUNT

We are not liable for any refusal to honor your account. This can include a refusal to honor your card or account number or any check written on your account. We are not liable for any retention

26

FIA0000114

of your card by us, any other financial institution, or any provider of goods or services.

## HOW YOU MAY STOP PAYMENT ON AN ACCESS CHECK

You may request a stop payment on an access check by providing us with the access check number, dollar amount, and payee exactly as they appear on the access check. Oral and written stop payment requests on an access check are effective for six months from the day that we place the stop payment.

## YOU MAY NOT POSTDATE AN ACCESS CHECK

You may not issue a postdated access check on your account. If you do postdate an access check, we may elect to honor it upon presentment or return it unpaid to the person that presented it to us for payment, without in either case waiting for the date shown on the access check. We are not liable to you for any loss or expense incurred by you arising out of the action we elect to take.

## TRANSACTIONS MADE IN FOREIGN CURRENCIES

If you make a transaction in a foreign currency, the transaction will be converted by Visa International or MasterCard International, depending on which card you use, into a U.S. dollar amount in accordance with the operating regulations or conversion procedures in effect at the time the transaction is processed. Currently, those regulations and procedures provide that the currency conversion rate to be used is either (1) a wholesale market rate or (2) a government-mandated rate in effect one day prior to the processing date. The currency conversion rate in effect on the processing date may differ from the rate in effect on the transaction date or posting date.

## BENEFITS

We may offer you certain benefits and services with your account. Any benefits or services are not a part of this Agreement, but are subject to the terms and restrictions outlined in

27

the benefits brochure and other official documents provided to you from time to time by or on behalf of MBNA America. While any benefits or services described in the previous sentence are not a part of this Agreement, any claim or dispute related to any such benefit or service shall be subject to the *Arbitration and Litigation* section of this Agreement. We may adjust, add, or delete benefits and services at any time and without notice to you.

## WE MAY SELL YOUR ACCOUNT

We may at any time, and without notice to you, sell, assign or transfer your account, any sums due on your account, this Agreement, or our rights or obligations under your account or this Agreement to any person or entity. The person or entity to whom we make any such sale, assignment or transfer shall be entitled to all of our rights and/or obligations under this Agreement, to the extent sold, assigned or transferred.

## YOU MUST NOTIFY US WHEN YOU CHANGE YOUR ADDRESS

We strive to keep accurate records for your benefit and ours. The post office and others may notify us of a change to your address. When you change your address, you must notify us promptly of your new address.

## WHAT LAW APPLIES

This Agreement is made in Delaware and we extend credit to you from Delaware. This Agreement is governed by the laws of the State of Delaware (without regard to its conflict of laws principles) and by any applicable federal laws.

## THE PROVISIONS OF THIS AGREEMENT ARE SEVERABLE

If any provision of this Agreement is found to be invalid, the remaining provisions will continue to be effective.

## OUR RIGHTS CONTINUE

Our failure or delay in exercising any of our rights under this Agreement does not mean that we are unable to exercise those rights later.

FIA0000116

## UNAUTHORIZED USE OF YOUR CARD

Please notify us immediately of the loss, theft, or possible unauthorized use of your account at 1-800-421-2110.

## ARBITRATION AND LITIGATION

This Arbitration and Litigation provision applies to you unless you were given the opportunity to reject the Arbitration and Litigation provisions and you did so reject them in the manner and timeframe required. If you did reject effectively such a provision, you agreed that any litigation brought by you against us regarding this account or this Agreement shall be brought in a court located in the State of Delaware.

Any claim or dispute ("Claim") by either you or us against the other, or against the employees, agents or assigns of the other, arising from or relating in any way to this Agreement or any prior Agreement or your account (whether under a statute, in contract, tort, or otherwise and whether for money damages, penalties or declaratory or equitable relief), including Claims regarding the applicability of this Arbitration and Litigation Section or the validity of the entire Agreement or any prior Agreement, shall be resolved by binding arbitration.

The arbitration shall be conducted by the National Arbitration Forum ("NAF"), under the Code of Procedure in effect at the time the Claim is filed. Rules and forms of the National Arbitration Forum may be obtained and Claims may be filed at any National Arbitration Forum office, www.arb-forum.com, or P.O. Box 50191, Minneapolis, Minnesota 55405, telephone 1-800-474-2371. If the NAF is unable or unwilling to act as arbitrator, we may substitute another nationally recognized, independent arbitration organization that uses a similar code of procedure. At your written request, we will advance any arbitration filing fee, administrative and hearing fees which you are required to pay to pursue a Claim in arbitration. The arbitrator will decide who will be ultimately responsible for paying those fees. In no event will you be required to reimburse us for any arbitration filing,

FIA0000117

administrative or hearing fees in an amount greater than what your court costs would have been if the Claim had been resolved in a state court with jurisdiction. Any arbitration hearing at which you appear will take place within the federal judicial district that includes your billing address at the time the Claim is filed. This arbitration agreement is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16 ("FAA"). Judgment upon any arbitration award may be entered in any court having jurisdiction. The arbitrator shall follow existing substantive law to the extent consistent with the FAA and applicable statutes of limitations and shall honor any claims or privilege recognized by law. If any party requests, the arbitrator shall write an opinion containing the reasons for the award.

No Claim submitted to arbitration is heard by a jury and no Claim may be brought as a class action or as a private attorney general. You do not have the right to act as a class representative or participate as a member of a class of claimants with respect to any Claim. This Arbitration and Litigation Section applies to all Claims now in existence or that may arise in the future.

This Arbitration and Litigation Section shall survive the termination of your account with us as well as any voluntary payment of the debt in full by you, any bankruptcy by you or sale of the debt by us.

For the purposes of this Arbitration and Litigation Section, "we" and "us" means MBNA America Bank, N.A., its parent, subsidiaries, affiliates, licensees, predecessors, successors, assigns, and any purchaser of your account, and all of their officers, directors, employees, agents and assigns or any and all of them. Additionally, "we" or "us" shall mean any third party providing benefits, services, or products in connection with the account (including but not limited to credit bureaus, merchants that accept any credit device issued under the account, rewards or enrollment services, credit insurance companies, debt

30

collectors and all of their officers, directors, employees and agents) if, and only if, such a third party is named by you as a co-defendant in any Claim you assert against us.

If any part of this Arbitration and Litigation Section is found to be invalid or unenforceable under any law or statute consistent with the FAA, the remainder of this Arbitration and Litigation Section shall be enforceable without regard to such invalidity or unenforceability.

THE RESULT OF THIS ARBITRATION AGREEMENT IS THAT, EXCEPT AS PROVIDED ABOVE, CLAIMS CANNOT BE LITIGATED IN COURT, INCLUDING SOME CLAIMS THAT COULD HAVE BEEN TRIED BEFORE A JURY, AS CLASS ACTIONS OR AS PRIVATE ATTORNEY GENERAL ACTIONS.

## YOUR BILLING RIGHTS

**Keep This Notice for Future Use:** This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

**Notify Us in Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet (or use a copy of the form provided on your bill) at MBNA America Bank, N.A., P.O. Box 15026, Wilmington, DE 19850. Write to us as soon as possible. Do not send the notice on or with your payment. We must hear from you no later than 60 days after we sent you the first bill on which the transaction or error appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information: (1) your name and account number; (2) the dollar amount of the suspected error; (3) the posting date of the transaction in question; and (4) a description of the error and an explanation, if you can, of why you believe there is an error. If you need more information, describe the item you are not sure about.

31

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur.

**Your Rights and Our Responsibilities After We Receive Your Written Notice:** We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the bill was correct.

After we receive your letter, we cannot try to collect any amount you question or report you as delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question.

If we find that we made a mistake on your bill, you will not have to pay any finance charges related to any questioned amount. If we did not make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due.

If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within twenty-five (25) days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill, and we must tell you the name of anyone we report you to. We must tell anyone we report you to that the matter has been settled between us when it finally is.

If we do not follow these rules, we cannot collect the first $50 of the questioned amount, even if your bill was correct.

32

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of the property or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services. There are two limitations on this right:

(1) You must have made the purchase in your home state or, if not within your home state, within 100 miles of your current mailing address and;

(2) The purchase price must have been more than $50.

These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MBNA and MBNA America are federally registered trademarks of MBNA America Bank, N.A.

©2005 MBNA America Bank, N.A. All rights reserved.

FIA0000121

3072900022336C1D34M20311054156

FIA0000122