UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Laura M. Swanson

           Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−00184
　　　　　　　　　　　　　　　　　　　　　　　Honorable Amy J. St. Eve

Bank of America, N.A., et al.

           Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 20, 2008:

  MINUTE entry before Judge Honorable Amy J. St. Eve:MOTION by Defendants Bank of America, N.A., FIA Card Services, N.A. Re Replacement of Unredacted Exhibits On E−Filing Public Docket [26] is granted. The Clerk is directed to remove Exhibits A and B to the Declaration of Mary Lee Trevino located at document numbers 25−2 and 25−3 on the public e filing docket and replace them with redacted versions of these exhibits attached to this motion [26].mailed notice(tmh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.