IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAURA M. SWANSON, an individual, on behalf of herself and all others similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA, N.A. and FIA CARD SERVICES, N.A.<br><br>               Defendants. | Case No. 08-C-184<br><br>Hon. Amy J. St. Eve<br><br>Magistrate Judge Cox |

**AGREED MOTION TO SET BRIEFING SCHEDULE**

Defendants Bank of America, N.A. and FIA Card Services, N.A. ("Defendants") and Plaintiff Laura M. Swanson ("Plaintiff") (collectively, the "Parties"), hereby move to set an agreed briefing schedule on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint. In support of this Motion, the Parties state as follows:

1. Plaintiff filed Case No. 07-CH-32248 ("Complaint") in the Circuit Court of Cook County, Chancery Division, on November 6, 2007.

2. Plaintiff served the Complaint on Defendants on December 10, 2007.

3. On January 9, 2008, Defendants timely removed the case to this Court under 28 U.S.C. §§ 1332(d), 1453(b) and 1331.

4. On January 30, 2008, Defendants' moved to dismiss Plaintiff's Complaint.

- 2 -

5. On February 25, 2008, Plaintiff filed an amended Complaint ("First Amended Complaint").

6. On March 17, 2008, Defendants moved to dismiss Plaintiff's First Amended Complaint. Defendants originally noticed the motion for presentment on March 24, 2008, but the Court was not in session.

7. Subject to the Court's approval, Plaintiff shall file its response to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint on April 14, 2008, and Defendants' shall file their reply in support of their motion on April 28, 2008.

8. The parties further seek to continue the status hearing originally scheduled for April 17, 2008, until after April 28, 2008, on a date which is convenient for the Court.

WHEREFORE, the parties pray for an order:

1. Setting a deadline of April 14, 2008, for Plaintiff to respond to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint;

2. Setting a deadline of April 28, 2008, for Defendants to file a reply in support of their Motion to Dismiss Plaintiff's First Amended Complaint;

3. Assuming the above is granted, continuing the status hearing originally scheduled for April 17, 2008, until after April 28, 2008, on a date which is convenient for the Court; and

4. Granting any other relief that this Court determines is just and reasonable.

- 3 -

| | |
|---|---|
| Dated: March 24, 2008 | Respectfully submitted, |
| BANK OF AMERICA, N.A., FIA CARD SERVICES, N.A. | LAURA M. SWANSON |
| s/ Katherine E. Licup | s/ Michael S. Hilicki |
| Attorney for Defendants | Attorney for Plaintiff |
| William J. McKenna, Esq. (3124763)<br>Katherine E. Licup, Esq. (6288355)<br>FOLEY & LARDNER LLP (17190)<br>321 North Clark, Suite 2800<br>Chicago, IL 60610<br>Telephone: (312) 832-4500<br>Facsimile: (312) 832-4700 | Lawrence Walner<br>Michael S. Hilicki<br>Lawrence Walner & Associates, Ltd.<br>150 N. Wacker Drive, Suite 2150<br>Chicago, IL 60606<br>Telephone: (312) 201-1616<br>Facsimile: (312) 201-1538 |
| Robert M. Dawson, Esq.<br>Brandon C. Fernald, Esq.<br>FULBRIGHT & JAWORSKI, L.L.P.<br>555 South Flower Street, 41st Floor<br>Los Angeles, California 90071<br>Telephone: (213) 892-9200<br>Facsimile: (213) 892-9494 | Barry L. Kramer<br>Law Offices of Barry L. Kramer<br>11111 Santa Monica Blvd., Suite 1860<br>Los Angeles, CA 90025-3352<br>Telephone: (310) 235-9980<br>Facsimile: (310) 235-9982 |

- 4 -

## CERTIFICATE OF SERVICE

      I, Katherine E. Licup, an attorney, hereby certify that March 24, 2008, I filed **Agreed Motion to Set Briefing Schedule** via the Court's ECF system, which will send notice to all attorneys of record in this matter.

      /s/ Katherine E. Licup

William J. McKenna, Esq. (3124763)
Katherine E. Licup, Esq. (6288355)
FOLEY & LARDNER LLP (17190)
321 North Clark, Suite 2800
Chicago, IL 60610
Telephone: (312) 832-4500
Facsimile: (312) 832-4700

Robert M. Dawson, Esq.
Brandon C. Fernald, Esq.
FULBRIGHT & JAWORSKI, L.L.P.
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494