**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LAURA M. SWANSON, an individual, on behalf of herself and all others similarly situated, | ) ) ) | |
| | ) | Case No. 08 C 184 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge St. Eve |
| | ) | |
| BANK OF AMERICA, N.A. and FIA CARD SERVICES, N.A. | ) ) | |
| | ) | |
| Defendants. | ) | |

To:     See service list attached to the document referenced below.


**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on April 9, 2008, at 8:30 a.m., we shall appear before Judge St. Eve in Room 1241 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago Illinois, 60604, and then and there present **Plaintiff's Motion for Leave to File Second Amended Complaint**, a copy of which is being served upon you contemporaneously with the filing of this notice of motion.


_____s/Michael S. Hilicki_____ .
One of Plaintiff's Attorneys

Lawrence Walner
Michael S. Hilicki
Lawrence Walner & Associates, Ltd.
150 North Wacker Drive, Suite 2150
Chicago, Illinois 60606
Tel:     (312) 201-1616
Fax:     (312) 201-1538