UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Laura M. Swanson
                                 Plaintiff,

v.                                                                Case No.: 1:08−cv−00184
                                                                            Honorable Amy J. St. Eve

Bank of America, N.A., et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 7, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:In the interest of justice, the Court grants Plaintiff's motion for leave to file a second amended complaint [31]. The Court enters Plaintiff's Second Amended Complaint, and denies Defendants' motion to dismiss [22] as moot. Defendants must answer or otherwise plead to the Second Amended Complaint on or before April 21, 2008. An appearance on this motion on April 9, 2008 is stricken.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.