IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| LAURA M. SWANSON, an individual, on behalf of herself and all others similarly situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF AMERICA, N.A. and FIA CARD SERVICES, N.A. )<br>)<br>)<br>Defendants. )<br>)<br>) | Case No. 1:08-cv-00184<br><br>Judge Amy St. Eve |

**BANK OF AMERICA, N.A.'S AND FIA CARD SERVICES, N.A.'S
UNOPPOSED MOTION TO ENLARGE TIME TO FILE ANSWER
OR OTHER RESPONSIVE PLEADING IN RESPONSE TO
<u>PLAINTIFF'S SECOND AMENDED COMPLAINT</u>**

Defendants Bank of America, N.A. and FIA Card Services, N.A. (collectively, "Defendants"), by and through their counsel, Fulbright & Jaworski LLP and Foley & Lardner LLP, hereby move to enlarge the time for responding to Plaintiff Laura M. Swanson's ("Plaintiff") Second Amended Complaint filed on April 7, 2008 ("SAC"). In support of this motion, Defendants state as follows:

1. Plaintiff's Complaint and First Amended Complaint ("FAC") involved claims arising solely out of Defendants' alleged administration of Plaintiff's credit card account identified as account number ending in 4156 (the "4156 Account");

- 2 -

    2.    Defendants filed a Motion to Dismiss the FAC on March 17, 2008 premised upon the Cardholder Agreement and supplements pertaining to the 4156 Account;

    3.    Plaintiff was subsequently granted leave to file the SAC. The SAC involves an entirely different credit card account identified as account number ending in 0832 (the "0832 Account");

    4.    The substitution of the 0832 Account required Defendants to undertake a new investigation with respect to Plaintiff's allegations pertaining to this account. As a result, Defendants' require an additional week to prepare their response to the SAC;

    5.    Pursuant to the Court's order dated April 7, 2008 [33], Defendants' response to the SAC is due April 21, 2008. Accordingly, Defendants request one additional week, or until Monday, April 28, 2008 to respond to the SAC; and

    6.    Counsel for Plaintiff Laura M. Swanson, Michael S. Hilicki, has been advised of this motion and does not oppose it.

    WHEREFORE, Defendants respectfully pray that this Court enter an order enlarging Defendants' time to respond to the SAC by one week or until Monday, April 28, 2008.

- 3 -

| | |
|---|---|
| Dated:    April 17, 2008 | BANK OF AMERICA, N.A. and FIA CARD SERVICES, N.A. |

Robert M. Dawson, Esq.
Brandon C. Fernald, Esq.
FULBRIGHT & JAWORSKI, L.L.P.
555 South Flower Street, 41st Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:  (213) 892-9494

William J. McKenna, Esq.
Katherine E. Licup, Esq.
FOLEY & LARDNER LLP
321 North Clark
Suite 2800
Chicago, IL 60610
Telephone:  (312) 832-4541
Facsimile:  (312) 832-4700

         /s Brandon C. Fernald
*One of the attorneys for Defendants*

70288586.1

- 4 -

## **ORDER**

Having reviewed Defendants' Unopposed Motion To Enlarge Time and finding good cause therefor, the Court hereby GRANTS Defendants' Motion and continues the deadline for Defendants to answer or otherwise respond to Plaintiff's Second Amended Complaint from April 21, 2008 to April 28, 2008.

**IT IS SO ORDERED**

Dated:  April ___, 2008

_____
United States District Judge