UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Laura M. Swanson
          Plaintiff,

v.                  Case No.: 1:08−cv−00184
                  Honorable Amy J. St. Eve

Bank of America, N.A., et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 18, 2008:

   MINUTE entry before Judge Honorable Amy J. St. Eve:MOTION by Defendants Bank of America, N.A., FIA Card Services, N.A. for extension of time to file answer or otherwise respond to Plaintiff's Second Amended Complaint [35] is granted. Defendants to answer or otherwise plead to the Second Amended Complaint by 4/28/2008. Appearance on this motion on 4/21/2008 is stricken.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.