IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| LAURA M. SWANSON, an individual, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>BANK OF AMERICA, N.A. and FIA CARD SERVICES, N.A.<br><br>    Defendants. | Case No. 1:08-cv-00184<br><br>Judge Amy St. Eve |

**BANK OF AMERICA, N.A.'S AND FIA CARD SERVICES, N.A.'S
MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

   Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure Defendants Bank of America, N.A. and FIA Card Services, N.A. (collectively, "Defendants"), by and through their counsel, Fulbright & Jaworski L.L.P. and Foley & Lardner LLP, hereby move this Court to dismiss Plaintiff Laura M. Swanson's ("Plaintiff") Second Amended Complaint ("SAC") with prejudice. In support of its Motion, Defendants state as follows:

   1. Plaintiff's cause of action for violation of the Federal Truth in Lending Act fails to state a cause of action for the reasons that Plaintiff received sufficient notice of the change in terms on her credit card account, on at least two occasions;

2. Through her SAC, Plaintiff also seeks to attack the manner and amount of interest rates and fees charged by Defendants, both of which are national banks, to their respective credit card holders; and

3. Plaintiff's attempt to regulate interest rates and fees charged by Defendants via state law causes of action is expressly and impliedly preempted under federal law, including the National Bank Act, 12 U.S.C. § 21, *et seq.*, and the regulations of the Office of the Comptroller of Currency, particularly 12 C.F.R. §§ 7.4001 and 7.4008.

WHEREFORE, Defendants respectfully pray that this Court enter a final judgment and an order dismissing Plaintiff's SAC with prejudice on the grounds that the claims alleged therein fail to state a cause of action or are expressly and impliedly preempted by federal law.

Dated: April 28, 2008

BANK OF AMERICA, N.A. and FIA CARD SERVICES, N.A.

Robert M. Dawson, Esq.
Brandon C. Fernald, Esq.
FULBRIGHT & JAWORSKI, L.L.P.
555 South Flower Street, 41st Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:  (213) 892-9494

    /s Brandon C. Fernald
*One of the attorneys for Defendants*

William J. McKenna, Esq.
Katherine E. Licup, Esq.
FOLEY & LARDNER LLP
321 North Clark
Suite 2800
Chicago, IL 60610
Telephone:  (312) 832-4541
Facsimile:  (312) 832-4700

70295015.1