IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| LAURA M. SWANSON, an individual, on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>BANK OF AMERICA, N.A. and FIA CARD SERVICES, N.A.<br><br>     Defendants. | Case No. 1:08-cv-00184<br><br>Judge Amy St. Eve |

**DECLARATION OF DAVID O'CONNELL IN SUPPORT OF
MOTION TO DISMISS SECOND AMENDED COMPLAINT**

I, David O'Connell, declare:

  1. I am a Senior Vice President for Banc of America Card Servicing Corporation ("BofA Card Servicing"), now an indirect subsidiary of FIA Card Services, N.A. ("FIA"). I have been in this position since October 2007. My responsibilities include overseeing the Customer Retention division within FIA. Customer Retention is responsible for handling inquiries from credit card customers, typically about their interest rates. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify thereto.

  2. I have reviewed FIA's electronic business records and other business records pertaining to the credit card account now at issue in this case, containing an account number ending in *0832 in the name of Laura M. Swanson (the "0832 Account"), and am

familiar with the history of that account as well as the systems used to retain those account records.

3. The 0832 Account was originally opened with Bank of America, N.A. in May 2006.

4. A true and accurate copy of the Credit Card Agreement (the "Original CCA") that originally governed the 0832 Account is attached hereto as <u>Exhibit A.</u>

5. A true and accurate copy of the "Additional Disclosure" referenced in the Original CCA is attached hereto as <u>Exhibit B</u>.

6. Bank of America, N.A. and MBNA National Bank, N.A. ("MBNA") merged in June 2006.

7. Following the merger, the 0832 Account was consolidated with other MBNA and Bank of America accounts under the auspices of FIA. At this time, a new credit card agreement was sent to the billing address for the 0832 Account along with the August 2006 credit card account statement.

8. Attached hereto as <u>Exhibit C</u> are true and accurate copies of the June 2006 through September 2006 credit card account statements for the 0832 Account.

9. Attached hereto as <u>Exhibit D</u> is a true and accurate copy of the "Notice of Change in Terms" referenced on the first page of the August 2006 credit card account statement.

10. Attached hereto as <u>Exhibit E</u> is a true and accurate copy of the "Supplement to the Notice of Change in Terms" also enclosed with the August 2006 credit card account statement.

11. Attached hereto as <u>Exhibit F</u> are true and accurate copies of the August 2007 through December 2007 credit card account statements for the 0832 Account.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct, and that this declaration was executed on April 24, 2008, in Belfast, Maine.

_____
David O'Connell