# EXHIBIT B

**Bank of America**

### CARDHOLDER AGREEMENT
### ADDITIONAL DISCLOSURE

The following terms are for your Account. Except for the terms below, the terms in the enclosed Cardholder Agreement apply. If there is a conflict, the terms in this "Additional Disclosure" will control.

**Section 3.3.1: Rates**

**3.3.1.a: Purchases.** The Annual Percentage Rate for Purchases, a variable rate, is the Index plus a Margin of 9.99%. Based on this formula, the APR as of February 1, 2006 is 17.49% (0.04792% corresponding Daily Periodic Rate).

**3.3.1.b: Cash Advances.** The Annual Percentage Rate for Cash Advances, a variable rate, is the Index plus a Margin of 15.99% (19.99% minimum APR). Based on this formula, the APR as of February 1, 2006 is 23.49% (0.06436% corresponding Daily Periodic Rate).

**3.3.1.c: Penalty APRs:** If at any time during any rolling consecutive twelve billing cycle period you either fail to make two required monthly Minimum Payments by your payment due date or you exceed your credit limit twice, we may elect to increase your Purchase, Cash Advance and/or Balance Transfer APRs to the Penalty APRs. We may elect to set your Penalty APRs on Purchases, Cash Advances and/or Balance Transfers to different levels. Your Penalty APRs will vary and are determined by adding a margin of up to 23.99% to the Index, currently up to 31.49% (0.08628% corresponding Daily Periodic Rate). All Penalty APRs will automatically revert to your standard, non-promotional APRs as soon as, for six consecutive billing cycles, you make your required monthly Minimum Payments by your payment due date and you do not exceed your credit limit. Any fee or finance charge waiver on your Account will irrevocably terminate on the day any Penalty APR goes into effect.

**3.3.1.d: Balance Transfers.** The Annual Percentage Rate for Balance Transfers, a variable rate, is the Index plus a Margin of 9.99%. Based on this formula, the APR as of February 1, 2006 is 17.49% (0.04792% corresponding Daily Periodic Rate).

**Section 3.3.3: Loss of Special Introductory and Promotional Rates:** From time to time we may make special, limited time introductory or promotional offers at APRs that are lower than those normally in effect under this Agreement. All such offers will terminate, causing all such APRs to automatically revert to your standard, non-promotional

F03-2129-7 -0206/M-83561

**Bank of America, N.A. (USA)**
© 2006 Bank of America

FIA0000231

APRs if your Account is closed for any reason or if you either fail to make a required monthly Minimum Payment by your payment due date or you exceed your credit limit.

**Section 3.4: Minimum Purchase FINANCE CHARGE:** $1.50

**Section 3.5: Cash Advance Fees**

**3.5.a: ATM and Convenience Check Advances:** 3% ($10 minimum)

**3.5.b: Cash Disbursements:** 3% ($10 minimum)

**3.5.c: Quasi Cash:** 3% ($10 minimum)

**3.5.d: Overdraft Protection:** 3% of the amount transferred ($10 minimum). If your Bank of America checking account is linked to your Account for Overdraft Protection, we may transfer funds in multiples of $100 ($25 if you opened your checking account in Washington or Idaho) from your Account to cover any overdraft, as long as your Account has sufficient available credit and you are not in default under this Agreement. If your available credit is less than the applicable multiple, we may advance that amount.

**Section 4.2: Amount of Other Fees and Charges**

**4.2.a: Annual Fee:** None

**4.2.b: Late Payment Fee:** (Based on Account balance on the fee assessment date).

$19 for balances less than or equal to $250

$39 for balances greater than $250

**4.2.c: Overlimit Fee:** $35

**4.2.d: Returned Payment Fee:** $35

**4.2.e: Stop Payment Fee:** $29

**4.2.f: Copy Charge:** $3 per item

**4.2.g: Research Fee:** $15 per hour

**4.2.h: Photo Expressions Photo Change Fee:** $4.95

**Section 6: YOUR PAYMENTS**

**6.3: Minimum Payment Due.** The Minimum Payment Due on your Account each month and the due date for that payment will be shown on your monthly Statement. The Minimum Payment Due will be the greater of either $10 or the total of the following amounts: (a) One percent (1%) of the New Balance on your Account, as shown on your monthly Statement, after first subtracting current cycle Finance Charges and Late Payment Fees; (b) current cycle Finance Charges other than Cash Advance Fees; (c) any Late Payment Fee charged in the current Billing Cycle; and (d) the greater of either any overlimit amounts (less any current cycle Late Fee provided that this excluded Late Fee will not exceed the overlimit amount) or any past due amounts. However, if the New Balance that is indicated on your monthly Statement is less than $10, your Minimum Payment Due will be the New Balance on your Account.

F03-2129-7-0206/M-83561

FIA0000232