# EXHIBIT C

# ANNE GEDDES

**Bank of America**

**Customer Corner**

LAURA M SWANSON

Account Number: ███████████0832

## Your Anne Geddes Visa® Account

| | | | |
|---|---|---|---|
| New Balance | $1,934.82 | | |
| Total Credit Line | $5,000.00 | Available Credit | $3,065.18 |
| Cash Limit | $5,000.00 | Available Cash | $3,065.00 |
| Overlimit Amount | $0.00 | Billing Date | 06/18/06 |
| Minimum Payment Due | $19.35 | Payment Due Date | 07/08/06 |

24-Hour Customer Service  1.800.732.9194  Pay online! Visit
For Lost or Stolen Cards  1.800.848.6090  www.bankofamerica.com

## Transactions   View recent transactions and pay your bill online at www.bankofamerica.com.

| POST. DATE | TRANS. DATE | REF. NO. | DESCRIPTION | AMOUNT CR=CREDIT |
|---|---|---|---|---|
| | | | | $24.21 |
| | | | | $13.10 |
| | | | | $52.54 |
| | | | | $72.91 |
| | | | | $8.20 |
| | | | | $15.37 |
| | | | | $22.13 |
| | | | | $6.61 |
| | | | | $34.54 |
| | | | | $89.85 |
| | | | | $372.80 |
| | | | | $90.31 |
| | | | | CR $25.00 |
| | | | | $19.00 |
| | | | | $51.54 |
| | | | | $414.91 |
| | | | | $33.28 |
| | | | | $33.97 |
| | | | | $49.00 |
| | | | | $49.82 |
| | | | | $35.84 |
| | | | | CR $372.80 |
| | | | | $14.95 |
| | | | | $7.95 |
| | | | | $12.34 |
| | | | | $14.62 |
| | | | | $6.49 |

**Bank of America**

BANK OF AMERICA
PO BOX 1516
NEWARK  NJ  07101-1516

| Payment Coupon | |
|---|---|
| Account Number | ███████████0832 |
| Payment Due Date | 07/08/06 |
| Total Minimum Payment Due | $19.35 |

**New Balance:** **$1,934.82**

LAURA M SWANSON

Amount Enclosed
$ [     ]

Make check or money order payable to Bank of America.

*This is an electronic reproduction of your statement and includes account information only.*

FIA0000154

**IMPORTANT INFORMATION ABOUT YOUR ACCOUNT**

**FINANCE CHARGE**

**Annual Percentage Rate (APR)**
Refer to the Finance Charge Summary section of your statement for your current rates. A "v" next to a Periodic Rate means the rate may vary.

If your statement has a Cash Advance Fee, the Annual Percentage Rate will look inflated because we annualize the Cash Advance Fee as if it applies each month over a 12-month period. We do this to meet federal disclosure requirements.

**Grace Period on New Purchases (at least 20-days)**

"Grace Period" means the period of time during a Billing Cycle when you will not accrue Periodic Finance Charges on certain transactions or balances. There is no Grace Period for Cash Advances or Balance Transfers. If you Pay in Full this Statement's New Balance by its Payment Due Date and if you Paid in Full this Statement's Previous Balance by its Payment Due Date, then you will have a Grace Period during the Billing Cycle that began the day after this Statement's Closing Date on the Purchase portion of this Statement's New Balance.

During a 0% promotional APR period: 1) no Periodic Finance Charges accrue on balances with the 0% promotional APR; and 2) you must pay the Total Minimum Payment Due by its Payment Due Date to maintain the 0% promotional APR.

**Periodic Finance Charge Calculation Method - Average Daily Balance (Including New Transactions)**
For each day in the Billing Cycle, we take your beginning balance, add any new transactions or other debits (including other fees and charges) and subtract any payments or other credits. This gives us that day's Daily Balance. We multiply this Daily Balance by the Daily Periodic Rate to get your Periodic Finance Charge for that day. We add these Periodic Finance Charges to your Daily Balance to get the beginning balance for the next day.

To get your total Periodic Finance Charge for this Billing Cycle, we add all of the Daily Periodic Finance Charges and round the sum to the next highest cent. This amount is also equal to the Average Daily Balance multiplied by the Daily periodic rate times the number of days in the Billing Cycle rounded to the next highest cent. To determine an Average Daily Balance, we add your Daily Balances and divide by the number of days in the Billing Cycle.

We do this calculation separately for each feature such as Purchases, Cash Advances, Balance Transfers or Promotional Balances. Periodic Finance Charges begin to accrue from the later of the transaction date or the first day of the Billing Cycle in which the transaction appears.

**Account Renewal Information for Open Accounts**
If your account has an Annual Fee and it is billed on this Statement, we will reverse the fee if you cancel your account and pay off any existing Balance within 30 days of receipt of this Statement otherwise, the Annual Fee is non-refundable. You may continue to use your account during the 30-day period before you cancel. To cancel, write us at the Billing Inquiries address or call us at the phone number on the front.

**Your Liability**
Our records show that you are liable for any outstanding balance on this account if your name appears on the front of this statement or you otherwise agreed.

**Report a Lost or Stolen Card Immediately**
Call the 24-hour toll free number 1.800.848.6090. Do not use your account after you report a lost or stolen card.

**Cardholder Security Plan™ / Payment Protection Plan**
If you have questions about your enrollment or need to file for benefits, please call the applicable toll free number below (Monday-Friday, 7:00 a.m. -10:00 p.m. Central Time):
Cardholder Security Plan- 1.888.668.6938; Payment Protection Plan- 1.888.838.0056

**Service for International Calling**
Dial the AT&T Direct access code for the country you are in and dial 1.888.801.3723. For a list of access codes visit www.bankofamerica.com/contact and select Credit Cards. You may also call us collect at 1.757.677.4701.

**Service for hearing-Impaired (TTY/TDD)**
Contact our service for the hearing-impaired at 1.800.222.7365.

**Pay on-line at www.bankofamerica.com or mail your payment to:**
BANK OF AMERICA, PO BOX 1516, NEWARK, NJ 07101-1516

**BILLING RIGHTS SUMMARY**

**STATEMENT DISCLOSURE:**

**In Case of Error or Billing Inquiries**
If you think your bill is wrong, or if you need more information about a transaction on your bill, *you must write to us (on a separate sheet) at PO Box 1390, Norfolk VA 23501-1390 as soon as possible to preserve your rights.* We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. In your letter, give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question.

**Special Rule for Credit Card Purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address (if we own or operate the merchant, or if we mailed you the advertisement for the property or service, all purchases are covered regardless of the amount or location of purchase).

**IMPORTANT CREDIT BUREAU REPORTING INFORMATION REQUIRED BY FEDERAL LAW TO BE DISCLOSED TO YOU**

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

For address changes, you may access your account online at **www.bankofamerica.com**, call 1.800.732.9194 or write your address changes below. If you choose to call the 800# provided, you must have your credit card present. Please include your account number to ensure accurate processing.

Address

City                    State                   Zip

Home Phone              Work Phone

E-mail Address

By providing us with your e-mail address, you agree that we may communicate with you by electronic mail.

**Prompt Crediting of Payments**
We will credit any payment as of the date we receive it as long as it is mailed with the enclosed payment coupon and received by us no later than 12:00 noon at either the P.O. Box on the front or the P.O. Box on the back. Crediting of all other payments may be delayed up to 5 days. All payments must be in the form of a check or money order drawn in U.S. dollars on a financial institution located in the U.S. or the U.S. Post Office or made by electronic funds transfers; however cash payments may be made in person at our banking centers only.

FIA0000155

**Customer Corner**

## Transactions
View recent transactions and pay your bill online at www.bankofamerica.com.

| POST. DATE | TRANS. DATE | REF. NO. | DESCRIPTION | AMOUNT CR=CREDIT |
|---|---|---|---|---|
| | | | | $35.00 |
| | | | | $680.36 |
| | | | | $9.81 |
| | | | | $23.14 |
| | | | | $6.00 |
| | | | | $15.95 |
| | | | | $16.08 |

## Account Summary

| | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Purchases | + | $2,332.62 |
| Cash Advances | + | $0.00 |
| Other Debits | + | $0.00 |
| Credits | - | $25.00 |
| FINANCE CHARGE | + | $0.00 |
| Payments | - | $372.80 |
| New Balance | = | $1,934.82 |

## Finance Charge Summary

| | Corresponding APR | Daily (D) / Monthly (M) Periodic Rate | Average Daily Balance (ADB) | Minimum (M) / Periodic (P) Charge |
|---|---|---|---|---|
| Purchases | 0.000% | 0.00000% D | $0.00 | $0.00 P |
| Cash | 23.990% | 0.06573%v D | $0.00 | $0.00 P |

**ANNUAL PERCENTAGE RATE .000%**           v=Variable

# ANNE GEDDES

**Bank of America**

**Customer Corner**

LAURA M SWANSON

**Account Number:** ▮▮▮▮▮▮▮▮▮▮▮▮0832

## Your Anne Geddes Visa® Account

| | | | |
|---|---|---|---|
| New Balance | $4,608.06 | | |
| Total Credit Line | $5,000.00 | Available Credit | $391.94 |
| Cash Limit | $5,000.00 | Available Cash | $391.00 |
| Overlimit Amount | $0.00 | Billing Date | 07/18/06 |
| Minimum Payment Due | $46.08 | Payment Due Date | 08/12/06 |

24-Hour Customer Service    1.800.732.9194    Pay online! Visit
For Lost or Stolen Cards    1.800.848.6090    www.bankofamerica.com

**Transactions**    View recent transactions and pay your bill online at www.bankofamerica.com.

| POST. DATE | TRANS. DATE | REF. NO. | DESCRIPTION | AMOUNT CR=CREDIT |
|---|---|---|---|---|
| | | | [REDACTED] | $22.19 |
| | | | | $38.73 |
| | | | | $74.38 |
| | | | | $50.11 |
| | | | | $35.88 |
| | | | | CR $2.07 |
| | | | | $15.00 |
| | | | | CR $78.02 |
| | | | | $137.35 |
| | | | | $8.14 |
| | | | | $14.98 |
| | | | | $181.79 |
| | | | | $15.01 |
| | | | | $11.03 |
| | | | | $48.02 |
| | | | | $43.83 |
| | | | | $7.78 |
| | | | | $49.36 |
| | | | | $9.37 |
| | | | | $8.99 |
| | | | | $7.54 |
| | | | | $2.76 |
| | | | | $12.46 |
| | | | | $381.66 |
| | | | | $25.59 |
| | | | | $20.03 |
| | | | | $62.28 |

**Bank of America**

BANK OF AMERICA
PO BOX 1516
NEWARK   NJ   07101-1516

**Payment Coupon**

| Account Number | ▮▮▮▮0832 |
|---|---|
| Payment Due Date | 08/12/06 |
| Total Minimum Payment Due | $46.08 |

**New Balance: $4,608.06**

LAURA M SWANSON

Amount Enclosed

$ ▯▯▯▯▯▯ . ▯▯

Make check or money order payable to Bank of America.

*This is an electronic reproduction of your statement and includes account information only.*

FIA0000157

**IMPORTANT INFORMATION ABOUT YOUR ACCOUNT**

**FINANCE CHARGE**

**Annual Percentage Rate (APR)**
Refer to the Finance Charge Summary section of your statement for your current rates. A "v" next to a Periodic Rate means the rate may vary.

If your statement has a Cash Advance Fee, the Annual Percentage Rate will look inflated because we annualize the Cash Advance Fee as if it applies each month over a 12-month period. We do this to meet federal disclosure requirements.

**Grace Period on New Purchases (at least 20-days)**
"Grace Period" means the period of time during a Billing Cycle when you will not accrue Periodic Finance Charges on certain transactions or balances. There is no Grace Period for Cash Advances or Balance Transfers. If you Pay in Full this Statement's New Balance by its Payment Due Date and if you Paid in Full this Statement's Previous Balance by its Payment Due Date, then you will have a Grace Period during the Billing Cycle that began the day after this Statement's Closing Date on the Purchase portion of this Statement's New Balance.

During a 0% promotional APR period: 1) no Periodic Finance Charges accrue on balances with the 0% promotional APR; and 2) you must pay the Total Minimum Payment Due by its Payment Due Date to maintain the 0% promotional APR.

**Periodic Finance Charge Calculation Method - Average Daily Balance (Including New Transactions)**
For each day in the Billing Cycle, we take your beginning balance, add any new transactions or other debits (including other fees and charges) and subtract any payments or other credits. This gives us that day's Daily Balance. We multiply this Daily Balance by the Daily Periodic Rate to get your Periodic Finance Charge for that day. We add these Periodic Finance Charges to your Daily Balance to get the beginning balance for the next day.

To get your total Periodic Finance Charge for this Billing Cycle, we add all of the Daily Periodic Finance Charges and round the sum to the next highest cent. This amount is also equal to the Average Daily Balance multiplied by the Daily periodic rate times the number of days in the Billing Cycle rounded to the next highest cent. To determine an Average Daily Balance, we add your Daily Balances and divide by the number of days in the Billing Cycle.

We do this calculation separately for each feature such as Purchases, Cash Advances, Balance Transfers or Promotional Balances. Periodic Finance Charges begin to accrue from the later of the transaction date or the first day of the Billing Cycle in which the transaction appears.

**Account Renewal Information for Open Accounts**
If your account has an Annual Fee and it is billed on this Statement, we will reverse the fee if you cancel your account and pay off any existing Balance within 30 days of receipt of this Statement otherwise, the Annual Fee is non-refundable. You may continue to use your account during the 30-day period before you cancel. To cancel, write us at the Billing Inquiries address or call us at the phone number on the front.

**Your Liability**
Our records show that you are liable for any outstanding balance on this account if your name appears on the front of this statement or you otherwise agreed.

**Report a Lost or Stolen Card Immediately**
Call the 24-hour toll free number 1.800.848.6090. Do not use your account after you report a lost or stolen card.

**Cardholder Security Plan™ / Payment Protection Plan**
If you have questions about your enrollment or need to file for benefits, please call the applicable toll free number below (Monday-Friday, 7:00 a.m. -10:00 p.m. Central Time):
Cardholder Security Plan- 1.888.668.6938; Payment Protection Plan- 1.888.838.0056

**Service for International Calling**
Dial the AT&T Direct access code for the country you are in and dial 1.888.801.3723. For a list of access codes visit www.bankofamerica.com/contact and select Credit Cards. You may also call us collect at 1.757.677.4701.

**Service for hearing-Impaired (TTY/TDD)**
Contact our service for the hearing-impaired at 1.800.222.7365.

**Pay on-line at www.bankofamerica.com or mail your payment to:**
**BANK OF AMERICA, PO BOX 1516, NEWARK, NJ 07101-1516**

**BILLING RIGHTS SUMMARY**

**STATEMENT DISCLOSURE:**

**In Case of Error or Billing Inquiries**
If you think your bill is wrong, or if you need more information about a transaction on your bill, *you must write to us (on a separate sheet) at PO Box 1390, Norfolk VA 23501-1390 as soon as possible to preserve your rights.* We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. In your letter, give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question.

**Special Rule for Credit Card Purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address (if we own or operate the merchant, or if we mailed you the advertisement for the property or service, all purchases are covered regardless of the amount or location of purchase).

**IMPORTANT CREDIT BUREAU REPORTING INFORMATION REQUIRED BY FEDERAL LAW TO BE DISCLOSED TO YOU**

**WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.**

For address changes, you may access your account online at **www.bankofamerica.com**, call 1.800.732.9194 or write your address changes below. If you choose to call the 800# provided, you must have your credit card present. Please include your account number to ensure accurate processing.

_____
Address

_____
City            State            Zip

_____
Home Phone        Work Phone

_____
E-mail Address

By providing us with your e-mail address, you agree that we may communicate with you by electronic mail.

**Prompt Crediting of Payments**
We will credit any payment as of the date we receive it as long as it is mailed with the enclosed payment coupon and received by us no later than 12:00 noon at either the P.O. Box on the front or the P.O. Box on the back. Crediting of all other payments may be delayed up to 5 days. All payments must be in the form of a check or money order drawn in U.S. dollars on a financial institution located in the U.S. or the U.S. Post Office or made by electronic funds transfers; however cash payments may be made in person at our banking centers only.

FIA0000158

**Transactions**  View recent transactions and pay your bill online at www.bankofamerica.com.

**Customer Corner**

| POST. DATE | TRANS. DATE | REF. NO. | DESCRIPTION | AMOUNT CR=CREDIT |
|---|---|---|---|---|
| | | | [REDACTED] | $42.47 |
| | | | | $9.63 |
| | | | | $68.48 |
| | | | | $10.00 |
| | | | | $23.60 |
| | | | | $22.87 |
| | | | | $18.37 |
| | | | | $1.52 |
| | | | | $12.18 |
| | | | | CR $21.64 |
| | | | | $21.64 |
| | | | | CR $66.66 |
| | | | | $2.47 |
| | | | | $43.00 |
| | | | | $26.99 |
| | | | | CR $46.29 |
| | | | | $33.00 |
| | | | | CR $20.00 |
| | | | | $4.60 |
| | | | | $26.83 |
| | | | | $6.63 |
| | | | | $22.46 |
| | | | | $10.00 |
| | | | | $20.00 |
| | | | | $10.00 |
| | | | | $13.85 |
| | | | | $34.95 |
| | | | | $21.16 |
| | | | | $78.07 |
| | | | | $8.57 |
| | | | | $16.29 |
| | | | | $75.00 |
| | | | | $30.12 |
| | | | | $50.15 |
| | | | | $22.43 |
| | | | | $382.35 |
| | | | | $3.20 |
| | | | | $20.00 |
| | | | | $10.00 |
| | | | | $20.00 |
| | | | | $35.76 |
| | | | | $2.47 |
| | | | | $28.39 |
| | | | | $11.02 |
| | | | | $15.01 |
| | | | | $4.50 |
| | | | | $10.82 |
| | | | | $9.00 |
| | | | | $14.58 |
| | | | | $12.51 |
| | | | | $18.68 |
| | | | | $1.38 |
| | | | | $1.64 |
| | | | | $22.99 |
| | | | | $9.60 |
| | | | | $16.29 |
| | | | | $23.27 |
| | | | | $10.66 |
| | | | | $143.84 |
| | | | | $1.06 |
| | | | | $7.31 |

**Customer Corner**

## Account Summary

| | | |
|---|---|---|
| Previous Balance | | $1,934.82 |
| Purchases | + | $2,907.92 |
| Cash Advances | + | $0.00 |
| Other Debits | + | $0.00 |
| Credits | - | $214.68 |
| FINANCE CHARGE | + | $0.00 |
| Payments | - | $20.00 |
| New Balance | = | $4,608.06 |

## Finance Charge Summary

| | Corresponding APR | Daily (D) / Monthly (M) Periodic Rate | Average Daily Balance (ADB) | Minimum (M) / Periodic (P) Charge |
|---|---|---|---|---|
| Purchases | 0.000% | 0.00000% D | $0.00 | $0.00 P |
| Cash | 24.240% | 0.06642%v D | $0.00 | $0.00 P |

**ANNUAL PERCENTAGE RATE .000%**                                    v=Variable

FIA0000160

REDACTED

# ANNE GEDDES

**Bank of America**

LAURA M SWANSON

**Account Number:** ███████████0832

## Your Anne Geddes Visa® Account

| | | | |
|---|---|---|---|
| New Balance | $4,961.46 | | |
| Total Credit Line | $5,000.00 | Available Credit | $38.54 |
| Cash Limit | $5,000.00 | Available Cash | $38.00 |
| Overlimit Amount | $0.00 | Billing Date | 08/18/06 |
| Minimum Payment Due | $49.62 | Payment Due Date | 09/12/06 |

24-Hour Customer Service  1.800.732.9194  Pay online! Visit
For Lost or Stolen Cards   1.800.848.6090   www.bankofamerica.com

### Customer Corner

**IMPORTANT NOTICE.** We are changing the terms of the Cardholder Agreement that governs your credit card Account with us. These changes are described in the *Important Notice of Change in Terms* enclosed with this statement.

**Transactions**  View recent transactions and pay your bill online at www.bankofamerica.com.

| POST. DATE | TRANS. DATE | REF. NO. | DESCRIPTION | AMOUNT CR=CREDIT |
|---|---|---|---|---|
| | | | | $5.17 |
| | | | | $73.00 |
| | | | | $7.05 |
| | | | | CR $11.83 |
| | | | | $31.34 |
| | | | | $6.94 |
| | | | | $6.39 |
| | | | | $14.99 |
| | | | | $28.16 |
| | | | | $31.26 |
| | | | | $5.35 |
| | | | | CR $75.04 |
| | | | | $15.10 |
| Jul 28 | Jul 28 | 209854000100225000218731 | PAYMENT - THANK YOU | CR $50.00 |
| | | | | $7.47 |
| | | | | $26.60 |
| | | | | CR $26.60 |
| | | | | $8.35 |
| | | | | $7.71 |
| | | | | $99.97 |
| | | | | $30.00 |
| | | | | $19.49 |
| | | | | $32.39 |
| | | | | $9.32 |
| | | | | $6.06 |
| | | | | $17.80 |
| | | | | $14.50 |

**Bank of America**

BANK OF AMERICA
PO BOX 1516
NEWARK   NJ   07101-1516

LAURA M SWANSON

### Payment Coupon

| Account Number | ███████████0832 |
|---|---|
| Payment Due Date | 09/12/06 |
| Total Minimum Payment Due | $49.62 |

**New Balance:** $4,961.46

**Amount Enclosed** $ ☐☐☐☐☐☐

Make check or money order payable to Bank of America.

*This is an electronic reproduction of your statement and includes account information only.*

FIA0000161

REDACTED

**IMPORTANT INFORMATION ABOUT YC CCOUNT**

**FINANCE CHARGE**

**Annual Percentage Rate (APR)**
Refer to the Finance Charge Summary section of your statement for your current rates. A "v" next to a Periodic Rate means the rate may vary.

If your statement has a Cash Advance Fee, the Annual Percentage Rate will look inflated because we annualize the Cash Advance Fee as if it applies each month over a 12-month period. We do this to meet federal disclosure requirements.

**Grace Period on New Purchases (at least 20-days)**
"Grace Period" means the period of time during a Billing Cycle when you will not accrue Periodic Finance Charges on certain transactions or balances. There is no Grace Period for Cash Advances or Balance Transfers. If you Pay in Full this Statement's New Balance by its Payment Due Date and if you Paid In Full this Statement's Previous Balance by its Payment Due Date, then you will have a Grace Period during the Billing Cycle that began the day after this Statement's Closing Date on the Purchase portion of this Statement's New Balance.

During a 0% promotional APR period: 1) no Periodic Finance Charges accrue on balances with the 0% promotional APR; and 2) you must pay the Total Minimum Payment Due by its Payment Due Date to maintain the 0% promotional APR.

**Periodic Finance Charge Calculation Method - Average Daily Balance (Including New Transactions)**
For each day in the Billing Cycle, we take your beginning balance, add any new transactions or other debits (including other fees and charges) and subtract any payments or other credits. This gives us that day's Daily Balance. We multiply this Daily Balance by the Daily Periodic Rate to get your Periodic Finance Charge for that day. We add these Periodic Finance Charges to your Daily Balance to get the beginning balance for the next day.

To get your total Periodic Finance Charge for this Billing Cycle, we add all of the Daily Periodic Finance Charges and round the sum to the next highest cent. This amount is also equal to the Average Daily Balance multiplied by the Daily periodic rate times the number of days in the Billing Cycle rounded to the next highest cent. To determine an Average Daily Balance, we add your Daily Balances and divide by the number of days in the Billing Cycle.

We do this calculation separately for each feature such as Purchases, Cash Advances, Balance Transfers or Promotional Balances. Periodic Finance Charges begin to accrue from the later of the transaction date or the first day of the Billing Cycle in which the transaction appears.

**Account Renewal Information for Open Accounts**
If your account has an Annual Fee and it is billed on this Statement, we will reverse the fee if you cancel your account and pay off any existing Balance within 30 days of receipt of this Statement otherwise, the Annual Fee is non-refundable. You may continue to use your account during the 30-day period before you cancel. To cancel, write us at the Billing Inquiries address or call us at the phone number on the front.

**Your Liability**
Our records show that you are ... e for any outstanding balance on this account if your name appears on the front of this statement or you otherwise agreed.

**Report a Lost or Stolen Card Immediately**
Call the 24-hour toll free number 1.800.848.6090. Do not use your account after you report a lost or stolen card.

**Cardholder Security Plan™ / Payment Protection Plan**
If you have questions about your enrollment or need to file for benefits, please call the applicable toll free number below (Monday-Friday, 7:00 a.m. -10:00 p.m. Central Time):
Cardholder Security Plan- 1.888.668.6938; Payment Protection Plan- 1.888.838.0056

**Service for International Calling**
Dial the AT&T Direct access code for the country you are in and dial 1.888.801.3723. For a list of access codes visit www.bankofamerica.com/contact and select Credit Cards. You may also call us collect at 1.757.677.4701.

**Service for hearing-Impaired (TTY/TDD)**
Contact our service for the hearing-impaired at 1.800.222.7365.

**Pay on-line at www.bankofamerica.com or mail your payment to: BANK OF AMERICA, PO BOX 1516, NEWARK, NJ 07101-1516**

**BILLING RIGHTS SUMMARY**

**STATEMENT DISCLOSURE:**

**In Case of Error or Billing Inquiries**
If you think your bill is wrong, or if you need more information about a transaction on your bill, *you must write to us (on a separate sheet) at PO Box 1390, Norfolk VA 23501-1390 as soon as possible to preserve your rights.* We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. In your letter, give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question.

**Special Rule for Credit Card Purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address (if we own or operate the merchant, or if we mailed you the advertisement for the property or service, all purchases are covered regardless of the amount or location of purchase).

IMPORTANT CREDIT BUREAU REPORTING INFORMATION REQUIRED BY FEDERAL LAW TO BE DISCLOSED TO YOU

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

For address changes, you may access your account online at **www.bankofamerica.com**, call 1.800.732.9194 or write your address changes below. If you choose to call the 800# provided, you must have your credit card present. Please include your account number to ensure accurate processing.

Address

City State Zip

Home Phone Work Phone

E-mail Address

By providing us with your e-mail address, you agree that we may communicate with you by electronic mail.

**Prompt Crediting of Payments**
We will credit any payment as of the date we receive it as long as it is mailed with the enclosed payment coupon and received by us no later than 12:00 noon at either the P.O. Box on the front or the P.O. Box above. Crediting of all other payments may be delayed up to 5 days. All payments must be in the form of a check or money order drawn in U.S. dollars on a financial institution located in the U.S. or the U.S. Post Office or made by electronic funds transfers; however cash payments may be made in person at our banking centers only.

LAURA M SWANSON    Account Number: XXXX-XXXX-XXXX-083    Bank of America

Page 3 of 3

**Customer Corner**

## Transactions
View recent transactions and pay your bill online at www.bankofamerica.com.

| POST. DATE | TRANS. DATE | REF. NO. | DESCRIPTION | AMOUNT CR=CREDIT |
|---|---|---|---|---|
| Aug 14 | Aug 12 | 24761976225509730011532 | POTBELLY SANDWCH53 Q86  ROLLING MEAD IL | $12.46 |

## Account Summary

| | | |
|---|---|---|
| Previous Balance | | $4,608.06 |
| Purchases | + | $516.87 |
| Cash Advances | + | $0.00 |
| Other Debits | + | $0.00 |
| Credits | - | $113.47 |
| FINANCE CHARGE | + | $0.00 |
| Payments | - | $50.00 |
| New Balance | = | $4,961.46 |

## Finance Charge Summary

| | Corresponding APR | Daily (D) / Monthly (M) Periodic Rate | Average Daily Balance (ADB) | Minimum (M) / Periodic (P) Charge |
|---|---|---|---|---|
| Purchases | 0.000% | 0.00000% D | $0.00 | $0.00 P |
| Cash | 24.240% | 0.06642%v D | $0.00 | $0.00 P |

**ANNUAL PERCENTAGE RATE .000%**                                            v=Variable



Become an Anne Geddes member today and take advantage of our fantastic <u>members only</u> benefits!

• SHOPPING DISCOUNTS • MEMBERS ONLY PRODUCTS & SPECIAL OFFERS
• MORE E-CARDS & SCREENSAVERS • YOUR OWN CALENDAR & REMINDERS

MEMBERSHIP: 1 YEAR $25.00  3 YEARS $50.00 - 3RD YEAR FREE!

Visit www.annegeddes.com/extra to join now.

PB251

FIA0000163

# ANNE GEDDES

**Bank of America**

**Customer Corner**

LAURA M SWANSON

**Account Number:** ███████ 0832

## Your Anne Geddes Visa® Account

| New Balance | $4,959.95 | | |
|---|---|---|---|
| Total Credit Line | $5,000.00 | Available Credit | $40.05 |
| Cash Limit | $5,000.00 | Available Cash | $40.00 |
| Overlimit Amount | $0.00 | Billing Date | 09/18/06 |
| Minimum Payment Due | $49.60 | Payment Due Date | 10/13/06 |

24-Hour Customer Service   1.800.732.9194   Pay online! Visit
For Lost or Stolen Cards   1.800.848.6090   www.bankofamerica.com

**Transactions**  View recent transactions and pay your bill online at www.bankofamerica.com.

| POST. DATE | TRANS. DATE | REF. NO. | DESCRIPTION | AMOUNT CR=CREDIT |
|---|---|---|---|---|
| | | | | $7.84 |
| | | | | $3.82 |
| | | | | CR $3.19 |
| Sep 11 | Sep 11 | 25406005760091131405271 | IL Banking Center payment | CR $50.00 |
| | | | | $40.02 |

### Account Summary

| Previous Balance | | $4,961.46 |
|---|---|---|
| Purchases | + | $51.68 |
| Cash Advances | + | $0.00 |
| Other Debits | + | $0.00 |
| Credits | - | $3.19 |
| FINANCE CHARGE | + | $0.00 |
| Payments | - | $50.00 |
| New Balance | = | $4,959.95 |

### Finance Charge Summary

| | Corresponding APR | Daily (D) / Monthly (M) Periodic Rate | Average Daily Balance (ADB) | Minimum (M) / Periodic (P) Charge |
|---|---|---|---|---|
| Purchases | 0.000% | 0.00000% D | $0.00 | $0.00 P |
| Cash | 24.240% | 0.06642%v D | $0.00 | $0.00 P |

**ANNUAL PERCENTAGE RATE .000%**   v=Variable

**Bank of America**

BANK OF AMERICA
PO BOX 1516
NEWARK NJ 07101-1516

| Payment Coupon | |
|---|---|
| Account Number | ███████ 0832 |
| Payment Due Date | 10/13/06 |
| Total Minimum Payment Due | $49.60 |

**New Balance: $4,959.95**

LAURA M SWANSON

Amount Enclosed $ ☐☐☐☐☐☐☐

Make check or money order payable to Bank of America.

*This is an electronic reproduction of your statement and includes account information only.*

FIA0000168

**IMPORTANT INFORMATION ABOUT YOUR ACCOUNT**

**FINANCE CHARGE**

**Annual Percentage Rate (APR)**
Refer to the Finance Charge Summary section of your statement for your current rates. A "v" next to a Periodic Rate means the rate may vary.

If your statement has a Cash Advance Fee, the Annual Percentage Rate will look inflated because we annualize the Cash Advance Fee as if it applies each month over a 12-month period. We do this to meet federal disclosure requirements.

**Grace Period on New Purchases (at least 20-days)**
"Grace Period" means the period of time during a Billing Cycle when you will not accrue Periodic Finance Charges on certain transactions or balances. There is no Grace Period for Cash Advances or Balance Transfers. If you Pay in Full this Statement's New Balance by its Payment Due Date and if you Paid in Full this Statement's Previous Balance by its Payment Due Date, then you will have a Grace Period during the Billing Cycle that began the day after this Statement's Closing Date on the Purchase portion of this Statement's New Balance.

During a 0% promotional APR period: 1) no Periodic Finance Charges accrue on balances with the 0% promotional APR; and 2) you must pay the Total Minimum Payment Due by its Payment Due Date to maintain the 0% promotional APR.

**Periodic Finance Charge Calculation Method - Average Daily Balance (Including New Transactions)**
For each day in the Billing Cycle, we take your beginning balance, add any new transactions or other debits (including other fees and charges) and subtract any payments or other credits. This gives us that day's Daily Balance. We multiply this Daily Balance by the Daily Periodic Rate to get your Periodic Finance Charge for that day. We add these Periodic Finance Charges to your Daily Balance to get the beginning balance for the next day.

To get your total Periodic Finance Charge for this Billing Cycle, we add all of the Daily Periodic Finance Charges and round the sum to the next highest cent. This amount is also equal to the Average Daily Balance multiplied by the Daily periodic rate times the number of days in the Billing Cycle rounded to the next highest cent. To determine an Average Daily Balance, we add your Daily Balances and divide by the number of days in the Billing Cycle.

We do this calculation separately for each feature such as Purchases, Cash Advances, Balance Transfers or Promotional Balances. Periodic Finance Charges begin to accrue from the later of the transaction date or the first day of the Billing Cycle in which the transaction appears.

**Account Renewal Information for Open Accounts**
If your account has an Annual Fee and it is billed on this Statement, we will reverse the fee if you cancel your account and pay off any existing Balance within 30 days of receipt of this Statement otherwise, the Annual Fee is non-refundable. You may continue to use your account during the 30-day period before you cancel. To cancel, write us at the Billing Inquiries address or call us at the phone number on the front.

**Your Liability**
Our records show that you are ... .e for any outstanding balance on this account if your name appears on the front of this statement or you otherwise agreed.

**Report a Lost or Stolen Card Immediately**
Call the 24-hour toll free number 1.800.848.6090. Do not use your account after you report a lost or stolen card.

**Cardholder Security Plan™ / Payment Protection Plan**
If you have questions about your enrollment or need to file for benefits, please call the applicable toll free number below (Monday-Friday, 7:00 a.m. -10:00 p.m. Central Time):
Cardholder Security Plan- 1.888.668.6938; Payment Protection Plan- 1.888.838.0056

**Service for International Calling**
Dial the AT&T Direct access code for the country you are in and dial 1.888.801.3723. For a list of access codes visit www.bankofamerica.com/contact and select Credit Cards. You may also call us collect at 1.757.677.4701.

**Service for hearing-Impaired (TTY/TDD)**
Contact our service for the hearing-impaired at 1.800.222.7365.

**Pay on-line at www.bankofamerica.com or mail your payment to:**
BANK OF AMERICA, PO BOX 1516, NEWARK, NJ 07101-1516

**BILLING RIGHTS SUMMARY**

**STATEMENT DISCLOSURE:**

**In Case of Error or Billing Inquiries**
If you think your bill is wrong, or if you need more information about a transaction on your bill, *you must write to us (on a separate sheet) at PO Box 1390, Norfolk VA 23501-1390 as soon as possible to preserve your rights.* We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. In your letter, give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question.

**Special Rule for Credit Card Purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address (if we own or operate the merchant, or if we mailed you the advertisement for the property or service, all purchases are covered regardless of the amount or location of purchase).

**IMPORTANT CREDIT BUREAU REPORTING INFORMATION REQUIRED BY FEDERAL LAW TO BE DISCLOSED TO YOU**

**WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.**

For address changes, you may access your account online at **www.bankofamerica.com**, call 1.800.732.9194 or write your address changes below. If you choose to call the 800# provided, you must have your credit card present. Please include your account number to ensure accurate processing.

_____
Address

_____
City                          State                          Zip

_____
Home Phone                    Work Phone

_____
E-mail Address

By providing us with your e-mail address, you agree that we may communicate with you by electronic mail.

**Prompt Crediting of Payments**
We will credit any payment as of the date we receive it as long as it is mailed with the enclosed payment coupon and received by us no later than 12:00 noon at either the P.O. Box on the front or the P.O. Box above. Crediting of all other payments may be delayed up to 5 days. All payments must be in the form of a check or money order drawn in U.S. dollars on a financial institution located in the U.S. or the U.S. Post Office or made by electronic funds transfers; however cash payments may be made in person at our banking centers only.

FIA0000169

Customer Corner

**Default Pricing Clarification to Notice of Change in Terms:**
For each balance category, we may increase the APR on all new and outstanding balances up to the Default Rate, without giving you additional notice, when, during any twelve consecutive rolling billing cycles: (1) we do not receive two Total Minimum Payments Due by their respective Payment Due Dates; or (2) your total outstanding balance exceeds your credit limit on your Closing Date and your account had been overlimit in a previous billing cycle during this period.