# EXHIBIT E

...JPPLEMENT TO THE NOTICE OF CHANGE IN TER..   PC002

Enclosed with this statement you will find a document entitled "Important Notice Of Change In Terms". That document, together with the terms below, constitute your new Credit Card Agreement and replace in whole your existing Cardholder Agreement. Please see the corresponding Sections in the enclosed Credit Card Agreement for additional terms. Section numbers are for reference purposes only. This Supplement provides information related to specific sections, and highlights certain sections that are changing. Please read these documents carefully and retain them for your records.

### Section 4. Annual Percentage Rates
As a part of the conversion, we will be restructuring your account balances. In some cases we will consolidate existing balances into a single category. When we do so, we will honor, or lower, the existing Annual Percentage Rates, including any existing promotional rates or default rates that may be available on this account.

### Section 5. Default Pricing
For each balance category, we may increase the APR on all new and outstanding balances up to the Default Rate, without giving you additional notice, when, during any twelve consecutive rolling billing cycles: (1) we do not receive two Total Minimum Payments Due by their respective Payment Due Dates; or (2) your total outstanding balance exceeds your credit limit on your Closing Dates in two billing cycles. Each such increase will be effective as of the first day of the billing cycle in which the Default Rate is applied. Cure Period: All Default Rates will remain in effect until, for six consecutive billing cycles, you make each Total Minimum Payment Due by its Payment Due Date and your account balance does not exceed the credit limit at any time during those billing cycles. We reserve the right to amend the Agreement and change the APRs even if you are in a Cure Period.
See enclosed Credit Card Agreement for complete terms.

### Section 8. When Periodic Rate Finance Charges Begin To Accrue
See enclosed Credit Card Agreement for complete terms.

### Section 9. Grace Period
You do not have a Grace Period for Category A or Category B Cash Advances. You will have a Grace Period on new Category C Purchases and new Category D Other Balances, in a billing cycle in which you Pay in Full, from the day after the Pay in Full date until the end of that billing cycle. You will have a Grace Period for an entire billing cycle on new Category C Purchases and new Category D Other Balances and on Category C and Category D balances remaining from previous billing cycles if you Pay in Full by the Payment Due Date in that billing cycle and if during the previous billing cycle you Paid in Full.

### Section 10. Calculation of Balances Subject to Finance Charge
Categories A and B -- Average Balance Method (including new Cash Advances)
See enclosed Credit Card Agreement for complete terms.

Categories C and D - Average Daily Balance Method (including new transactions): We calculate separate Balances Subject to Finance Charge for Category C balances and Category D balances. We calculate the Balance Subject to Finance Charge for each of these balance categories by: (1) calculating a daily balance for each day in the current billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the current billing cycle.

To calculate the daily balance for each day in the current billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add, unless subject to a Grace Period, new transactions, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero. If in the current billing cycle you Pay in Full, then on the day after that Pay in Full date, we exclude from the beginning balance new transactions, new Account Fees, and new Transaction Fees which posted on or before the Pay in Full date.

We include the costs for the Credit Security Plan purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such costs are billed.

### Section 11. Minimum Finance Charge
If the total of the Periodic Rate Finance Charges for all balance categories is less than $1.50, then a minimum FINANCE CHARGE of $1.50 will be assessed on the account in lieu of any Periodic Rate Finance Charge. This minimum FINANCE CHARGE will be allocated to a balance category with a Balance Subject to Finance Charge.

### Section 12. Transaction Fee Finance Charges
If you obtain an ATM Cash Advance, we will assess a transaction fee (FINANCE CHARGE) equal to 3% of the U.S. dollar amount of each such Cash Advance (Fee: Min. $10.00).

If you obtain a Balance Transfer, we will assess a transaction fee (FINANCE CHARGE) equal to 4% of the U.S. dollar amount of each such Cash Advance (Fee: Min. $10.00; Max. $90.00).

If you obtain a Bank Cash Advance (other than through an overdraft transaction), we will assess a transaction fee (FINANCE CHARGE) equal to 3% of the U.S. dollar amount of each such Cash Advance (Fee: Min. $10.00).

If you make a Foreign Transaction, we will assess a transaction fee (FINANCE CHARGE) equal to 3% of the U.S. dollar amount of each such Foreign Transaction. This is in addition to any other applicable transaction fees.

If you have enrolled this account to provide overdraft protection, we will assess a transaction fee (FINANCE CHARGE) equal to 3% of the U.S. dollar amount of each such overdraft transaction that posts to this account (Fee: Min. $10.00).

If you use your card to purchase Cash Equivalents, we will assess a transaction fee (FINANCE CHARGE) equal to 3% of the U.S. dollar amount of each such Cash Equivalent (Fee: Min. $10.00). This fee does not apply to out-of-network bill payments made through FIACS' online payment service.

If you obtain a Check Cash Advance, we will assess a transaction fee (FINANCE CHARGE) equal to 4% of the U.S. dollar amount of each such Cash Advance (Fee: Min. $10.00; Max. $90.00).

### Section 13. Account Fees
The following fees are assessed as Purchases in the billing cycle in which the fees accrue:
Annual Fee: If you have an Annual Fee on your account the amount remains unchanged. The Annual Fee will be assessed each year if your account is open or if you maintain an account balance, whether or not you have active charging privileges.

FIA0000164

An Overlimit Fee in each billing cycle when your total outstanding balance exceeds your credit limit. The Overlimit Fee will be assessed even if fees or finance charges assessed by us cause your total outstanding balance to exceed your credit limit. The Overlimit Fee will be assessed as of the first day in the billing cycle that your total outstanding balance was over your credit limit. No more than one Overlimit Fee will be charged in each billing cycle.

If your Previous Balance exceeds your credit limit at the beginning of a billing cycle, you will have an opportunity to avoid an Overlimit Fee in that billing cycle. To avoid an Overlimit Fee in that billing cycle, your total outstanding balance must be less than or equal to your credit limit on the 20th day of the billing cycle and must remain below the credit limit for the rest of that billing cycle. If your total outstanding balance exceeds your credit limit on the 20th day of that billing cycle you will be assessed an Overlimit Fee as of the 20th day. If your total outstanding balance is less than your credit limit on the 20th day of that billing cycle but exceeds your credit limit on any day after the 20th day, you will be assessed an Overlimit Fee as of the first day after the 20th day in which your total outstanding balance exceeds your credit limit.

An Overlimit Fee: The amount of the Overlimit Fee is based on the amount of your total outstanding balance on the date as of which the Overlimit Fee is assessed and is as follows:
- if the total outstanding balance is $500.00 or less, the Overlimit Fee will be $15.00;
- if the total outstanding balance is greater than $500.00 but $1,000.00 or less, the Overlimit Fee will be $29.00;
- if the total outstanding balance is greater than $1,000.00, the Overlimit Fee will be $39.00.

A Late Fee, if the Total Minimum Payment Due shown on your monthly statement is not received by us on or before its Payment Due Date. On the Late Fee transaction date:
- if the total outstanding balance is $100.00 or less, the Late Fee will be $15.00;
- if the total outstanding balance is greater than $100.00 but $250.00 or less, the Late Fee will be $29.00;
- if the total outstanding balance is greater than $250.00, the Late Fee will be $39.00.

A Returned Payment Fee of $39 if a payment on your account is returned for insufficient funds or for any other reason, even if it is paid upon subsequent presentment (if we elect to re-present the payment).

A Returned Check Cash Advance Fee of $39 if we return an access check unpaid for any reason, even if the access check is paid upon subsequent presentment.

A Copy Fee of $5.00 for each copy of a monthly statement or sales draft, except that the six most recent monthly statements and one sales draft will be provided for free.

An Abandoned Property Fee equal to any costs incurred by us for complying with state abandoned property laws, unless prohibited by applicable law.

**Section 22. Payments on Your Account**

We process most payment checks electronically. We use the information on your check to create an electronic funds transfer. Each time you send a check, you authorize a one-time electronic funds transfer. You also authorize us to process your check as a check or paper draft, as necessary. Funds may be withdrawn from your account as soon as the same day we receive your payment. You will not receive your cancelled check because we are required to destroy it. We will retain an electronic copy. For more information or to stop the conversion of your checks into electronic funds transfers, call us at the phone number listed on your monthly statement or on your card. You may also write to us at: P.O. Box 15019, Wilmington, DE 19850-5019.

**See enclosed Credit Card Agreement for additional terms.**

**Section 23. Total Minimum Payment Due**

The Current Payment for each billing cycle includes three amounts: (1) 1% of your balance (your New Balance Total except for any new Periodic Rate Finance Charges, and Late Fee), and (2) new Periodic Rate Finance Charges, and (3) new Late Fee. The Current Payment is capped. Generally, the lowest it will be is $15.00 and the highest it could be is 5% of your New Balance Total. We round the payment amount down to the nearest dollar. If a Payment is credited to your account but is returned unpaid in a later billing cycle, we will recalculate the Total Minimum Payment Due for the billing cycle in which the payment was originally credited.

**See enclosed Credit Card Agreement for additional terms.**

*********************************************************************************

**Important Information About Payments by Phone**

With our optional Pay-By-Phone service, one of the fastest ways to make a payment, your payment will be electronically deducted from your bank account.

When you use the optional Payment by Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A service fee may apply. Please retain this authorization document for your records.

Payments are credited as of the date you request, so long as your request is made by 5 pm ET. You have until 3:30 pm ET on the day of the scheduled payment to cancel that payment. To cancel, please call us at the customer service number listed on your statement.

FIA0000165