# EXHIBIT F

REDACTED

## ANNE GEDDES
R E W A R D S

**Bank of America**

Prepared for:    LAURA M SWANSON

████████0832

August 2007 Statement
Credit Line:              $5,000.00
Cash or Credit Available:  $0.00

**Customer Service**
For Information on Your Account Visit:
www.bankofamerica.com
Mail Payments to:
BANK OF AMERICA
P.O. BOX 15726
WILMINGTON, DE 19886-5726
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-732-9194
TDD hearing-impaired 1-800-222-7365

### Account Information

| Summary of Transactions | | |
|---|---|---|
| Previous Balance | | $4,722.45 |
| Payments and Credits | - | $117.00 |
| Cash Advances | + | $0.00 |
| Purchases and Adjustments | + | $390.17 |
| Periodic Rate Finance Charges | + | $78.18 |
| Transaction Fee Finance Charges | + | $0.00 |
| New Balance Total | | $5,073.80 |

| Billing Cycle and Payment Information | |
|---|---|
| Days in Billing Cycle | 32 |
| Closing Date | 08/22/07 |
| Payment Due Date | 09/16/07 |
| Current Payment Due | $128.00 |
| Past Due Amount  + | $0.00 |
| Total Minimum Payment Due | $128.00 |

### Transactions

| | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| **Payments and Credits** | | | | | | |
| IL BANKING CENTER PAYMENT | 08/07 | | | | | 117.00 CR |
| **Purchases and Adjustments** | | | | | | |
| | 08/03 | 08/02 | 0772 | 0832 | C | 11.03 |
| | 08/03 | 08/02 | 8118 | 0832 | C | 25.81 |
| | 08/04 | 08/02 | 0111 | 0832 | C | 120.95 |
| | 08/04 | 08/03 | 1671 | 0832 | C | 48.16 |
| | 08/06 | 08/03 | 4926 | 0832 | C | 15.00 |
| | 08/07 | 08/05 | 9730 | 0832 | C | 1.91 |
| | 08/08 | 08/07 | 6434 | 0832 | C | 19.49 |
| | 08/13 | 08/10 | 0525 | 0832 | C | 10.33 |
| | 08/13 | 08/11 | 2039 | 0832 | C | 11.64 |
| | 08/13 | 08/12 | 0054 | 0832 | C | 37.49 |
| | 08/14 | 08/11 | 8499 | 0832 | C | 9.29 |
| | 08/14 | 08/12 | 4188 | 0832 | C | 5.88 |
| | 08/14 | 08/13 | 2339 | 0832 | C | 12.65 |
| | 08/15 | 08/13 | 5670 | 0832 | C | 14.03 |
| | 08/15 | 08/14 | 5835 | 0832 | C | 7.51 |
| | 08/22 | 08/22 | D/20 | | C | 39.00 |

OVERLIMIT FEE (BASED
ON BALANCE  5,034.80)

```
YOUR ACCOUNT IS OVERLIMIT.
TO AVOID AN OVERLIMIT FEE
ON YOUR NEXT STATEMENT, WE
MUST RECEIVE A CONFORMING
PAYMENT, THAT BRINGS AND
KEEPS YOUR ACCOUNT BALANCE
BELOW THE CREDIT LINE,
WITHIN 20 DAYS OF THE ABOVE
STATEMENT CLOSING DATE,
AND NOT GO OVERLIMIT AGAIN.
```

BANK OF AMERICA
P.O. BOX 15726
WILMINGTON, DE 19886-5726
Iₙₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗ

LAURA M SWANSON



☐ Check here for a change of mailing address or phone number(s).
   Please provide all corrections on the reverse side.

**Payment Information**

ACCOUNT NUMBER:    ████████0832

NEW BALANCE TOTAL: $5,073.80
PAYMENT DUE DATE:  09/16/07

TOTAL MINIMUM
PAYMENT DUE
$128.00

Enter Payment Amount Enclosed:
$ _____

Mail this payment coupon along with a
check or money order payable to: BANK OF AMERICA



Page 1 of 4

FIA0000192

REDACTED

REDACTED

| IMPORTANT INFORMATION ABOUT THIS A(　　UNT | USE111　Rev. 09/06 |
|---|---|

### GRACE PERIOD

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Category A or B Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Category C or D portions of this statement's New Balance Total.

During a 0% promotional APR period: 1) no Periodic Rate Finance Charges accrue on balance categories with the 0% promotional APR; and 2) you must pay the Total Minimum Payment Due by its Payment Due Date (and avoid any other "promotion turn-off event" as defined in your Credit Card Agreement) to maintain the 0% promotional APR.

** If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "**" symbol, then with respect to those balance categories: 1) the 0% promotional APR for each of the balance categories will expire as of the end of the next billing cycle; and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% promotional APR period on those balances existing as of the Closing Date of this statement.

### CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE

Categories A and B – Average Balance Method (including new Cash Advances): We calculate separate Balances Subject to Finance Charge for Category A balances and Category B balances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle Cash Advance" balance, which is a Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Cash Advances and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle Cash Advance balance, we take the beginning balance attributable solely to Pre-Cycle Cash Advances (which will be zero on the transaction date of the first Pre-Cycle Cash Advance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle Cash Advances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Categories C and D – Average Daily Balance Method (including new transactions): We calculate separate Balances Subject to Finance Charge for Category C balances and Category D balances. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new transactions, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero. If the Previous Balance shown on this statement was paid in full in this statement's billing cycle, then on the day after that payment in full date, we exclude from the beginning balance new transactions, new Account Fees, and new Transaction Fees which posted on or before that payment in full date, and we do not add new transactions, new Account Fees, or new Transaction Fees which post after that payment in full date.

We include the costs for the Credit Protection plan or for credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such costs are billed.

### TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charge for each category, we multiply the Balance Subject to Finance Charge by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges for each category together. Each Daily Periodic Rate is calculated by dividing its corresponding Annual Percentage Rate by 365.

### HOW WE ALLOCATE YOUR PAYMENTS

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

### Payment Due Dates and Keeping Your Account in Good Standing

Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rates, to avoid the imposition of Default Rates (if applicable), to avoid late fees, and to avoid overlimit fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date each billing cycle and you must maintain your account balance below your Credit Limit each day.

### MISCELLANEOUS

For the complete terms and conditions of your account, consult your Account Agreement. FIA Card Services is a tradename of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

---

**CUSTOMER STATEMENT OF DISPUTED ITEM** – Please call toll free 1-866-266-0212 Monday-Thursday 8am-9pm (Eastern Time) and Friday 8am-7pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.

Your Name: _____

Transaction Date: _____　　Posting Date: _____

Amount $: _____　　Disputed Amount $: _____

Account Number: _____　　Choose only one dispute reason.

Reference Number: _____

Merchant Name: _____

☐ 1. The amount of the charge was increased from $ _____ to $ _____ or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on ___/___/___ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on ___/___/___ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise on ___/___/___ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. I did not authorize the second transaction. Sale #1 $ _____ Reference # _____
Sale #2 $ _____ Reference # _____

☐ 8. I notified the merchant on ___/___/___ (MM/DD/YY) to cancel the pre-authorized order (reservation). Please note cancellation # and if available, enclose a copy of your contract and a copy of your telephone bill showing date and time of cancellation. Reason for cancellation / cancellation #:

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The services to be provided on ___/___/___ (MM/DD/YY) were not received or were unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I do not recognize the transaction. Merchants often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____　　Date: _____

Best contact telephone #: _____　　Home#: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to: Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

---

### Payments

We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____

Address 2 _____

City _____

State _____ Zip _____

Area Code & Home Phone _____

Area Code & Work Phone _____

FIA0000193

REDACTED


ANNE GEDDES
R E W A R D S

**Bank of America** ⟡

*Prepared for:* LAURA M SWANSON

▮▮▮▮▮▮0832

August 2007 Statement
*Credit Line:* $5,000.00
*Cash or Credit Available:* $0.00

## Transactions Continued

ANNE GEDDES REWARDS SUMMARY
358  PURCHASE POINTS THIS PERIOD
358  POINTS SENT TO ANNE GEDDES

## Finance Charge Schedule

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. Balance Transfers, Checks | 0.049972% DLY * | 18.24% | $17.39 |
| B. ATM, Bank | 0.066410% DLY * | 24.24% | $0.00 |
| C. Purchases | 0.049972% DLY * | 18.24% | $4,871.48 |
| Annual Percentage Rate for this Billing Period: | | | 18.24% |

(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges.)
* Periodic Rate May Vary

## Important Information About Your Account

SPECIAL OFFER FOR ANNE GEDDES MEMBERS - BANK OF AMERICA HAS PARTNERED WITH
ANNE GEDDES TO PROVIDE A NEW CHECKING ACCOUNT WITH SPECIAL BENEFITS JUST FOR
YOU. PLEASE VISIT WWW.BANKOFAMERICA.COM/ANNEGEDDESBANKING TO LEARN MORE.

PAY YOUR BILL QUICKLY WITH THE PAY BY PHONE SERVICE. CALL 1-866-297-9258
TO USE THE AUTOMATED SERVICE OR DISCUSS OTHER PAYMENT OPTIONS.



Page 3 of 4

FIA0000194

REDACTED



ANNE GEDDES
R E W A R D S

**Bank of America**

Prepared for:   LAURA M SWANSON

████████ 0832

September 2007 Statement
Credit Line:                   $5,000.00
Cash or Credit Available:   $10.33

### Customer Service

For information on Your Account Visit:
www.bankofamerica.com
Mail Payments to:
BANK OF AMERICA
P.O. BOX 17322
BALTIMORE, MD 21297-1322
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-732-9194
TDD hearing-impaired 1-800-222-7365

### Account Information

| Summary of Transactions | | | Billing Cycle and Payment Information | |
|---|---|---|---|---|
| Previous Balance | | $5,073.80 | Days in Billing Cycle | 29 |
| Payments and Credits | - | $175.00 | Closing Date | 09/20/07 |
| Cash Advances | + | $0.00 | | |
| Purchases and Adjustments | + | $17.79 | Payment Due Date | 10/15/07 |
| Periodic Rate Finance Charges | + | $73.08 | Current Payment Due | $122.00 |
| Transaction Fee Finance Charges | + | $0.00 | Past Due Amount      + | $0.00 |
| New Balance Total | | $4,989.67 | Total Minimum Payment Due | $122.00 |

### Transactions

| | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| **Payments and Credits** | | | | | | |
| IL BANKING CENTER PAYMENT | 09/08 | | | | | 175.00 CR |
| **Purchases and Adjustments** | | | | | | |
| #WALGREEN   0003993 CAROL STREAM IL | 08/23 | 08/21 | 0404 | 0832 | C | 17.79 |

```
ANNE GEDDES REWARDS SUMMARY
     0   PURCHASE POINTS THIS PERIOD
     0   POINTS SENT TO ANNE GEDDES
```

### Finance Charge Schedule

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| **Cash Advances** | | | |
| A. Balance Transfers, Checks | 0.049972% DLY * | 18.24% | $0.00 |
| B. ATM, Bank | 0.066410% DLY * | 24.24% | $0.00 |
| C. Purchases | 0.049972% DLY * | 18.24% | $5,042.47 |
| Annual Percentage Rate for this Billing Period: | | | 18.24% |

(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges.)
* Periodic Rate May Vary

### Important Information About Your Account

SPECIAL OFFER FOR ANNE GEDDES MEMBERS - BANK OF AMERICA HAS PARTNERED WITH
ANNE GEDDES TO PROVIDE A NEW CHECKING ACCOUNT WITH SPECIAL BENEFITS JUST FOR
YOU. PLEASE VISIT WWW.BANKOFAMERICA.COM/ANNEGEDDESBANKING TO LEARN MORE.

PAY YOUR BILL QUICKLY WITH THE PAY BY PHONE SERVICE. CALL 1-866-297-9258
TO USE THE AUTOMATED SERVICE OR DISCUSS OTHER PAYMENT OPTIONS.

BANK OF AMERICA
P.O. BOX 17322
BALTIMORE, MD 21297-1322
Ialdualldulilldulualulludllulilululluulll

LAURA M SWANSON

☐ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

### Payment Information

ACCOUNT NUMBER:   ████████ 0832

NEW BALANCE TOTAL: $4,989.67
PAYMENT DUE DATE:   10/15/07

TOTAL MINIMUM PAYMENT DUE   $122.00

Enter Payment Amount Enclosed:
$

Mail this payment coupon along with a
check or money order payable to: BANK OF AMERICA



Page 1 of 2

FIA0000195

REDACTED

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**                    USE111    Rev. 09/06

## GRACE PERIOD

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Category A or B Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Category C or D portions of this statement's New Balance Total.

During a 0% promotional APR period: 1) no Periodic Rate Finance Charges accrue on balance categories with the 0% promotional APR; and 2) you must pay the Total Minimum Payment Due by its Payment Due Date (and avoid any other "promotion turn-off event" as defined in your Credit Card Agreement) to maintain the 0% promotional APR.

** If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "**" symbol, then with respect to those balance categories: 1) the 0% promotional APR for each of the balance categories will expire as of the end of the next billing cycle; and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% promotional APR period on those balances existing as of the Closing Date of this statement.

## CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE

Categories A and B – Average Balance Method (including new Cash Advances): We calculate separate Balances Subject to Finance Charge for Category A balances and Category B balances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle Cash Advance" balance, which is a Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Cash Advances and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle Cash Advance balance, we take the beginning balance attributable solely to Pre-Cycle Cash Advances (which will be zero on the transaction date of the first Pre-Cycle Cash Advance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle Cash Advances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Categories C and D – Average Daily Balance Method (including new transactions): We calculate separate Balances Subject to Finance Charge for Category C balances and Category D balances. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new transactions, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero. If the Previous Balance shown on this statement was paid in full in this statement's billing cycle, then on the day after that payment in full date, we exclude from the beginning balance new transactions, new Account Fees, and new Transaction Fees which posted on or before that payment in full date, and we do not add new transactions, new Account Fees, or new Transaction Fees which post after that payment in full date.

We include the costs for the Credit Protection plan or for credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such costs are billed.

## TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charge for each category, we multiply the Balance Subject to Finance Charge by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges for each category together. Each Daily Periodic Rate is calculated by dividing its corresponding Annual Percentage Rate by 365.

## HOW WE ALLOCATE YOUR PAYMENTS

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

## Payment Due Dates and Keeping Your Account in Good Standing

Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rates, to avoid the imposition of Default Rates (if applicable), to avoid late fees, and to avoid overlimit fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date each billing cycle and you must maintain your account balance below your Credit Limit each day.

## MISCELLANEOUS

For the complete terms and conditions of your account, consult your Account Agreement. FIA Card Services is a tradename of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

---

**CUSTOMER STATEMENT OF DISPUTED ITEM** – Please call toll free 1-866-266-0212 Monday-Thursday 8am-9pm (Eastern Time) and Friday 8am-7pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.    Choose only one dispute reason.

Your Name: _____
Transaction Date: _____ Posting Date: _____
Amount $: _____ Disputed Amount $: _____

Account Number: _____
Reference Number: _____
Merchant Name: _____

☐ 1. The amount of the charge was increased from $_____ to $_____ or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on ___/___/___ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on ___/___/___ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I contacted the merchant, returned the merchandise on ___/___/___ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. I did not authorize the second transaction. Sale #1 $_____ Reference #_____ Sale #2 $_____ Reference #_____

☐ 8. I notified the merchant on ___/___/___ (MM/DD/YY) to cancel the pre-authorized order (reservation). Please note cancellation # and if available, enclose a copy of your contract and a copy of your telephone bill showing date and time of cancellation. Reason for cancellation / cancellation #:

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The services to be provided on ___/___/___ (MM/DD/YY) were not received or were unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I do not recognize the transaction. Merchants often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____ Date: _____

Best contact telephone #: _____ Home#: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to: Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

---

## Payments

We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____

Address 2 _____

City _____

State _____ Zip _____

Area Code & Home Phone _____

Area Code & Work Phone _____

Page 2 of 2

FIA0000196

REDACTED

# ANNE GEDDES
## R E W A R D S



**Bank of America**

Prepared for:   LAURA M SWANSON

October 2007 Statement
Credit Line:                    $5,000.00
Cash or Credit Available:  $53.27

### Customer Service
For Information on Your Account Visit:
www.bankofamerica.com
Mail Payments to:
BANK OF AMERICA
P.O. BOX 37271
BALTIMORE, MD 21297-3271
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-732-9194
TDD hearing-impaired 1-800-222-7365

### Account Information

| Summary of Transactions | | |
|---|---|---|
| Previous Balance | | $4,989.67 |
| Payments and Credits | - | $122.00 |
| Cash Advances | + | $0.00 |
| Purchases and Adjustments | + | $0.00 |
| Periodic Rate Finance Charges | + | $79.06 |
| Transaction Fee Finance Charges | + | $0.00 |
| New Balance Total | | $4,946.73 |

| Billing Cycle and Payment Information | | |
|---|---|---|
| Days in Billing Cycle | | 32 |
| Closing Date | | 10/22/07 |
| Payment Due Date | | 11/16/07 |
| Current Payment Due | | $127.00 |
| Past Due Amount | + | $0.00 |
| Total Minimum Payment Due | | $127.00 |

### Transactions

| Payments and Credits | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| IL BANKING CENTER PAYMENT | 10/01 | | | | | 122.00 CR |

ANNE GEDDES REWARDS SUMMARY
    0   PURCHASE POINTS THIS PERIOD
    0   POINTS SENT TO ANNE GEDDES

### Finance Charge Schedule

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. Balance Transfers, Checks | 0.049972% DLY * | 18.24% | $0.00 |
| B. ATM, Bank | 0.066410% DLY * | 24.24% | $0.00 |
| C. Purchases | 0.049972% DLY * | 18.24% | $4,944.20 |
| Annual Percentage Rate for this Billing Period: | | | 18.24% |

(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges.)
* Periodic Rate May Vary

### Important Information About Your Account

SPECIAL OFFER FOR ANNE GEDDES MEMBERS - BANK OF AMERICA HAS PARTNERED WITH
ANNE GEDDES TO PROVIDE A NEW CHECKING ACCOUNT WITH SPECIAL BENEFITS JUST FOR
YOU. PLEASE VISIT WWW.BANKOFAMERICA.COM/ANNEGEDDESBANKING TO LEARN MORE.

PAY YOUR BILL QUICKLY WITH THE PAY BY PHONE SERVICE. CALL 1-866-297-9258
TO USE THE AUTOMATED SERVICE OR DISCUSS OTHER PAYMENT OPTIONS.

BANK OF AMERICA
P.O. BOX 37271
BALTIMORE, MD 21297-3271

LAURA M SWANSON

☐ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

### Payment Information

ACCOUNT NUMBER: ████████0832

NEW BALANCE TOTAL: $4,946.73
PAYMENT DUE DATE:  11/16/07

TOTAL MINIMUM PAYMENT DUE $127.00

Enter Payment Amount Enclosed:
$

Mail this payment coupon along with a
check or money order payable to: BANK OF AMERICA



Page 1 of 2



FIA0000197

REDACTED

USE111   Rev. 09/06

**IMPORTANT INFORMATION ABOUT THIS A᷄␣UNT**

## GRACE PERIOD

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Category A or B Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Category C or D portions of this statement's New Balance Total.

During a 0% promotional APR period: 1) no Periodic Rate Finance Charges accrue on balance categories with the 0% promotional APR; and 2) you must pay the Total Minimum Payment Due by its Payment Due Date (and avoid any other "promotion turn-off event" as defined in your Credit Card Agreement) to maintain the 0% promotional APR.

** If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "**" symbol, then with respect to those balance categories: 1) the 0% promotional APR for each of the balance categories will expire as of the end of the next billing cycle; and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% promotional APR period on those balances existing as of the Closing Date of this statement.

## CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE

Categories A and B – Average Balance Method (including new Cash Advances): We calculate separate Balances Subject to Finance Charge for Category A balances and Category B balances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle Cash Advance" balance, which is a Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Cash Advances and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle Cash Advance balance, we take the beginning balance attributable solely to Pre-Cycle Cash Advances (which will be zero on the transaction date of the first Pre-Cycle Cash Advance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle Cash Advances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Categories C and D – Average Daily Balance Method (including new transactions): We calculate separate Balances Subject to Finance Charge for Category C balances and Category D balances. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new transactions, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero. If the Previous Balance shown on this statement was paid in full in this statement's billing cycle, then on the day after that payment in full date, we exclude from the beginning balance new transactions, new Account Fees, and new Transaction Fees which posted on or before that payment in full date, and we do not add new transactions, new Account Fees, or new Transaction Fees which post after that payment in full date.

We include the costs for the Credit Protection plan or for credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such costs are billed.

## TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charge for each category, we multiply the Balance Subject to Finance Charge by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges for each category together. Each Daily Periodic Rate is calculated by dividing its corresponding Annual Percentage Rate by 365.

## HOW WE ALLOCATE YOUR PAYMENTS

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

## Payment Due Dates and Keeping Your Account in Good Standing

Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rates, to avoid the imposition of Default Rates (if applicable), to avoid late fees, and to avoid overlimit fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date each billing cycle and you must maintain your account balance below your Credit Limit each day.

## MISCELLANEOUS

For the complete terms and conditions of your account, consult your Account Agreement. FIA Card Services is a tradename of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

---

**CUSTOMER STATEMENT OF DISPUTED ITEM** – Please call toll free 1-866-266-0212 Monday-Thursday 8am-9pm (Eastern Time) and Friday 8am-7pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.                     Choose only one dispute reason.

Your Name: _____
Transaction Date: _____  Posting Date: _____
Amount $: _____  Disputed Amount $: _____

Account Number: _____
Reference Number: _____
Merchant Name: _____

☐ 1. The amount of the charge was increased from $_____ to $_____ or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on ___/___/___ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on ___/___/___ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise on ___/___/___ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. I did not authorize the second transaction. Sale #1 $ _____ Reference # _____ Sale #2 $ _____ Reference # _____

☐ 8. I notified the merchant on ___/___/___ (MM/DD/YY) to cancel the pre-authorized order (reservation). Please note cancellation # and if available, enclose a copy of your contract and a copy of your telephone bill showing date and time of cancellation. Reason for cancellation / cancellation #:

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The services to be provided on ___/___/___ (MM/DD/YY) were not received or were unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I do not recognize the transaction. Merchants often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____   Date: _____

Best contact telephone #: _____   Home#: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to: Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

---

## Payments

We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____

Address 2 _____

City _____

State _____   Zip _____

Area Code & Home Phone _____

Area Code & Work Phone _____

FIA0000198

REDACTED



ANNE GEDDES
REWARDS

**Bank of America** 〜

| | |
|---|---|
| *Prepared for:*  LAURA M SWANSON  ___832 | November 2007 Statement<br>*Credit Line:* $5,000.00<br>*Cash or Credit Available:* $0.00 |

**Customer Service**

*For Information on Your Account Visit:*
www.bankofamerica.com
*Mail Payments to:*
BANK OF AMERICA
P.O. BOX 15726
WILMINGTON, DE 19886-5726
*Mail Billing Inquiries to:*
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-732-9194
TDD hearing-impaired 1-800-222-7365

**Account Information**

| Summary of Transactions | | | Billing Cycle and Payment Information | |
|---|---|---|---|---|
| Previous Balance | | $4,946.73 | Days in Billing Cycle | 29 |
| Payments and Credits | - | $130.00 | Closing Date | 11/20/07 |
| Cash Advances | + | $0.00 | | |
| Purchases and Adjustments | + | $223.88 | Payment Due Date | 12/15/07 |
| Periodic Rate Finance Charges | + | $72.22 | Current Payment Due | $122.00 |
| Transaction Fee Finance Charges | + | $0.00 | Past Due Amount      + | $0.00 |
| New Balance Total | | $5,112.83 | Total Minimum<br>Payment Due | $122.00 |

**Transactions**

| Payments and Credits | Posting<br>Date | Transaction<br>Date | Reference<br>Number | Account<br>Number | Category | Amount |
|---|---|---|---|---|---|---|
| IL BANKING CENTER PAYMENT | 11/01 | | | | | 130.00 CR |

Purchases and Adjustments

| | Posting<br>Date | Transaction<br>Date | Reference<br>Number | Account<br>Number | Category | Amount |
|---|---|---|---|---|---|---|
| | 11/08 | 11/07 | 9297 | 0832 | C | 70.55 |
| | 11/08 | 11/07 | 9115 | 0832 | C | 5.23 |
| | 11/08 | 11/07 | 0514 | 0832 | C | 2.56 |
| | 11/09 | 11/07 | 9070 | 0832 | C | 4.82 |
| | 11/10 | 11/07 | 2717 | 0832 | C | 27.85 |
| | 11/10 | 11/09 | 0662 | 0832 | C | 14.01 |
| | 11/10 | 11/09 | 8696 | 0832 | C | 4.56 |
| | 11/13 | 11/10 | 9433 | 0832 | C | 14.85 |
| | 11/13 | 11/10 | 0168 | 0832 | C | 9.36 |
| | 11/13 | 11/11 | 0044 | 0832 | C | 31.09 |
| OVERLIMIT FEE (BASED<br>ON BALANCE  5,001.61) | 11/20 | 11/13 | D/20 | | C | 39.00 |

```
YOUR ACCOUNT IS OVERLIMIT.
TO AVOID AN OVERLIMIT FEE
ON YOUR NEXT STATEMENT, WE
MUST RECEIVE A CONFORMING
PAYMENT, THAT BRINGS AND
KEEPS YOUR ACCOUNT BALANCE
BELOW THE CREDIT LINE,
WITHIN 20 DAYS OF THE ABOVE
STATEMENT CLOSING DATE,
AND NOT GO OVERLIMIT AGAIN.

ANNE GEDDES REWARDS SUMMARY
    158  PURCHASE POINTS THIS PERIOD
    158  POINTS SENT TO ANNE GEDDES
```

BANK OF AMERICA
P.O. BOX 15726
WILMINGTON, DE 19886-5726

LAURA M SWANSON

☐ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

**Payment Information**

| | |
|---|---|
| ACCOUNT NUMBER: | ___0832 |
| NEW BALANCE TOTAL: | $5,112.83 |
| PAYMENT DUE DATE: | 12/15/07 |

TOTAL MINIMUM
PAYMENT DUE
$122.00

Enter Payment Amount Enclosed
$ _____

*Mail this payment coupon along with a
check or money order payable to: BANK OF AMERICA*

Page 1 of 4

REDACTED

| **IMPORTANT INFORMATION ABOUT THIS A     /UNT** | USE111    Rev. 09/06 |

## GRACE PERIOD

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Category A or B Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Category C or D portions of this statement's New Balance Total.

During a 0% promotional APR period: 1) no Periodic Rate Finance Charges accrue on balance categories with the 0% promotional APR; and 2) you must pay the Total Minimum Payment Due by its Payment Due Date (and avoid any other "promotion turn-off event" as defined in your Credit Card Agreement) to maintain the 0% promotional APR.

** If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "**" symbol, then with respect to those balance categories: 1) the 0% promotional APR for each of the balance categories will expire as of the end of the next billing cycle; and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% promotional APR period on those balances existing as of the Closing Date of this statement.

## CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE

Categories A and B – Average Balance Method (including new Cash Advances): We calculate separate Balances Subject to Finance Charge for Category A balances and Category B balances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle Cash Advance" balance, which is a Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Cash Advances and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle Cash Advance balance, we take the beginning balance attributable solely to Pre-Cycle Cash Advances (which will be zero on the transaction date of the first Pre-Cycle Cash Advance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle Cash Advances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Categories C and D – Average Daily Balance Method (including new transactions): We calculate separate Balances Subject to Finance Charge for Category C balances and Category D balances. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new transactions, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero. If the Previous Balance shown on this statement was paid in full in this statement's billing cycle, then on the day after that payment in full date, we exclude from the beginning balance new transactions, new Account Fees, and new Transaction Fees which posted on or before that payment in full date, and we do not add new transactions, new Account Fees, or new Transaction Fees which post after that payment in full date.

We include the costs for the Credit Protection plan or for credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such costs are billed.

## TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charge for each category, we multiply the Balance Subject to Finance Charge by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges for each category together. Each Daily Periodic Rate is calculated by dividing its corresponding Annual Percentage Rate by 365.

## HOW WE ALLOCATE YOUR PAYMENTS

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

## Payment Due Dates and Keeping Your Account in Good Standing

Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rates, to avoid the imposition of Default Rates (if applicable), to avoid late fees, and to avoid overlimit fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date each billing cycle and you must maintain your account balance below your Credit Limit each day.

## MISCELLANEOUS

For the complete terms and conditions of your account, consult your Account Agreement. FIA Card Services is a tradename of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

---

**CUSTOMER STATEMENT OF DISPUTED ITEM** – Please call toll free 1-866-266-0212 Monday-Thursday 8am-9pm (Eastern Time) and Friday 8am-7pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.    Choose only one dispute reason.

Your Name: _____
Transaction Date: _____    Posting Date: _____
Amount $: _____    Disputed Amount $: _____

Account Number: _____
Reference Number: _____
Merchant Name: _____

☐ 1. The amount of the charge was increased from $_____ to $_____ or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on ___/___/___ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on ___/___/___ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise on ___/___/___ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. I did not authorize the second transaction. Sale #1 $_____ Reference #_____ Sale #2 $_____ Reference #_____

☐ 8. I notified the merchant on ___/___/___ (MM/DD/YY) to cancel the pre-authorized order (reservation). Please note cancellation # and if available, enclose a copy of your contract and a copy of your telephone bill showing date and time of cancellation. Reason for cancellation / cancellation #:

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The services to be provided on ___/___/___ (MM/DD/YY) were not received or were unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I do not recognize the transaction. Merchants often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____    Date: _____
Best contact telephone #: _____    Home#: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to: Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

---

## Payments

We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____

Address 2 _____

City _____

State _____    Zip _____

Area Code & Home Phone _____

Area Code & Work Phone _____

Page 2 of 4

FIA0000200

REDACTED



## ANNE GEDDES
### R E W A R D S

**Bank of America**

Prepared for:   LAURA M SWANSON

▇▇▇▇0832

November 2007 Statement
Credit Line:                        $5,000.00
Cash or Credit Available:   $0.00

### Finance Charge Schedule

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. Balance Transfers, Checks | 0.049972% DLY * | 18.24% | $0.00 |
| B. ATM, Bank | 0.066410% DLY * | 24.24% | $0.00 |
| C. Purchases | 0.049972% DLY * | 18.24% | $4,983.60 |
| Annual Percentage Rate for this Billing Period: | | | 18.24% |

(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges.)
* Periodic Rate May Vary

### Important Information About Your Account

SPECIAL OFFER FOR ANNE GEDDES MEMBERS - BANK OF AMERICA HAS PARTNERED WITH
ANNE GEDDES TO PROVIDE A NEW CHECKING ACCOUNT WITH SPECIAL BENEFITS JUST FOR
YOU. PLEASE VISIT WWW.BANKOFAMERICA.COM/ANNEGEDDESBANKING TO LEARN MORE.

Page 3 of 4

FIA0000201

REDACTED

# ANNE GEDDES
## R E W A R D S

**Bank of America** ⬘

| | | | |
|---|---|---|---|
| *Prepared for:* | LAURA M SWANSON | | |
| | ⬛0832 | | |

**December 2007 Statement**
*Credit Line:* $5,000.00
*Cash or Credit Available:* $0.00

**Customer Service**
*For Information on Your Account Visit*
www.bankofamerica.com
*Mail Payments to:*
BANK OF AMERICA
P.O. BOX 15726
WILMINGTON, DE 19886-5726
*Mail Billing Inquiries to:*
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-732-9194
TDD hearing-impaired 1-800-222-7365

## Account Information

### Summary of Transactions

| | | |
|---|---|---|
| Previous Balance | | $5,112.83 |
| Payments and Credits | - | $0.00 |
| Cash Advances | + | $0.00 |
| Purchases and Adjustments | + | $78.00 |
| Periodic Rate Finance Charges | + | $137.82 |
| Transaction Fee Finance Charges | + | $0.00 |
| New Balance Total | | $5,328.65 |

### Billing Cycle and Payment Information

| | |
|---|---|
| Days in Billing Cycle | 30 |
| Closing Date | 12/20/07 |
| Payment Due Date | 01/14/08 |
| Current Payment Due | $228.00 |
| Past Due Amount　+ | $122.00 |
| Total Minimum Payment Due | $350.00 |

## Transactions

| Purchases and Adjustments | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| LATE FEE FOR PAYMENT DUE 12/15 | 12/15 | 12/15 | 5112 | | C | 39.00 |
| OVERLIMIT FEE (BASED ON BALANCE　5,112.83) | 12/20 | 12/10 | D/20 | | C | 39.00 |

```
YOUR ACCOUNT IS OVERLIMIT.
TO AVOID AN OVERLIMIT FEE
ON YOUR NEXT STATEMENT, WE
MUST RECEIVE A CONFORMING
PAYMENT, THAT BRINGS AND
KEEPS YOUR ACCOUNT BALANCE
BELOW THE CREDIT LINE,
WITHIN 20 DAYS OF THE ABOVE
STATEMENT CLOSING DATE,
AND NOT GO OVERLIMIT AGAIN.

ANNE GEDDES REWARDS SUMMARY
      0   PURCHASE POINTS THIS PERIOD
      0   POINTS SENT TO ANNE GEDDES
```

## Finance Charge Schedule

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. Balance Transfers, Checks | 0.088328% DLY * | 32.24% | $0.00 |
| B. ATM, Bank | 0.088328% DLY * | 32.24% | $0.00 |
| C. Purchases | 0.088328% DLY * | 32.24% | $5,201.04 |
| Annual Percentage Rate for this Billing Period: | | | 32.24% |

(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges.)
* Periodic Rate May Vary



BANK OF AMERICA
P.O. BOX 15726
WILMINGTON, DE 19886-5726
⫞⫞⫞⫞⫞⫞⫞⫞⫞⫞⫞⫞⫞⫞⫞⫞⫞⫞⫞⫞⫞⫞⫞

LAURA M SWANSON

☐ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

**Payment Information**

| | |
|---|---|
| ACCOUNT NUMBER: | ⬛0832 |
| NEW BALANCE TOTAL: | $5,328.65 |
| PAYMENT DUE DATE: | 01/14/08 |

**TOTAL MINIMUM PAYMENT DUE $350.00**

Enter Payment Amount Enclosed:
$ _____

Mail this payment coupon along with a
check or money order payable to: BANK OF AMERICA



Page 1 of 4



FIA0000202

REDACTED

| **IMPORTANT INFORMATION ABOUT THIS ACCOUNT** | USE111   Rev. 09/06 |

### GRACE PERIOD

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Category A or B Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Category C or D portions of this statement's New Balance Total.

During a 0% promotional APR period: 1) no Periodic Rate Finance Charges accrue on balance categories with the 0% promotional APR; and 2) you must pay the Total Minimum Payment Due by its Payment Due Date (and avoid any other "promotion turn-off event" as defined in your Credit Card Agreement) to maintain the 0% promotional APR.

** If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "**" symbol, then with respect to those balance categories: 1) the 0% promotional APR for each of the balance categories will expire as of the end of the next billing cycle; and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% promotional APR period on those balances existing as of the Closing Date of this statement.

### CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE

Categories A and B – Average Balance Method (including new Cash Advances): We calculate separate Balances Subject to Finance Charge for Category A balances and Category B balances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle Cash Advance" balance, which is a Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Cash Advances and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle Cash Advance balance, we take the beginning balance attributable solely to Pre-Cycle Cash Advances (which will be zero on the transaction date of the first Pre-Cycle Cash Advance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle Cash Advances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Categories C and D – Average Daily Balance Method (including new transactions): We calculate separate Balances Subject to Finance Charge for Category C balances and Category D balances. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new transactions, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero. If the Previous Balance shown on this statement was paid in full in this statement's billing cycle, then on the day after that payment in full date, we exclude from the beginning balance new transactions, new Account Fees, and new Transaction Fees which posted on or before that payment in full date, and we do not add new transactions, new Account Fees, or new Transaction Fees which post after that payment in full date.

We include the costs for the Credit Protection plan or for credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such costs are billed.

### TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charge for each category, we multiply the Balance Subject to Finance Charge by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges for each category together. Each Daily Periodic Rate is calculated by dividing its corresponding Annual Percentage Rate by 365.

### HOW WE ALLOCATE YOUR PAYMENTS

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

### Payment Due Dates and Keeping Your Account in Good Standing

Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rates, to avoid the imposition of Default Rates (if applicable), to avoid late fees, and to avoid overlimit fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date each billing cycle and you must maintain your account balance below your Credit Limit each day.

### MISCELLANEOUS

For the complete terms and conditions of your account, consult your Account Agreement. FIA Card Services is a tradename of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

---

**CUSTOMER STATEMENT OF DISPUTED ITEM** – *Please call toll free 1-866-266-0212 Monday-Thursday 8am-9pm (Eastern Time) and Friday 8am-7pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.*

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.    Choose only one dispute reason.

Your Name: _____

Transaction Date: _____    Posting Date: _____

Amount $: _____    Disputed Amount $: _____

Account Number: _____

Reference Number: _____

Merchant Name: _____

☐ 1. The amount of the charge was increased from $_____ to $_____ or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on ___/___/___ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on ___/___/___ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise on ___/___/___ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. I did not authorize the second transaction. Sale #1 $ _____ Reference # _____ Sale #2 $ _____ Reference # _____

☐ 8. I notified the merchant on ___/___/___ (MM/DD/YY) to cancel the pre-authorized order (reservation). Please note cancellation # and if available, enclose a copy of your contract and a copy of your telephone bill showing date and time of cancellation. Reason for cancellation / cancellation #:

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The services to be provided on ___/___/___ (MM/DD/YY) were not received or were unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I do not recognize the transaction. Merchants often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____    Date: _____

Best contact telephone #: _____    Home#: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to: Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

---

### Payments

We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____

Address 2 _____

City _____

State _____ Zip _____

Area Code & Home Phone _____

Area Code & Work Phone _____

FIA0000203

REDACTED



## ANNE GEDDES
### R E W A R D S

**Bank of America**

Prepared for:    LAURA M SWANSON

 0832

December 2007 Statement
Credit Line:                          $5,000.00
Cash or Credit Available:    $0.00

**Important Information About Your Account**

IN ACCORDANCE WITH YOUR CARDHOLDER AGREEMENT, DEFAULT RATE PRICING
HAS BEEN PLACED ON YOUR ACCOUNT. YOUR ACCOUNT WILL NO LONGER BE
SUBJECT TO THIS DEFAULT RATE AFTER YOU MAKE THE MINIMUM
PAYMENT DUE ON-TIME FOR SIX CONSECUTIVE MONTHS WITHOUT GOING OVERLIMIT.

PLEASE SEE ENCLOSED INFORMATION REGARDING
RECENT CHANGE IN TERMS.
VEA INFORMACION ADJUNTA CON RESPECTO A LA RECIENTE MODIFICACION
DE LOS TERMINOS.

YOU ARE A VALUED CUSTOMER. WE WANT TO MAKE SURE YOU ARE AWARE THAT WE
HAVE NOT RECEIVED YOUR PAYMENT. PLEASE SEND THE AMOUNT DUE TODAY.
IF IT HAS BEEN MAILED, THANK YOU.

RESERVE YOUR 2007 YEAR-END SUMMARY TODAY. CALL 1-866-491-1141 BY 2/1/08 AND
FOR ONLY $9.95, YOU WILL BE MAILED A DETAILED SPENDING SUMMARY BY 2/15/08.



Page 3 of 4

FIA0000204