IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAURA M. SWANSON, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A. and FIA CARD SERVICES, N.A.<br><br>　　　　　　Defendants. | Case No. 08-C-184<br><br>Hon. Amy J. St. Eve<br><br>Magistrate Judge Cox |

**AGREED MOTION TO SET BRIEFING SCHEDULE RE
MOTION TO DISMISS SECOND AMENDED COMPLAINT**

　　　　Defendants Bank of America, N.A. and FIA Card Services, N.A. ("Defendants") and Plaintiff Laura M. Swanson ("Plaintiff") (collectively, the "Parties"), hereby move to set an agreed briefing schedule on Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint. In support of this Motion, the Parties state as follows:

　　　　1.　　Plaintiff filed Case No. 07-CH-32248 ("Complaint") in the Circuit Court of Cook County, Chancery Division, on November 6, 2007.

　　　　2.　　Plaintiff served the Complaint on Defendants on December 10, 2007.

　　　　3.　　On January 9, 2008, Defendants timely removed the case to this Court under 28 U.S.C. §§ 1332(d), 1453(b) and 1331.

　　　　4.　　On January 30, 2008, Defendants' moved to dismiss Plaintiff's Complaint.

　　　　5.　　On February 25, 2008, Plaintiff filed a First Amended Complaint ("FAC").

- 1 -

- 2 -

6. On March 17, 2008, Defendants moved to dismiss the FAC.

7. Plaintiff was subsequently granted leave by the Court [33] to file a Second Amended Complaint ("SAC").

8. Defendants filed a Motion to Dismiss the SAC on April 28, 2008 and noticed the motion for Presentment on Monday, May 5, 2008 at 8:30 a.m.

9. Subject to the Court's approval, the Parties have stipulated to the following briefing schedule: Plaintiff shall file its response to Defendants' Motion to Dismiss Plaintiff's SAC on May 28, 2008, and Defendants' shall file their reply in support of their motion on June 13, 2008.

10. The parties further seek to continue the status hearing presently scheduled for June 11, 2008 to a future date that is convenient for the Court after the Motion to Dismiss is decided.

    WHEREFORE, the Parties pray for an order:

1. Setting a deadline of May 28, 2008, for Plaintiff to respond to Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint;

2. Setting a deadline of June 13, 2008, for Defendants to file a reply in support of their Motion to Dismiss Plaintiff's Second Amended Complaint;

3. Assuming the above is granted, continuing the status hearing presently scheduled for June 11, 2008, until after the Motion to Dismiss is decided; and

4. Granting any other relief that this Court determines is just and reasonable.

- 3 -

Dated: April 29, 2008

BANK OF AMERICA, N.A., FIA CARD
SERVICES, N.A.

s/ Brandon C. Fernald
Attorney for Defendants

William J. McKenna, Esq. (3124763)
Katherine E. Licup, Esq. (6288355)
FOLEY & LARDNER LLP (17190)
321 North Clark, Suite 2800
Chicago, IL 60610
Telephone:  (312) 832-4500
Facsimile:  (312) 832-4700

Robert M. Dawson, Esq.
Brandon C. Fernald, Esq.
FULBRIGHT & JAWORSKI, L.L.P.
555 South Flower Street, 41st Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:  (213) 892-9494

Dated: April 29, 2008

LAURA M. SWANSON

s/ Michael S. Hilicki
Attorney for Plaintiff

Lawrence Walner
Michael S. Hilicki
Lawrence Walner & Associates, Ltd.
150 N. Wacker Drive, Suite 2150
Chicago, IL  60606
Telephone: (312) 201-1616
Facsimile: (312) 201-1538

Barry L. Kramer
Law Offices of Barry L. Kramer
11111 Santa Monica Blvd., Suite 1860
Los Angeles, CA  90025-3352
Telephone: (310) 235-9980
Facsimile: (310) 235-9982

- 3 -

CHIC_2437737.1