IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAURA M. SWANSON, an individual, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>BANK OF AMERICA, N.A. and FIA CARD SERVICES, N.A.<br><br>    Defendants. | Case No. 08-C-184<br><br>Hon. Amy J. St. Eve<br><br>Magistrate Judge Cox |

## NOTICE OF MOTION

Please take notice that on Wednesday, May 5, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard, Defendants Bank of America, N.A. and FIA Card Services, N.A. ("Defendants") and Plaintiff Laura M. Swanson ("Plaintiff") shall appear before the Honorable Amy St. Eve, or any judge sitting in her stead, in Courtroom 1241 of the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present their **Agreed Motion to Set Briefing Schedule**.

- 1 -

- 2 -

| | |
|---|---|
| Dated: April 29, 2008 | Dated: April 29, 2008 |
| BANK OF AMERICA, N.A., FIA CARD SERVICES, N.A. | LAURA M. SWANSON |
| s/ Katherine E. Licup | s/ Michael S. Hilicki |
| Attorney for Defendants | Attorney for Plaintiff |
| William J. McKenna, Esq. (3124763)<br>Katherine E. Licup, Esq. (6288355)<br>FOLEY & LARDNER LLP (17190)<br>321 North Clark, Suite 2800<br>Chicago, IL 60610<br>Telephone:  (312) 832-4500<br>Facsimile:  (312) 832-4700 | Lawrence Walner<br>Michael S. Hilicki<br>Lawrence Walner & Associates, Ltd.<br>150 N. Wacker Drive, Suite 2150<br>Chicago, IL  60606<br>Telephone: (312) 201-1616<br>Facsimile: (312) 201-1538 |
| Robert M. Dawson, Esq.<br>Brandon C. Fernald, Esq.<br>FULBRIGHT & JAWORSKI, L.L.P.<br>555 South Flower Street, 41st Floor<br>Los Angeles, California  90071<br>Telephone:  (213) 892-9200<br>Facsimile:  (213) 892-9494 | Barry L. Kramer<br>Law Offices of Barry L. Kramer<br>11111 Santa Monica Blvd., Suite 1860<br>Los Angeles, CA  90025-3352<br>Telephone: (310) 235-9980<br>Facsimile: (310) 235-9982 |