UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Laura M. Swanson

                 Plaintiff,

v.                                         Case No.: 1:08−cv−00184
                                                     Honorable Amy J. St. Eve

Bank of America, N.A., et al.

                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:Motion to dismiss [38] is entered. Response is due 5/28/2008. Reply is due 6/13/2008. Motion to set a briefing schedule [42] is granted. Appearance on the noticed motions [38][42] is stricken. ( Status hearing set for 6/11/2008 is stricken and reset to 8/7/2008 at 08:30 AM.)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.