## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 184 | **DATE** | 8/19/2008 |
| **CASE TITLE** | Swanson vs. Bank of America, N.A. et al. | | |

**DOCKET ENTRY TEXT**

The Court denies Plaintiff's motion for reconsideration [49].

■[ For further details see text below.]   Notices mailed by Judicial staff.

## STATEMENT

     Plaintiff Laura Swanson has moved for reconsideration of the Court's dismissal of her claims against Defendants Bank of America, N.A. and FIA Card Services, N.A. (R. 48-1, July 15, 2008 Mem. Op. and Order.) "Motions for reconsideration serve a limited function; to correct manifest errors of law or fact or to present newly discovered evidence." *Hicks v. Midwest Transit, Inc.*, 531 F.3d 467, 474 (7th Cir. 2008) (citations omitted). In her motion for reconsideration, Plaintiff argues that the Court's Opinion dismissing her claims contained "several manifest errors." After considering each of Plaintiff's arguments, the Court disagrees. First, Plaintiff's arguments related to her TILA claim simply rehash and reshape arguments previously addressed by the Court. *Caisse Nationale De Credit Agricole v. CBI Indus.*, 90 F.3d 1264, 1270 (7th Cir. 1996) ("Reconsideration is not an appropriate forum for rehashing previously rejected arguments or arguing matters that could have been heard during the pendency of the previous motion."). Second, to the extent the Court's prior opinion contained a factual error – in stating that Defendant increased the default rate in November as opposed to December – that purported fact is irrelevant because, as the Court has previously held, subsequent notice is only required where a creditor has the discretion to *increase* a consumer's interest rate. Third, in dismissing Plaintiff's state law claims *without prejudice*, the Court permitted Plaintiff an opportunity to cure her defective unjust enrichment and Consumer Fraud Act claims. Accordingly, the Court denies Plaintiff's motion for reconsideration.

| | Courtroom Deputy Initials: | KF |
|---|---|---|