**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LAURA M. SWANSON, *et al.*       ) | |
|                                  ) | |
|     Plaintiff,   ) | |
| v.                               ) | No. 1:08-cv-00184 |
|                                  ) | |
| BANK OF AMERICA, N.A. and FIA    ) | |
| CARD SERVICES, N.A.,             ) | Judge Amy St. Eve |
|                                  ) | |
|     Defendants.  ) | |

**NOTICE OF APPEAL**

Plaintiff, Laura Swanson, individually and on behalf of all others similarly situated, appeals to the United States Court of Appeals for the Seventh Circuit from the District Court's July 15, 2008 Order and Memorandum Opinion and Order (Dkt. #s 47 and 48) in this matter, and the District Court's August 19, 2008 Order (Dkt. #52) in this matter.

Respectfully submitted,
    s/Michael S. Hilicki   .
One of Plaintiff's Attorneys

Lawrence Walner (counsel of record)
Michael S. Hilicki
Lawrence Walner & Associates, Ltd.
150 North Wacker Drive, Suite 2150
Chicago, Illinois 60606
Tel:   (312) 201-1616
Fax:   (312) 201-1538

## CERTIFICATE OF SERVICE

      I, Michael S. Hilicki, certify that on September 4, 2008, I caused a copy of the attached **Notice of Appeal** to be served on the persons on the service list and at the email addresses below via the Court's ECF filing system.

                                  s/Michael S. Hilicki
                                  Michael S. Hilicki

**Service List**

Robert M. Dawson (c/o Brandon Fernald)
Brandon C. Fernald
Fulbright & Jaworski L.L.P.
555 South Flower Street
Forty-First Floor
Los Angeles, CA 90071
Tel:   (213) 892-9215
Fax:  (213) 892-9494
bfernald@fulbright.com

William J. McKenna
Katherine E. Licup
Foley & Lardner LLP
321 North Clark
Suite 2800
Chicago, IL 60610
Tel:   (312) 832-4500
Fax:  (312) 832-4700
wmckenna@foley.com
klicup@foley.com