**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | | |
|---|---|---|
| LAURA M. SWANSON, *et al.* | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | No. 1:08-cv-00184 |
| v. | ) | |
| | ) | |
| BANK OF AMERICA, N.A. and FIA CARD SERVICES, N.A., | ) ) | Judge Amy St. Eve |
| | ) | |
| Defendants-Appellees. | ) | |

**DOCKETING STATEMENT**

1.  Basis for the District Court's Jurisdiction.

    a.  Federal statute involved: 15 U.S.C. § 1601, *et seq.* (the Truth-in-Lending Act). Jurisdiction exists under this statute by virtue of 15 U.S.C. § 1640(e), and 28 U.S.C. § 1331.

    b.  Plaintiff also asserted two state law claims. The District Court had supplemental jurisdiction over these claims under 28 U.S.C. § 1367(a).

    c.  Plaintiff filed this case as a class action in the Circuit Court of Cook County without the federal statutory claim. Defendants removed the case asserting federal subject matter jurisdiction over the state law claims under the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2). Plaintiff and one or more members of the proposed class were citizens of Illinois, Defendant Bank of America, N.A. was a citizen of North Carolina, Defendant FIA Card Services, N.A. was a citizen of Delaware, and Defendants asserted that the amount in controversy exceeded $5,000,000, exclusive of interests and costs.

2.  Basis for Appellate Jurisdiction.

    a.  Statutory provision that confers jurisdiction for the appeal: 28 U.S.C. § 1291.

    b.  Date of entry of the orders to be reviewed: July 15, 2008 (dismissing Plaintiff's claims) and August 19, 2008 (denying Plaintiff's motion to alter or amend under Fed. R. Civ. P. 59(e)).

    c.  Filing date of any motion that tolled the time for appeal: July 29, 2008 (Plaintiff's motion to alter or amend under Fed. R. Civ. P. 59(e).

      d.        Disposition of motion tolling the time for appeal and date of entry:  Denied, and entered on August 19, 2008.

      e.        Filing date of the notice of appeal:  September 4, 2008.

      f.        The case is not a direct appeal from the decision of a magistrate judge.

3.      <u>Other Information Concerning Appealability</u>.

      a.        This appeal is from a final order that adjudicates all claims of all parties.  The district court dismissed the federal statutory claim under the Truth-in-Lending Act with prejudice.  The district court dismissed the state law claims without prejudice, but the grounds for their dismissal leave no basis for re-pleading those claims in the district court.

Respectfully submitted,
     s/Michael S. Hilicki   .
One of the Attorneys for
Plaintiff-Appellant

Lawrence Walner (counsel of record)
Michael S. Hilicki
Lawrence Walner & Associates, Ltd.
150 North Wacker Drive, Suite 2150
Chicago, Illinois 60606
Tel:   (312) 201-1616
Fax:   (312) 201-1538

## CERTIFICATE OF SERVICE

      I, Michael S. Hilicki, certify that on September 4, 2008, I caused a copy of the attached **Docketing Statement** to be served on the persons on the service list and at the email addresses below via the Court's ECF filing system.

                                    s/Michael S. Hilicki
                                    Michael S. Hilicki

## Service List

Robert M. Dawson (c/o Brandon Fernald)
Brandon C. Fernald
Fulbright & Jaworski L.L.P.
555 South Flower Street
Forty-First Floor
Los Angeles, CA 90071
Tel:   (213) 892-9215
Fax:  (213) 892-9494
bfernald@fulbright.com

William J. McKenna
Katherine E. Licup
Foley & Lardner LLP
321 North Clark
Suite 2800
Chicago, IL 60610
Tel:   (312) 832-4500
Fax:  (312) 832-4700
wmckenna@foley.com
klicup@foley.com