# SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET

**PART I** — Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 10 days of filing the notice of appeal, whether transcript is being ordered or not. (FRAP 10(b)(1)) "Satisfactory arrangements with the court reporter for payment of the costs of the transcripts" must also be made at that time. (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.)

Short Title: Swanson, et al – Plaintiff-Appellant v. Bank of America, N.A. – Defendant-Appellee

District: N.D. Ill.

D.C. Docket No.: 08 C 184

District Judge: St. Eve

Court Reporter: Joseph Rickhoff

☐ I am ordering transcript.
☒ I am not ordering transcript, because: unnecessary
☐ The transcript has been prepared.

Sign below and return original and one copy to court reporter. Distribute remaining copies to Clerk of the District Court and opposing party, retaining one copy for yourself.

Indicate proceedings for which transcript is required. Dates must be provided:

Date(s)

☐ Pre-trial proceedings. *Specify:* _____ _____

☐ Voir Dire _____

Trial or hearing. *Specify:* _____ _____

☐ Opening statement _____

☐ Instruction conference _____

☐ Closing statements _____

☐ Court instructions _____

☐ Post-trial proceedings. *Specify:* _____ _____

☐ Sentencing _____

☐ Other proceedings. *Specify:* _____ _____

Method of Payment: ☐ Cash  ☐ Check or Money Order  ☐ C.J.A. Voucher
Status of Payment: ☒ Full Payment  ☐ Partial Payment  ☒ No Payment Yet

Signature: _____ – Michael S. Hilicki    Telephone No. (312) 201-1616
Address: Lawrence Walner & Associates, Ltd.
150 N. Wacker Drive, Ste. 2150, Chicago, IL 60606    Date: 9/10/08

**PART II** — Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure. By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment* have been made.

| U.S.C.A. Docket No | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|
|  |  |  |  |

Signature of Court Reporter: _____    Date: _____

**NOTICE:** The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.

**WHITE** - COURT REPORTER; **YELLOW** - COURT REPORTER, THEN SENT TO U.S.C.A. CLERK; **BLUE** - SERVICE COPY (reproduce additional copies, if necessary) ; **PINK** - DISTRICT COURT CLERK; **GOLD** - PARTY/COUNSEL ORDERING TRANSCRIPT.

**CERTIFICATE OF SERVICE**

   I, Michael S. Hilicki, certify that on September 10, 2008, I caused a copy of the attached **Seventh Circuit Transcript Information Sheet** to be served on the persons on the service list and at the email addresses below via the Court's ECF filing system, except as otherwise noted.

                        s/Michael S. Hilicki    .
                        Michael S. Hilicki

**Service List**

Robert M. Dawson (c/o Brandon Fernald)
Brandon C. Fernald
Fulbright & Jaworski L.L.P.
555 South Flower Street
Forty-First Floor
Los Angeles, CA 90071
Tel: (213) 892-9215
Fax: (213) 892-9494
bfernald@fulbright.com

William J. McKenna
Katherine E. Licup
Foley & Lardner LLP
321 North Clark
Suite 2800
Chicago, IL 60610
Tel: (312) 832-4500
Fax: (312) 832-4700
wmckenna@foley.com
klicup@foley.com

Joseph Rickhoff (by U.S. mail instead of email)
Court Reporter to Judge St. Eve
Dirksen Building
United States Courthouse
219 South Dearborn Street
Room 1232
Chicago, Illinois 60604