# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

September 10, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-3322
>
> Caption:
> LAURA M. SWANSON,
> Plaintiff - Appellant
> v.
>
> BANK OF AMERICA N.A. and FIA CARD SERVICES, N.A.,
> Defendants - Appellees
>
> ---
>
> District Court No: 1:08-cv-00184
> Court Reporter Joseph Rickhoff
> Clerk/Agency Rep Michael Dobbins
> District Judge Amy St. Eve
>
> Date NOA filed in District Court: 09/04/2008

If you have any questions regarding this appeal, please call this office.

CC: Court Reporter

form name: **c7_Docket_Notice_short_form** (form ID: **188**)